# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| CHEETAH OMNI LLC,<br><br>       *Plaintiff*,<br><br>   v.<br><br>ALCATEL-LUCENT USA, INC.; ALCATEL-LUCENT HOLDINGS, INC.; FUJITSU NETWORK COMMUNICATIONS, INC.; TELLABS, INC.; TELLABS OPERATIONS, INC.; TELLABS NORTH AMERICA, INC.; NOKIA SIEMENS NETWORKS US LLC; HUAWEI TECHNOLOGIES USA, INC.; and HUAWEI DEVICE USA, INC.,<br><br>       *Defendants*. | CIVIL ACTION NO. 6:11-cv-390-LED |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR HUAWEI DEFENDANTS

Defendants Huawei Technologies USA, Inc. and Huawei Device USA, Inc. (collectively, "Huawei") file this Notice of Appearance of Additional Counsel, and hereby notify the Court that Noah C. Graubart of the law firm of Fish & Richardson P.C., located at 1180 Peachtree Street, N.E., 21st Floor, Atlanta, Georgia 30309 (graubart@fr.com) is appearing as additional counsel for Huawei in the above-captioned matter.  All pleadings, discovery, correspondence, and other materials should be served upon counsel at the above-referenced address.

Respectfully submitted this 30th day of August, 2011.


/s/*Noah C. Graubart*
Ruffin B. Cordell
Texas Bar No. 04820550
FISH & RICHARDSON, P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
202-783-5070
cordell@fr.com

Thomas H. Reger II
Texas Bar No. 24032992
FISH & RICHARDSON, P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201
214-747-5070
reger@fr.com

Noah C. Graubart
Georgia Bar No. 141862
FISH & RICHARDSON, P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
404-892-5005
graubart@fr.com

**ATTORNEYS FOR DEFENDANTS
HUAWEI TECHNOLOGIES USA, INC. AND
HUAWEI DEVICE USA, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/Noah C. Graubart*
Noah C. Graubart