**Appendix K**                                                                                   **Revised: 4/19/10**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
Tyler_____DIVISION
**APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case # 6:11-CV-00390 _____

Style: Cheetah Omni LLC v. Alcatel-Lucent USA Inc. et al. _____

2. Applicant is representing the following party/ies: Ciena Corp. & Ciena Communications, Inc. _____

3. Applicant was admitted to practice in D.C._____ (state) on    9/11/1998

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant (has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has (has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has (has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).   If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses.     NONE

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
See Attachment A
_____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Tyler S. Brown _____do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.


Date  8/17/2011                    Signature   _Tyler S Brown_____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Tyler S. Brown

State Bar Number __459660__

Firm Name:  Ciena Corporation

Address/P.O. Box:  1201 Winterson Road

City/State/Zip: Linthicum, MD  21090

Telephone #:  410-865-8078

Fax #:  410-091-7305

E-mail Address: tybrown@ciena.com

Secondary E-Mail Address: jadair@ciena.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above.  This

application has been approved for the court on: _____ **8/31/11** _____

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____ MLL _____

Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION
Case No. 6:11-CV-00390
ATTACHMENT A TO APPLICATION TO APPEAR PRO HAC VICE
For Tyler S. Brown

| Court | Date Admitted |
|---|---|
| District of Columbia | 9/1998 |
| Georgia | 8/1995 |
| Pennsylvania | 5/1996 |
| Virginia | 10/1995 |
| USDC Virginia | |
| USDC, Middle District of Pennsylvania | |
| United States Court of Appeal for the Federal Circuit | |
| United States Court of Appeal for 4th Circuit | |