**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CHEETAH OMNI LLC<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ALCATEL-LUCENT USA, INC. ET AL.<br>　　　　　　　　　Defendants, | Civil Action No. 6:11-cv-390<br>Judge Leonard Davis<br><br>Jury Demanded |

**ORDER GRANTING DEFENDANTS TELLABS, INC.'S, TELLABS OPERATIONS, INC.'S, AND TELLABS NORTH AMERICA, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pending before this Court is Defendants Tellabs, Inc.'s, Tellabs Operations Inc.'s, and Tellabs North America, Inc.'s Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint. Having considered the Motion and all responses thereto, the Court finds the Motion to be well taken.

Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**, that Defendants Tellabs, Inc.'s, Tellabs Operations Inc.'s, and Tellabs North America, Inc.'s Unopposed Motion is hereby GRANTED. Defendants Tellabs, Inc., Tellabs Operations Inc., and Tellabs North America, Inc. have up to and until October 21, 2011 to answer, move, or otherwise respond to Plaintiff Cheetah Omni LLC's Complaint.

**So ORDERED and SIGNED this 13th day of September, 2011.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**