UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., | JURY TRIAL DEMANDED |
| Alcatel-Lucent Holdings, Inc., | |
| Ciena Corporation, | |
| Ciena Communications, Inc., | |
| Fujitsu Network Communications, Inc., | |
| Tellabs, Inc., | |
| Tellabs Operations, Inc., | |
| Nokia Siemens Networks US LLC, | |
| FutureWei Technologies, Inc., | |
| *Defendants*. | |

## ORDER DISMISSING THE HUAWEI DEFENDANTS

Plaintiff Cheetah Omni, LLC filed a Notice of Dismissal of Huawei Technologies USA, Inc. and Huawei Device USA, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, it is **ORDERED** that Huawei Technologies USA, Inc. and Huawei Device USA, Inc. are dismissed from the case without prejudice.

**So ORDERED and SIGNED this 18th day of October, 2011.**

*[signature]*

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**