# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC,** a Texas Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> **ALCATEL-LUCENT USA INC, et.al.** <br><br> Defendants. | **Case No.** 6:11cv390 |

## UNOPPOSED SECOND MOTION TO EXTEND THE DEADLINE TO SERVE PATENT LR 3-1 AND 3-2 DISCLOSURES

COMES NOW Plaintiff and files this Unopposed Motion to extend the deadline to serve Patent LR 3-1 and 3-2 Disclosures, and, in support thereof, would respectfully show the Court as follows:

The deadline for Plaintiff to serve Patent LR 3-1 and 3-2 Disclosures currently is December 23, 2011. Plaintiff respectfully requests that the Court enter an Order to extend Plaintiff's deadline to serve the Patent LR 3-1 and 3-2 Disclosures from December 23, 2011 until and including December 27, 2011. Defendants have indicated they are unopposed to Plaintiff's request to extend the deadline to serve its Patent LR 3-1 and 3-2 Disclosures.

Respectfully submitted,

By: *Johnny Ward*
T. John Ward, Jr.
(TX State Bar No. 00794818)
**Ward & Smith Law Firm**
111 W. Tyler St.
Longview, Texas 75601
Tel: (903) 757-6400
C Fax: (903) 757-2323
Email: jw@wsfirm.com


Thomas A. Lewry (MI Bar No. P36399)
John S. Le Roy (MI Bar No. P61964)
John R. Buser (MI Bar No. P64758)
Christopher C. Smith (MI Bar No. P73936)
**BROOKS KUSHMAN P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 C Fax: (248) 358-3351
Email: tlewry@brookskushman.com
jleroy@brookskushman.com
jbuser@brookskushman.com
csmith@brookskushman.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 20th day of December, 2011.

                   _____
                   T. John Ward, Jr.