# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC,  *Plaintiff*, vs. Alcatel-Lucent USA Inc., *et al.*  *Defendants*. | HONORABLE LEONARD DAVIS  Case No. 6:11CV390  JURY TRIAL DEMANDED |

# UNOPPOSED MOTION TO EXTEND TIME TO FILE DISCOVERY ORDER

The Court has set December 27, 2011 as the deadline for the parties to submit the proposed Docket Control Order and Discovery Order. (Dkt. #101.) The parties have conferred on both and are presently filing with the Court an agreed Docket Control Order setting forth the deadlines for this case.

Due to the intervening holidays and the vacation schedules of counsel, the parties respectfully request an extension of the deadline for submitting the proposed Discovery Order. The parties have been conferring in good faith to compromise and reach agreement on the terms of the Discovery Order. The parties request this extension not for purposes of delay, but to allow the parties additional time to meet and confer on the proposed Discovery Order in an effort to reduce, if not eliminate, any disputes for the Court's resolution. In addition, this extension does not affect any deadlines currently set in the parties' proposed Docket Control Order.



As such, the parties request an extension of time up to and including January 20, 2012 to file their proposed Discovery Order.

Respectfully submitted,

By:   */s/ Thomas A. Lewry*
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
John R. Buser (MI Bar No. P64758)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 – Fax: (248) 358-3351

Dated: December 27, 2011

T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
111 W. Tyler St.
Longview, Texas 75601
Tel: (903) 757-6400 – Fax: (903) 757-2323
jw@wsfirm.com
wh@wsfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com



Case 6:11-cv-00390-LED Document 104 Filed 12/27/11 Page 3 of 3 PageID #: 809

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record for all defendants are being served with a copy of this document via e-mail pursuant to LR CV-5(d) on <u>December 27, 2011</u>.

                                         /s/ Thomas A. Lewry

## CERTIFICATE OF CONFERENCE

Pursuant to LR CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and this Motion is unopposed.

                                         /s/ Thomas A. Lewry

