# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., *et al.* | JURY TRIAL DEMANDED |
| *Defendants*. | |

## NOTICE OF SERVICE OF PLAINTIFF'S DISCLOSURES PURSUANT TO PATENT LOCAL RULE 3-1

Plaintiff, Cheetah Omni, LLC, hereby notifies the Court and all parties of record of the service on counsel of record of Plaintiff's Disclosures on February 1, 2012, pursuant to Patent Local Rule 3-1 and the Court's Docket Control Order (Dkt. #107).

Dated: February 1, 2012

Respectfully submitted,

By: /s/ John S. LeRoy
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
John R. Buser (MI Bar No. P64758)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 – Fax: (248) 358-3351



T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
111 W. Tyler St.
Longview, Texas 75601
Tel: (903) 757-6400 – Fax: (903) 757-2323
jw@wsfirm.com
wh@wsfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record for all Defendants are being served with a copy of this document via e-mail pursuant to LR CV-5(d) on <u>February 1, 2012</u>.

                                            */s/ John S. LeRoy*

