**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHEETAH OMNI LLC,** <br><br> Plaintiff, <br><br> vs. <br><br> **ALCATEL-LUCENT USA INC., ET AL**. <br><br> Defendants. | **Case No. 6:11-CV-390** <br><br> **JURY DEMANDED** |

**AGREED MOTION TO AMEND THE DOCKET CONTROL ORDER**

The parties have agreed, subject to the Court's approval, that the Docket Control Order should be amended as follows:

| Description | Original Date | New Date |
|---|---|---|
| **Cheetah's Final Infringement Contentions due for all defendants other than the Ciena defendants** | July 1, 2012 | August 3, 2012 |
| **Cheetah's Final Infringement Contentions due for the Ciena defendants** | July 1, 2012 | July 1, 2012 (no change) |
| **Defendants' Final Invalidity Contentions due** | September 1, 2012 | September 28, 2012 |
| **Deadline to Exchange Terms for Construction** | September 27, 2012 | October 4, 2102 |
| **Deadline to Exchange Preliminary Claim Constructions and Extrinsic Evidence** | October 11, 2012 | October 18, 2012 |

The above extensions are not sought solely for purposes of delay, but to allow proper development of the issues in the case.

Dated: June 18, 2012                                   Respectfully submitted,

                                               By: /s/ Wesley Hill
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
John R. Buser (MI Bar No. P64758)
Christopher C. Smith (MI Bar No. P73936)
**BROOKS KUSHMAN P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 C Fax: (248) 358-3351
Email: tlewry@brookskushman.com
        jleroy@brookskushman.com
        rtuttle@brookskushman.com
        jhalan@brookskushman.com
        jbuser@brookskushman.com

T. John Ward, Jr. (TX State Bar No. 00794818)
Email: jw@wsfirm.com
Jack Wesley Hill (TX State Bar No. 24032294)
Email: wh@wsfirm.com
Ward & Smith Law Firm
111 W. Tyler Street
Longview, TX 75601
Tel: 903-757-6400
Fax: 903-757-2323

Eric M. Albritton (TX State Bar No. 00790215)
ALBRITTON LAW FIRM
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449
Fax: (903) 758-7397
Email: ema@emafirm.com

Joe Kendall (TX State Bar No. 11260700)
Provost Umphrey, L.L.P.
490 Park Street, P.O. Box 4905
Beaumont, Texas 77704
Tel: (409) 835-6000 C Fax: (409) 838-8888

Email: jkendall@provostumphrey.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 18th day of June, 2012.

      /s/ Wesley Hill
      Wesley Hill

**CERTIFICATE OF CONFERENCE**

Pursuant to LR CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and this Motion is unopposed.

      /s/ Wesley Hill
      Wesley Hill