UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., | JURY TRIAL DEMANDED |
| Ciena Corporation, | |
| Ciena Communications, Inc., | |
| Fujitsu Network Communications, Inc., | |
| Tellabs, Inc., Tellabs Operations, Inc., | |
| TellabsNorth America, Inc., | |
| Nokia Siemens Networks US LLC, | |
| FutureWei Technologies, Inc., | |
| *Defendants*. | |

# SECOND AGREED MOTION TO AMEND THE DOCKET CONTROL ORDER



Plaintiff Cheetah Omni LLC and the Defendants Tellabs, Inc., Tellabs Operations, Inc. and Tellabs North America, Inc. (collectively "Tellabs") have agreed, subject to the Court's approval, that the Docket Control Order should be amended as follows:

| Description | Current Date | New Date |
|---|---|---|
| **Cheetah's Final Infringement Contentions due for all Defendants except Tellabs and Ciena (the Ciena deadline remains July 1, 2012)** | August 3, 2012 | |
| **Cheetah's Final Infringement Contention due for Tellabs** | August 3, 2012 | August 23, 2012 |

Dated: July 27, 2012

Respectfully submitted,

By: /s/ Christopher C. Smith
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
John R. Buser (MI Bar No. P64758)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 – Fax: (248) 358-3351
Email: tlewry@brookskushman.com
jleroy@brookskushman.com
rtuttle@brookskushman.com
jhalan@brookskushman.com
jbuser@brookskushman.com
csmith@brookskushman.com



T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
111 W. Tyler St.
Longview, Texas 75601
Tel:  (903) 757-6400 – Fax:  (903) 757-2323
Email:  jw@jwfirm.com
              wh@jwfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com



**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record for <u>Defendants</u> are being served with a copy of this document via e-mail pursuant to LR CV-5(d) on <u>July 27, 2012</u>.

           /s/ Christopher C. Smith

**CERTIFICATE OF CONFERENCE**

Pursuant to LR CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and this Motion is unopposed.

           /s/ Christopher C. Smith

