**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CHEETAH OMNI LLC, *Plaintiff*, vs. ALCATEL-LUCENT USA INC., *Defendants*. | Case No. 6:11CV390 JURY TRIAL DEMANDED |

# ORDER GRANTING SECOND AGREED MOTION TO AMEND THE DOCKET CONTROL ORDER

The Court, having considered the Second Agreed Motion to Amend the Docket Control Order, finds that the Motion should be, and is, hereby, GRANTED.

Therefore, it is ORDERED, JUDGED, and DECREED that the Docket Control Order is further modified as follows:

| Description | Current Date | New Date |
|---|---|---|
| **Cheetah's Final Infringement Contentions due for all Defendants except Tellabs and Ciena (the Ciena deadline remains July 1, 2012)** | August 3, 2012 | |
| **Cheetah's Final Infringement Contention due for Tellabs** | August 3, 2012 | August 23, 2012 |

**So ORDERED and SIGNED this 30th day of July, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**