**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., *et al.* | JURY TRIAL DEMANDED |
| *Defendants*. | |

**NOTICE OF SERVICE OF
CHEETAH OMNI'S AUGUST 3, 2012 PATENT
RULE 3-1 DISCLOSURES TO ALCATEL-LUCENT
USA INC. AND ALCATEL-LUCENT HOLDINGS,
INC.**



Cheetah Omni LLC ("Cheetah") hereby notifies the Court of the service on counsel of record representing Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings, Inc. of "Cheetah Omni's August 3, 2012 Patent Rule 3-1 Disclosures to Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings, Inc."

Dated:  August 3, 2012

Respectfully submitted,

By:  /s/ Thomas A. Lewry
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
John R. Buser (MI Bar No. P64758)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel:  (248) 358-4400 – Fax:  (248) 358-3351
Email: tlewry@brookskushman.com
           jleroy@brookskushman.com
           rtuttle@brookskushman.com
           jhalan@brookskushman.com
           jbuser@brookskushman.com
           csmith@brookskushman.com

T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
111 W. Tyler St.
Longview, Texas 75601
Tel:  (903) 757-6400 – Fax:  (903) 757-2323
Email:  jw@jwfirm.com
            wh@jwfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record for all named Defendants who are registered and have consented to electronic filing are being served with a copy of this document via e-mail pursuant to LR CV-5(d) on **August 3, 2012**.

By:  */s/ Thomas A. Lewry*
Thomas A. Lewry

