# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, <br><br> *Plaintiff*, <br><br> vs. <br><br> Alcatel-Lucent USA Inc., <br> Alcatel-Lucent Holdings, Inc., <br> Ciena Corporation, <br> Ciena Communications, Inc., <br> Fujitsu Network Communications, Inc., <br> Tellabs, Inc., <br> Tellabs Operations, Inc., <br> Nokia Siemens Networks US LLC, <br> Huawei Technologies USA, Inc., <br><br> *Defendants*. | HONORABLE LEONARD DAVIS <br><br> Case No. 6:11CV390 <br><br> JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE OF COMPLIANCE
## WITH PATENT L.R. 3-3

Defendants Alcatel-Lucent USA, Inc., Ciena Corporation, Ciena Communications, Inc., Fujitsu Network Communications, Inc., Tellabs, Inc., Tellabs Operations, Inc., Tellabs North America, Inc., Nokia Siemens Networks US LLC, and Huawei Technologies USA, Inc. hereby notify the Court that on September 28, 2012, they served Invalidity Contentions on Plaintiff pursuant to Patent Local Rule 3-3 and the Court's Docket Control Order as amended on June 19, 2012 (Dkt. No. 140).

DATED:  October 1, 2012                    Respectfully submitted,

By: */s/ Noah C. Graubart*
Ruffin B. Cordell
Texas Bar No. 04820550
FISH & RICHARDSON, P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
202-783-5070
cordell@fr.com

Thomas H. Reger II
Texas Bar No. 24032992
FISH & RICHARDSON, P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
reger@fr.com

Noah C. Graubart
Georgia Bar No. 141862
FISH & RICHARDSON, P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5002
graubart@fr.com

ATTORNEYS FOR DEFENDANT
HUAWEI TECHNOLOGIES USA

*/s/ Anup M. Shah, with permission*
Alexas D. Skucas (*pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: 212.827.4049
Fax: 212.556.2222
askucas@kslaw.com

Anup M. Shah (*pro hac vice*)
KING & SPALDING LLP
100 N Tryon Street, Ste 3900
Charlotte, NC 28202
Tel: 704.503.2559
Fax: 704.503.2622
ashah@kslaw.com

Michael E. Jones  
State Bar No. 10929400  
POTTER MINTON PC  
110 N College, Suite 500  
Tyler, Texas 75702  
Tel: (903) 597-8311  
Fax: (903) 593-0846  
mikejones@potterminton.com  

ATTORNEYS FOR DEFENDANT  
NOKIA SIEMENS NETWORKS US LLC.  

*/s/ Allison Altersohn, with permission*  
Robert Perry  
rperry@kslaw.com  
Allison Altersohn  
aaltersohn@kslaw.com  
King & Spalding LLP  
1185 Avenue of the Americas  
New York, NY 10036-4003  
Telephone: 212-556-2100  
Facsimile: (212)-556-2222  

Laura S. Huffman *(pro hac vice)*  
lhuffman@kslaw.com  
KING & SPALDING LLP  
1180 Peachtree Street N.E.  
Atlanta, Georgia 30309-3521  
Telephone: 404-572-4600  
Facsimile: 404-572-5100  

Michael E. Jones  
State Bar No. 10929400  
mikejones@potterminton.com  
Allen F. Gardner  
State Bar No. 24043679  
allengardner@potterminton.com  
POTTER MINTON PC  
110 North College, Suite 500  
Tyler, Texas 75702  
Telephone: (903) 597-8311  
Facsimile: (903) 593-0846  

ATTORNEYS FOR DEFENDANT  
ALCATEL-LUCENT USA INC.

*/s/Elizabeth L. DeRieux, with permission*
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ederieux@capshawlaw.com

Tyler S. Brown
Ciena Corporation
1201 Winterson Road
Linthicum, MD 21090
(410) 865-8078 Telephone
(410) 091-7305 Facsimile
Email: tybrown@ciena.com

Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200 Telephone
(202) 637-2201 Facsimile
matthew.moore@lw.com

ATTORNEYS FOR DEFENDANTS AND
COUNTERCLAIMANTS CIENA
CORPORATION AND
CIENA COMMUNICATIONS, INC.

*/s/ Christopher E. Chalsen, with permission*
Melvin R. Wilcox III
State Bar No. 21454800
YARBROUGH & WILCOX, PLLC
100 E. Ferguson Street - Suite 1015
Tyler, TX 75702
Phone: 903.595.1133
Fax: 903.595.0191
mrw@yw-lawfirm.com

Christopher E. Chalsen (*Pro Hac Vice*)
CChalsen@milbank.com
Lawrence T. Kass (*Pro Hac Vice*)

LKass@milbank.com
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
Phone: 212.530.5000; Fax 212.822.5844

ATTORNEYS FOR DEFENDANT
FUJITSU NETWORK
COMMUNICATIONS, INC.

*/s/ Mark Dodd, with permission*
James P. Bradley
Attorney-in-Charge
Texas Bar No. 02826000
Email: jbradley@sidley.com
Mark Dodd
Texas Bar No. 24040815
Email: mdodd@sidley.com
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Tel: (214) 981-3306
Fax: (214) 981-3400

Richard F. O'Malley
Lisa A. Schneider
Robert D. Leighton
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Tel: 312-853-7000
Fax: 312-853-7036

ATTORNEYS FOR DEFENDANTS
TELLABS, INC., TELLABS
OPERATIONS INC., AND TELLABS
NORTH AMERICA, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 1st day of October, 2012.

/s/Noah C. Graubart
Noah C. Graubart