## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

**CHEETAH OMNI LLC,**

        Plaintiff,

vs.

**ALCATEL-LUCENT USA INC., ET AL.**

        Defendants.

**Case No. 6:11-CV-390**

**JURY DEMANDED**

## ORDER GRANTING AGREED MOTION TO
## AMEND THE DOCKET CONTROL ORDER

The Court, having considered the Agreed Motion to Amend the Docket Control Order,

finds that the Motion should be, and is, hereby, GRANTED.

Therefore, it is ORDERED, JUDGED, and DECREED that the Docket Control Order is

modified as follows:

| Description | Original Date | New Date |
|---|---|---|
| **Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents).** | October 11, 2012 | November 12, 2012 |

All other deadlines remain unchanged.

So ORDERED and SIGNED this 12th day of October, 2012.

_____

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**