**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHEETAH OMNI LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALCATEL-LUCENT USA INC.,** )<br>**ALCATEL-LUCENT HOLDINGS, INC.,** )<br>**CIENA CORPORATION**, **CIENA** )<br>**COMMUNICATIONS, INC., FUJITSU** )<br>**NETWORK COMMUNICATIONS, INC.,** )<br>**TELLABS, INC., TELLABS** )<br>**OPERATIONS, INC., TELLABS NORTH** )<br>**AMERICA, INC.**, **NOKIA SIEMENS** )<br>**NETWORKS US LLC**, **HUAWEI** )<br>**TECHNOLOGIES USA, INC.** )<br>)<br>Defendants. ) | Civil Action No. 6:11-cv-390 (LED) |

## DEFENDANTS' NOTICE OF P.R. 4-2 DISCLOSURES

Defendants Alcatel-Lucent USA Inc., Ciena Corporation, Ciena Communications, Inc.,

Fujitsu Network Communications, Inc., Tellabs, Inc., Tellabs Operations, Inc., Tellabs North

America, Inc., Nokia Siemens Networks US LLC, and Huawei Technologies USA, Inc. hereby

notify the Court that on October 18, 2012, they served on Plaintiff Cheetah Omni LLC their

Preliminary Claim Constructions and Extrinsic Evidence in accordance with P.R. 4-2 and the

Court's Docket Control Order as amended on June 19, 2012 Order (Dkt. 140).

Dated: October 19, 2012                     Respectfully submitted,

                                            By:   */s/ Michael E. Jones*
                                                  Robert F. Perry
                                                  rperry@kslaw.com
                                                  Alexas D. Skucas (*pro hac vice*)
                                                  askucas@kslaw.com
                                                  KING & SPALDING LLP
                                                  1185 Avenue of the Americas
                                                  New York, New York 10036
                                                  Telephone:  (212) 556-2100
                                                  Facsimile:  (212) 556-2222

                                                  Anup M. Shah (*pro hac vice*)
                                                  ashah@kslaw.com
                                                  KING & SPALDING LLP
                                                  100 N. Tryon Street, Suite 3900
                                                  Charlotte, North Carolina 28202
                                                  Telephone:  (704) 503-2559
                                                  Facsimile:  (704) 503-2622

                                                  Michael E. Jones
                                                  State Bar No. 10929400
                                                  mikejones@potterminton.com
                                                  Allen F. Gardner
                                                  State Bar No. 24043679
                                                  allengardner@potterminton.com
                                                  POTTER MINTON PC
                                                  110 North College, Suite 500
                                                  Tyler, Texas 75702
                                                  Telephone:  (903) 597-8311
                                                  Facsimile:  (903) 593-0846

                                                  ATTORNEYS FOR DEFENDANT
                                                  NOKIA SIEMENS NETWORKS US LLC.

                                                  */s/ Noah C. Graubart, with permission by*
                                                  *Michael E. Jones*
                                                  Ruffin B. Cordell
                                                  Texas Bar No. 04820550
                                                  FISH & RICHARDSON, P.C.
                                                  1425 K Street, N.W., Suite 1100
                                                  Washington, D.C. 20005
                                                  202-783-5070
                                                  cordell@fr.com

Thomas H. Reger II
Texas Bar No. 24032992
FISH & RICHARDSON, P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
reger@fr.com

Noah C. Graubart
Georgia Bar No. 141862
FISH & RICHARDSON, P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5002
graubart@fr.com

ATTORNEYS FOR DEFENDANT
HUAWEI TECHNOLOGIES USA, INC.

*/s/ Allison Alterson, with permission by*
*Michael E. Jones*
Robert Perry
rperry@kslaw.com
Allison Altersohn
aaltersohn@kslaw.com
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: 212-556-2100
Facsimile: (212)-556-2222

Laura S. Huffman *(pro hac vice)*
lhuffman@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Telephone: 404-572-4600
Facsimile: 404-572-5100

Michael E. Jones

State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON PC
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

ATTORNEYS FOR DEFENDANT
ALCATEL-LUCENT USA INC.


*/s/ Elizabeth L. DeRieux, with permission by*
*Michael E. Jones*
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ederieux@capshawlaw.com

Tyler S. Brown
Ciena Corporation
1201 Winterson Road
Linthicum, MD 21090
(410) 865-8078 Telephone
(410) 091-7305 Facsimile
Email: tybrown@ciena.com

Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200 Telephone
(202) 637-2201 Facsimile
matthew.moore@lw.com

ATTORNEYS FOR DEFENDANTS AND
COUNTERCLAIMANTS CIENA
CORPORATION AND
CIENA COMMUNICATIONS, INC.

*/s/ Christopher E. Chalsen, with permission*
*by Michael E. Jones*
Melvin R. Wilcox III
State Bar No. 21454800
YARBROUGH & WILCOX, PLLC
100 E. Ferguson Street - Suite 1015
Tyler, TX 75702
Phone: 903.595.1133
Fax: 903.595.0191
mrw@yw-lawfirm.com

Christopher E. Chalsen (*Pro Hac Vice*)
CChalsen@milbank.com
Lawrence T. Kass (*Pro Hac Vice*)
LKass@milbank.com
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
Phone: 212.530.5000; Fax 212.822.5844

ATTORNEYS FOR DEFENDANT
FUJITSU NETWORK
COMMUNICATIONS, INC.

*/s/ Mark Dodd, with permission by*
*Michael E. Jones*
James P. Bradley
Attorney-in-Charge
Texas Bar No. 02826000
Email: jbradley@sidley.com
Mark Dodd
Texas Bar No. 24040815
Email: mdodd@sidley.com
SIDLEY AUSTIN LLP
717 N. Harwood, Suite 3400
Dallas, Texas 75201

Tel: (214) 981-3306
Fax: (214) 981-3400

Richard F. O'Malley
Lisa A. Schneider
Robert D. Leighton
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: 312-853-7000
Fax: 312-853-7036

ATTORNEYS FOR DEFENDANTS
TELLABS, INC., TELLABS
OPERATIONS INC., AND TELLABS
NORTH AMERICA, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 19th day of October 2012.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

*/s/ Michael E. Jones*
Michael E. Jones