# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC,** <br><br> Plaintiff, <br><br> vs. <br><br> **ALCATEL-LUCENT USA INC., ET AL**. <br><br> Defendants. | **Case No. 6:11-CV-390** <br><br> **JURY DEMANDED** |

## ORDER

CAME TO BE CONSIDERED the Agreed Motion to Extend the Deadline to file the Joint Claim Construction and Prehearing Statement.

After consideration, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that the deadline to file the Joint Claim Construction and Prehearing Statement is extended from November 1, 2012 until and including November 8, 2012.

**So ORDERED and SIGNED this 1st day of November, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**