**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., et al., | JURY TRIAL DEMANDED |
| *Defendants*. | |

# JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Patent Rule 4-3, Plaintiff Cheetah Omni LLC ("Plaintiff") and Defendants Alcatel-Lucent USA Inc., Ciena Corporation, Ciena Communications, Inc., Fujitsu Network Communications, Inc., Tellabs, Inc., Tellabs Operations, Inc., Nokia Siemens Networks US LLC, and Huawei Technologies USA, Inc. (collectively "Defendants") submit this Joint Claim Construction and Prehearing Statement.

The seven patents-in-suit are:

- U.S. Patent No. 6,847,479 ("the '479 patent")
- U.S. Patent No. 6,856,459 ("the '459 patent")
- U.S. Patent No. 6,882,771 ("the '771 patent")
- U.S. Patent No. 6,888,661 ("the '661 patent")
- U.S. Patent No. 6,940,647 ("the '647 patent")
- U.S. Patent No. 7,116,862 ("the '862 patent")



- U.S. Patent No. 7,339,714 (“the ’714 patent”)

## A. AGREED CLAIM CONSTRUCTIONS [Patent Rule 4-3(a)]

At this time, the parties have agreed to the construction of the following claim terms/phrases. In addition, they will continue to meet and confer in an attempt to reach agreement on other claim terms or phrases.

| Term/Phrase | Agreed Construction |
|---|---|
| **attenuation** (’771 patent: claim 15) | reduction in signal power |
| **gain** (’771 patent: claim 15) | increase in signal power |
| **at least one of a plurality of communication bands** (’771 patent: claim 15) | at least one communication wavelength band out of a plurality of bands, such as the long (“L”), conventional (“C”) or short (“S”) bands or other wavelength bands with wavelengths outside of the L, C or S bands |
| **add/drop multiplexer** (’661 patent: claims 2, 7) | a device that adds and/or drops one or more optical wavelengths |

## B. DISPUTED CLAIM CONSTRUCTIONS [Patent Rule 4-3(b)]

The parties disagree as to the constructions of the terms listed in Exhibits A and B, attached. Exhibit A contains the constructions proposed by Plaintiff; Exhibit B contains the constructions proposed by Defendants. Where appropriate, the parties have identified, pursuant to Patent Rule 4-3(b), the intrinsic and extrinsic evidence that they contend supports their respective positions. With respect to the intrinsic and extrinsic evidence, all citations to figures are to be construed as including citations to the portions of the specification discussing these figures, and all citations to portions of the specification are to be construed as including citations to any figures that are referenced in these portions of the specification. The parties agree that each party may rely on the intrinsic and extrinsic evidence identified by each other party.





The parties reserve the right to amend, correct or supplement their claim construction positions and supporting evidence in response to any change of position by the other party, or for other good cause to the fullest extent permitted by this Court. For example, Defendants reserve the right to amend or supplement pending receipt of Cheetah's substantive responses to Defendants' Interrogatory No. 11 (including, without limitation, as to the construction of "beam splitter" in reference to the '771 and '862 patents), based on the testimony of Cheetah's or Defendants' claim construction experts (including, without limitation testimony in this case and in *Finisar v. Cheetah*, Civ. No. 2:11-cv-15625 (E.D. Mich.)), or as the course of discovery reveals further evidence.

## C. ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING AND CLAIM CONSTRUCTION PREHEARING CONFERENCE [Patent Rule 4-3(c), (e)]

By its Scheduling Order, the Court set the claim construction hearing to be held on February 14, 2013. Pursuant to P.R. 4-3(c), the parties request 3 hours per side for the claim construction hearing.

## D. LIVE WITNESSES AT THE CLAIM CONSTRUCTION HEARING [Patent Rule 4-3(d)]

The parties do not believe that live testimony is necessary at the Claim Construction Hearing. However, if the Court desires live expert testimony, or if any party presents live expert testimony, Cheetah and Defendants may present their experts to testify at the Claim Construction Hearing. Cheetah's and Defendants' experts can provide historical and technological background testimony to assist in understanding the technology at issue, testimony about how the patented invention works, and testimony relating to the interpretation of disputed claim terms.



BK

## E. ANY OTHER ISSUES WHICH MIGHT APPROPRIATELY BE TAKEN UP AT A PREHEARING CONFERENCE [Patent Rule 4-3(e)]

Pursuant to P.R. 4-3(e), the parties state that they are presently unaware of any additional issues that might require the scheduling of a prehearing conference. Should either party become aware of such issues that it believes necessitates a prehearing conference, it will notify the other party and the Court and propose dates for a prehearing conference.





Respectfully submitted,

**BROOKS KUSHMAN P.C.**

By: /s/ Thomas A. Lewry
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
John R. Buser (MI Bar No. P64758)
Christopher C. Smith (MI Bar No. P73936)
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238

*Attorneys for Plaintiff*

Dated: November 8, 2012

**POTTER MINTON PC**

By: /s/ Alexas D. Skucas
Robert F. Perry
rperry@kslaw.com
Alexas D. Skucas (pro hac vice)
askucas@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Anup M. Shah (pro hac vice)
ashah@kslaw.com
KING & SPALDING LLP
100 N. Tryon Street, Suite 3900
Charlotte, North Carolina 28202
Telephone: (704) 503-2559
Facsimile: (704) 503-2622

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON PC
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Attorneys for Nokia Siemens Networks US LLC*

Dated: November 8, 2012





**SIDLEY AUSTIN LLP**

By: /s/ Mark Dodd
Mark A. Dodd
Sidley Austin LLP
717 N. Harwood
Suite 3400
Dallas, TX 75201
(214) 981-3481

*Attorneys for Defendants Tellabs, Inc., Tellabs Operations Inc., and Tellabs North America, Inc.*

Dated: November 8, 2012

**CAPSHAW DERIEUX, LLP**

By: /s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ederieux@capshawlaw.com

Tyler S. Brown
Ciena Corporation
1201 Winterson Road
Linthicum, MD 21090
(410) 865-8078 Telephone
(410) 091-7305 Facsimile
E-mail: tybrown@ciena.com

Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite
1000 Washington, DC 20004-1304
(202) 637-2200 Telephone
(202) 637-2201 Facsimile
E-mail: matthew.moore@lw.com

*Attorneys for Defendants Ciena Communications, Inc. and Ciena Corporation*

Dated: November 8, 2012





**FISH & RICHARDSON P.C.**

By: /s/ Noah C. Graubart
Ruffin B. Cordell
Texas Bar No. 04820550
FISH & RICHARDSON, P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
202-783-5070
cordell@fr.com

Thomas H. Reger II
Texas Bar No. 24032992
FISH & RICHARDSON, P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
reger@fr.com

Noah C. Graubart
Georgia Bar No. 141862
FISH & RICHARDSON, P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5002
graubart@fr.com

*Attorneys for Defendant Huawei Technologies USA, Inc.*

Dated: November 8, 2012

**YARBROUGH * WILCOX, PLLC**

By: /s/ Christopher E. Chalsen
Melvin R. Wilcox, III
State Bar No. 21454800
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702

Christopher E. Chalsen
Lawrence T. Kass
Anna Brook
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000; Fax (212) 822-5844
cchalsen@milbank.com

*Attorneys for Defendant Fujitsu Network Communications, Inc.*

Dated: November 8, 2012





**POTTER MINTON PC**

By: /s/ Allison H. Altersohn
Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
Allen Franklin Gardner
SBN: 24043679
allengardner@potterminton.com
POTTER MINTON PC
110 N. College, Suite 500
Tyler, Texas 75702

Robert F. Perry
rperry@kslaw.com
Allison H. Altersohn
aaltersohn@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Laura S. Huffman (pro hac vice)
lhuffman@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Attorneys for Defendant Alcatel-Lucent USA Inc.*

Dated: November 8, 2012





**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record are being served with a copy of this document via e-mail pursuant to LR CV-5(d) on November 8, 2012.

*/s/ Thomas A. Lewry*



