**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CHEETAH OMNI, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| ALCATEL-LUCENT USA INC., CIENA CORPORATION, CIENA COMMUNICATIONS, INC., FUJITSU NETWORK COMMUNICATIONS, INC., TELLABS, INC., TELLABS OPERATIONS, INC., TELLABS NORTH AMERICA, INC., NOKIA SIEMENS NETWORKS US LLC, FUTUREWEI TECHNOLOGIES, INC. | ) Civil Action No. 6:11cv390-LED ) ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## NOTICE OF CIENA'S PRIVILEGE LOG

COME NOW Defendants/Counterclaimants Ciena Corporation and Ciena Communications Inc. ("Ciena") and notify the Court that pursuant to the Court's Order dated October 12, 2012, Dkt. 164, Ciena served its Privilege Log on counsel for Plaintiff via electronic mail on November 12, 2012.

Dated: November 12, 2012            Respectfully submitted,

         /s/ Elizabeth L. DeRieux _____
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ederieux@capshawlaw.com

Tyler S. Brown
Ciena Corporation
1201 Winterson Road
Linthicum, MD 21090
(410) 865-8078 Telephone
(410) 091-7305 Facsimile
Email: tybrown@ciena.com

Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200 Telephone
(202) 637-2201 Facsimile
matthew.moore@lw.com

**Attorneys for Defendants and Counterclaimants Ciena Corporation and Ciena Communications, Inc.**

### CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 12, 2012. Any other counsel of record will be served by electronic mail or first class U.S. mail on this same date.

         /s/ Elizabeth L. DeRieux_____
Elizabeth L. DeRieux