UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Cheetah Omni LLC,** a Texas Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> **Alcatel-Lucent USA Inc.**, a Delaware corporation, **Alcatel-Lucent Holdings, Inc.**, a Delaware corporation, **Ciena Corporation**, a Delaware corporation, **Ciena Communications, Inc.**, a Delaware corporation, **Fujitsu Network Communications, Inc.**, a California corporation, **Tellabs, Inc.**, a Delaware corporation, **Tellabs Operations, Inc.**, a Delaware corporation, **Tellabs North America, Inc.**, a Delaware corporation, **Nokia Siemens Networks US LLC**, a Delaware corporation, **Huawei Technologies USA, Inc.**, a Texas corporation, **Huawei Device USA, Inc.**, a Texas corporation. <br><br> Defendants. | Honorable Leonard Davis <br><br> Case No. 6:11-cv-390 |

## NOTICE OF SERVICE OF TELLABS' PRIVILEGE LOG

Tellabs, Inc., Tellabs North America, Inc., and Tellabs Operations, Inc. (collectively "Tellabs") notify the Court that pursuant to the Court's Order dated October 12, 2012 (Dkt. 164), Tellabs served its Privilege Log on counsel for Plaintiff via electronic mail on November 12, 2012.

Dated: November 12, 2012

/s/ Robert D. Leighton

James P. Bradley
Attorney-in-Charge
Texas Bar No. 02826000

Email: jbradley@sidley.com
Mark Dodd
Texas Bar No. 24040815
Email: mdodd@sidley.com
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Tel: (214) 981-3306
Fax: (214) 981-3400

Richard F. O'Malley
Lisa A. Schneider
Robert D. Leighton
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Tel: 312-853-7000
Fax: 312-853-7036

*Attorneys For Defendants Tellabs, Inc., Tellabs Operations Inc., and Tellabs North America, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

/s/ Robert D. Leighton

CH1 7200649