**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHEETAH OMNI LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALCATEL-LUCENT USA INC.,** )<br>**ALCATEL-LUCENT HOLDINGS, INC.,** )<br>**CIENA CORPORATION**, **CIENA** )<br>**COMMUNICATIONS, INC.**, **FUJITSU** )<br>**NETWORK COMMUNICATIONS, INC.,** )<br>**TELLABS, INC.**, **TELLABS** )<br>**OPERATIONS, INC.**, **TELLABS NORTH** )<br>**AMERICA, INC.**, **NOKIA SIEMENS** )<br>**NETWORKS US LLC**, **HUAWEI** )<br>**TECHNOLOGIES USA, INC.** )<br>)<br>Defendants. ) | Civil Action No. 6:11-cv-390 (LED) |

## NOTICE OF DEFENDANT NOKIA SIEMENS NETWORKS US LLC'S PRIVILEGE LOG

Defendant Nokia Siemens Networks US LLC ("NSN") hereby notifies the Court that, pursuant to the Court's Order dated October 12, 2012 (Dkt. 164), NSN served its privilege log on counsel for Plaintiff via electronic mail on November 12, 2012.

Dated: November 13, 2012

By:   */s/ Michael E. Jones*
    Robert F. Perry
    rperry@kslaw.com
    Alexas D. Skucas (*pro hac vice*)
    askucas@kslaw.com
    KING & SPALDING LLP
    1185 Avenue of the Americas
    New York, New York 10036
    Telephone:  (212) 556-2100
    Facsimile:  (212) 556-2222

    Anup M. Shah (*pro hac vice*)
    ashah@kslaw.com
    KING & SPALDING LLP
    100 N. Tryon Street, Suite 3900
    Charlotte, North Carolina 28202
    Telephone:  (704) 503-2559
    Facsimile:  (704) 503-2622

    Michael E. Jones
    State Bar No. 10929400
    mikejones@potterminton.com
    Allen F. Gardner
    State Bar No. 24043679
    allengardner@potterminton.com
    POTTER MINTON PC
    110 North College, Suite 500
    Tyler, Texas 75702
    Telephone:  (903) 597-8311
    Facsimile:  (903) 593-0846

    **ATTORNEYS FOR DEFENDANT**
    **NOKIA SIEMENS NETWORKS US LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 13th day of November, 2012. Any other counsel of record will be served by facsimile transmission and/or first class mail.

Date: November 13, 2012  /s/ Michael E. Jones
Michael E. Jones