IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALCATEL-LUCENT USA INC., CIENA )<br>CORPORATION, CIENA )<br>COMMUNICATIONS, INC., FUJITSU )<br>NETWORK COMMUNICATIONS, INC., )<br>TELLABS, INC., TELLABS )<br>OPERATIONS, INC., TELLABS NORTH )<br>AMERICA, INC., NOKIA SIEMENS )<br>NETWORKS US LLC, HUAWEI )<br>TECHNOLOGIES USA, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 6:11cv390-LED<br><br>Jury Trial Demanded |

**ORDER GRANTING THIRD AGREED MOTION TO**
**AMEND THE DOCKET CONTROL ORDER**

Came on for consideration the Third Agreed Motion to Amend the Docket Control Order, and the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Third Agreed Motion to Amend the Docket Control Order is GRANTED as follows:

So ORDERED and SIGNED this 13th day of November, 2012.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

| CURRENT DATE | NEW DEADLINE | EVENT |
|---|---|---|
| Jan. 15, 2013 | Jan. 18, 2013 | **Comply with P.R. 4-5(b)** - Responsive brief and supporting evidence due to party claiming patent infringement. If a technical advisor has been appointed the moving party is to provide their *Markman* brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor.<br><br>**Motion for Summary Judgment of Indefiniteness due.** If a technical advisor has been appointed the moving party is to provide their brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor.<br><br>Briefing shall comply with Local Rules CV-7 and 56 and Patent Rule 4-5(e). <u>Motions to extend page limits will only be granted in exceptional circumstances</u>. |
| Not Scheduled | Jan. 4, 2013 | **Deadline to File Reply Letter Brief for Motion for Summary Judgment of Indefiniteness.** |
| Not Scheduled | Dec. 28, 2012 | **Deadline to File Responsive Letter Brief for Motion for Summary Judgment of Indefiniteness.** |
| Dec. 13, 2012 | Dec. 18, 2012 | **Deadline to File Letter Brief for Motion for Summary Judgment of Indefiniteness.** See the Court's website for further information. |
| Dec. 6, 2012 | Dec. 14, 2012 | **Comply with P.R. 4-5(a)** - The party claiming patent infringement shall serve and file an opening brief and any evidence supporting its claim construction. If a technical advisor has been appointed the moving party is to provide their *Markman* brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor.<br><br>Briefing shall comply with Local Rules CV-7 and 56 and Patent Rule 4-5(e). <u>Motions to extend page limits will only be granted in exceptional circumstances</u>. |
| Nov. 29, 2012 | Dec. 6, 2012 | **Discovery Deadline - Claim Construction Issues.** |