UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, <br><br> *Plaintiff*, <br><br> vs. <br><br> Alcatel-Lucent USA Inc., <br> Alcatel-Lucent Holdings, Inc., <br> Ciena Corporation, <br> Ciena Communications, Inc., <br> Fujitsu Network Communications, Inc., <br> Tellabs, Inc., <br> Tellabs Operations, Inc., <br> Nokia Siemens Networks US LLC, <br> Huawei Technologies USA, <br><br> *Defendants*. | HONORABLE LEONARD DAVIS <br><br> Case No. 6:11CV390 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF DEFENDANT HUAWEI TECHNOLOGIES USA'S PRIVILEGE LOG

Defendant Huawei Technologies USA ("Huawei") hereby notifies the Court that, pursuant to the Court's Order dated October 12, 2012 (Dkt. 164), Huawei served its privilege log on counsel for Plaintiff via electronic mail on November 12, 2012.

Respectfully submitted this 13th day of November 2012,

 

*/s/Noah C. Graubart*
Ruffin B. Cordell
Texas Bar No. 04820550
FISH & RICHARDSON, P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
202-783-5070
cordell@fr.com

Thomas H. Reger II
Texas Bar No. 24032992

FISH & RICHARDSON, P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
reger@fr.com

Noah C. Graubart
Georgia Bar No. 141862
FISH & RICHARDSON, P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5002
graubart@fr.com

**ATTORNEYS FOR DEFENDANT
HUAWEI TECHNOLOGIES USA**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 13th day of November, 2012. Any other counsel of record will be served by facsimile transmission and/or first class mail.

Date: November 13, 2012

                                                    */s/Noah C. Graubart*
                                                   Noah C. Graubart