IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**ALCATEL-LUCENT USA INC., ET AL**.<br><br>Defendants. | Case No. 6:11-CV-390<br><br>**JURY DEMANDED** |

## ORDER

CAME TO BE CONSIDERED the Agreed Motion to Extend the Deadline to file the Tutorials.

After consideration, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that the deadline for the parties, if they desire, to provide Court with tutorials concerning the technology involved in this patent matter be extended from November 20, 2012 until and including December 7, 2012.

**So ORDERED and SIGNED this 20th day of November, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**