UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC,<br><br>    *Plaintiff*,<br><br>vs.<br><br>Alcatel-Lucent USA Inc.,<br>Alcatel-Lucent Holdings, Inc.,<br>Ciena Corporation,<br>Ciena Communications, Inc.,<br>Fujitsu Network Communications, Inc.,<br>Tellabs, Inc.,<br>Tellabs Operations, Inc.,<br>Nokia Siemens Networks US LLC,<br>Huawei Technologies USA, Inc.,<br><br>    *Defendants*. | Case No. 6:11-CV-390-LED<br><br>JURY TRIAL DEMANDED |

### ORDER

The Court having considered the Joint Motion of Cheetah Omni LLC and Huawei Technologies USA to Stay Deadlines Pertaining to Huawei Technologies USA Pending the Outcome of Settlement Negotiations, and good cause having been shown therefore,

**IT IS HEREBY ORDERED** that Parties' Motion to Stay is GRANTED. Should the parties fail to finalize their settlement agreement, the Court will not move the Markman hearing scheduled for February 14, 2013.

**So ORDERED and SIGNED this 27th day of November, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**