UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Cheetah Omni LLC,**<br>a Texas Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>**Alcatel-Lucent USA Inc.**, a Delaware corporation, **Alcatel-Lucent Holdings, Inc.**, a Delaware corporation, **Ciena Corporation**, a Delaware corporation, **Ciena Communications, Inc.**, a Delaware corporation, **Fujitsu Network Communications, Inc.**, a California corporation, **Tellabs, Inc.**, a Delaware corporation, **Tellabs Operations, Inc.**, a Delaware corporation, **Tellabs North America, Inc.**, a Delaware corporation, **Nokia Siemens Networks US LLC**, a Delaware corporation, **Huawei Technologies USA, Inc.**, a Texas corporation, **Huawei Device USA, Inc.**, a Texas corporation.<br><br>    Defendants. | Honorable Leonard Davis<br><br>Case No. 6:11-cv-390 |

## STIPULATION TO STAY

Plaintiff Cheetah Omni LLC ("Cheetah") and Defendants Alcatel-Lucent USA Inc., Ciena Corporation, Ciena Communications, Inc., Fujitsu Network Communications, Inc., Tellabs, Inc., Tellabs Operations, Inc., Tellabs North America, Inc., and Nokia Siemens Networks US LLC (collectively "Defendants") jointly stipulate to the stay of all claims in this lawsuit related to U.S. Patent Nos. 6,847,479 ("the '479 patent") and 6,888,661 ("the '661 patent"). On November 19, 2012, the Eastern District of Michigan entered an order enjoining Cheetah "from prosecuting the '661 and '479 patents in the Texas action." (Nov. 19, 2012 Order, attached hereto as Ex. A.) Accordingly, the Parties hereby stipulate to a stay of all

proceedings in the Eastern District of Texas related to the '661 and '479 patents until such time as the injunction may be lifted.

Dated:  December 3, 2012                              Respectfully submitted,

By:  /s/ Thomas A. Lewry                              /s/ Robert D. Leighton (*with permission*)

| | |
|---|---|
| Thomas A. Lewry (MI Bar No. P36399) (Lead Attorney) | James P. Bradley Attorney-in-Charge |
| John S. Le Roy (MI Bar No. P61964) | Texas Bar No. 02826000 |
| Robert C.J. Tuttle (MI Bar No. P25222) | Email: jbradley@sidley.com |
| John M. Halan (MI Bar No. P37616) | Mark Dodd |
| John R. Buser (MI Bar No. P64758) | Texas Bar No. 24040815 |
| Christopher C. Smith (MI Bar No. P73936) | Email: mdodd@sidley.com |
| **Brooks Kushman P.C.** | **SIDLEY AUSTIN LLP** |
| 1000 Town Center, 22nd Floor | 717 N. Harwood, Suite 3400 |
| Southfield, Michigan 48075-1238 | Dallas, Texas 75201 |
| Tel:  (248) 358-4400 – Fax:  (248) 358-3351 | Tel: (214) 981-3306 |
| Email: tlewry@brookskushman.com | Fax: (214) 981-3400 |
| jleroy@brookskushman.com | |
| rtuttle@brookskushman.com | Richard F. O'Malley |
| jhalan@brookskushman.com | Lisa A. Schneider |
| jbuser@brookskushman.com | Robert D. Leighton |
| csmith@brookskushman.com | **SIDLEY AUSTIN LLP** |
| | One South Dearborn |
| T. John Ward, Jr. (TX State Bar No. 00794818) | Chicago, IL  60603 |
| Jack Wesley Hill | Tel: 312-853-7000 |
| **Ward & Smith Law Firm** | Fax: 312-853-7036 |
| 111 W. Tyler St. | |
| Longview, Texas 75601 | *Attorneys For Defendants Tellabs, Inc.,* |
| Tel:  (903) 757-6400 – Fax:  (903) 757-2323 | *Tellabs Operations Inc., and Tellabs North* |
| Email:  jw@jwfirm.com | *America, Inc.* |
| wh@jwfirm.com | |
| | **AND on behalf of**: |
| Eric Miller Albritton | Alcatel-Lucent USA Inc., |
| **Albritton Law Firm** | Fujitsu Network Communications, Inc., |
| PO Box 2649 | Ciena Corporation and |
| 111 West Tyler, 75601 | Ciena Communications, Inc., and |
| Longview, TX 75606 | Nokia Siemens Networks US LLC. |
| Tel: (903) 757-8449 – Fax: (903) 758-7397 | |
| ema@emafirm.com | |

*Attorneys for Plaintiff Cheetah Omni LLC*

2

## CERTIFICATE OF CONFERENCE

Pursuant to LR CV-7(i), on November 30, 2012 counsel complied with the meet and confer requirement in Local Rule CV-7(h) and this Stipulation to Stay is unopposed.

*/s/ Thomas A. Lewry*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Thomas A. Lewry*