UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Cheetah Omni LLC,** a Texas Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> **Alcatel-Lucent USA Inc.**, a Delaware corporation, **Alcatel-Lucent Holdings, Inc.**, a Delaware corporation, **Ciena Corporation**, a Delaware corporation, **Ciena Communications, Inc.**, a Delaware corporation, **Fujitsu Network Communications, Inc.**, a California corporation, **Tellabs, Inc.**, a Delaware corporation, **Tellabs Operations, Inc.**, a Delaware corporation, **Tellabs North America, Inc.**, a Delaware corporation, **Nokia Siemens Networks US LLC**, a Delaware corporation, **Huawei Technologies USA, Inc.**, a Texas corporation, **Huawei Device USA, Inc.**, a Texas corporation. <br><br> Defendants. | Honorable Leonard Davis <br><br> Case No. 6:11-cv-390 |

### ORDER PARTIALLY STAYING CASE

On November 9, 2012, Judge Borman of the Eastern District of Michigan enjoined Plaintiff, Cheetah Omni LLC ("Cheetah"), from prosecuting U.S. Patent Nos. 6,888,661 ("the '661 patent") and 6,847,479 ("the '479 patent") in the above captioned case. The Parties filed a joint Stipulation to Stay proceedings in the instant case with respect to the '661 patent and the '479 patent.

IT IS ORDERED that the above captioned lawsuit is stayed with respect the '661 patent and the '479 patent until such time as the injunction may be lifted.

**So ORDERED and SIGNED this 5th day of December, 2012.**

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE