**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., et al. | JURY TRIAL DEMANDED |
| *Defendants*. | |

**JOINT STATEMENT REGARDING
TECHNICAL ADVISOR**

Plaintiff, Cheetah Omni LLC, and Defendants, Alcatel-Lucent USA Inc., Ciena Corporation, Ciena Communications, Inc., Fujitsu Network Communications, Inc., Tellabs, Inc., Tellabs North America, Inc., Tellabs Operations, Inc., and Nokia Siemens Networks US LLC (collectively "the parties") have been unable to reach agreement on a potential technical advisor.

| | |
|---|---|
| Date: <u>December 6, 2012</u> | Respectfully submitted, |
| **BROOKS KUSHMAN P.C**. | **POTTER MINTON PC** |
| By: /s/ *Thomas A. Lewry*<br>Thomas A. Lewry (MI Bar No. P36399)<br>(Lead Attorney)<br>John S. Le Roy (MI Bar No. P61964)<br>Robert C.J. Tuttle (MI Bar No. P25222)<br>John M. Halan (MI Bar No. P37616)<br>John R. Buser (MI Bar No. P64758)<br>Christopher C. Smith (MI Bar No. P73936)<br>1000 Town Center, 22nd Floor<br>Southfield, Michigan 48075-1238 | By: */s/ Michael E. Jones (w/permission)*<br>Michael E. Jones<br>SBN: 10929400<br>mikejones@potterminton.com<br>Allen Franklin Gardner<br>SBN: 24043679<br>allengardner@potterminton.com<br>110 N. College, Suite 500<br>Tyler, Texas 75702 |
| *Attorneys for Plaintiff* | *Attorneys for Alcatel-Lucent USA Inc. and Nokia Siemens Networks US LLC* |
| **SIDLEY AUSTIN LLP** | **CAPSHAW DERIEUX, LLP** |
| By: */s/ James P. Bradley (w/permission)*<br>James P. Bradley<br>Attorney-in-Charge<br>Texas Bar No. 02826000<br>Mark Dodd<br>Texas Bar No. 24040815<br>717 N. Harwood, Suite 3400<br>Dallas, Texas 75201 | By: */s/ Elizabeth L. DeRieux (w/permission)*<br>Elizabeth L. DeRieux<br>State Bar No. 05770585<br>114 E. Commerce Ave.<br>Gladewater, Texas 75647<br><br>Tyler S. Brown<br>Ciena Corporation<br>1201 Winterson Road<br>Linthicum, MD 21090 |
| *Attorneys for Defendants Tellabs, Inc., Tellabs Operations Inc., and Tellabs North America, Inc.* | *Attorneys for Defendants Ciena Communications, Inc. and Ciena Corporation* |
| **YARBROUGH * WILCOX, PLLC** | |
| By: */s/ Melvin R. Wilcox, III (w/permission)*<br>Melvin R. Wilcox, III<br>State Bar No. 21454800<br>100 E. Ferguson St., Suite 1015<br>Tyler, Texas 75702 | |
| *Attorneys for Defendant Fujitsu Network Communications, Inc.* | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 6th of December, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

    */s/ Thomas A. Lewry*