**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHEETAH OMNI LLC,**<br><br>    Plaintiff,<br><br>vs.<br><br>**ALCATEL-LUCENT USA INC., ET AL**.<br><br>    Defendants. | **Case No. 6:11-CV-390**<br><br>**JURY DEMANDED** |

**PLAINTIFF'S NOTICE OF SUBMISSION OF TECHNOLOGY TUTORIAL**

COMES NOW Plaintiff and hereby notifies the Court and all parties of record that on today's date, Plaintiff submitted via hand delivery its Technology Tutorial to the Court.

Dated:  December 7, 2012            Respectfully submitted,


                                                            By: /s/ T. John Ward, Jr.
                                                            Thomas A. Lewry (MI Bar No. P36399)
                                                            (Lead Attorney)
                                                            John S. Le Roy (MI Bar No. P61964)
                                                            Robert C.J. Tuttle (MI Bar No. P25222)
                                                            John M. Halan (MI Bar No. P37616)
                                                            John R. Buser (MI Bar No. P64758)
                                                            Christopher C. Smith (MI Bar No. P73936)
                                                            **BROOKS KUSHMAN P.C.**
                                                            1000 Town Center, 22nd Floor
                                                            Southfield, Michigan 48075-1238
                                                            Tel: (248) 358-4400 C Fax: (248) 358-3351
                                                            Email: tlewry@brookskushman.com
                                                                       jleroy@brookskushman.com
                                                                       rtuttle@brookskushman.com

jhalan@brookskushman.com
jbuser@brookskushman.com

T. John Ward, Jr.
TX State Bar No. 00794818
Email: jw@wsfirm.com
Jack Wesley Hill
TX State Bar No. 24032294
Email: wh@wsfirm.com
Ward & Smith Law Firm
P.O. Box 1231
Longview, Texas 75601-1231
Tel: 903-757-6400
Fax: 903-757-2323

Eric M. Albritton (TX State Bar No. 00790215)
ALBRITTON LAW FIRM
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449
Fax: (903) 758-7397
Email: ema@emafirm.com

Joe Kendall (TX State Bar No. 11260700)
Provost Umphrey, L.L.P.
490 Park Street, P.O. Box 4905
Beaumont, Texas 77704
Tel: (409) 835-6000 C Fax: (409) 838-8888
Email: jkendall@provostumphrey.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 7th day of December, 2012.

              /s/ T. John Ward, Jr.