**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

CHEETAH OMNI, LLC,

Plaintiff,

v.

ALCATEL-LUCENT USA INC., CIENA CORPORATION, CIENA COMMUNICATIONS, INC., FUJITSU NETWORK COMMUNICATIONS, INC., TELLABS, INC., TELLABS OPERATIONS, INC., TELLABS NORTH AMERICA, INC., NOKIA SIEMENS NETWORKS US LLC, HUAWEI TECHNOLOGIES USA, INC.

Defendants.

Civil Action No. 6:11cv390-LED

JURY TRIAL DEMANDED

**NOTICE OF TECHNOLOGY TUTORIAL**

COME NOW Defendants[1] and notify the Court that pursuant to the Court's Order dated November 20, 2012, Dkt. 181, they served their technology tutorial upon the Court via hand-delivery and to Plaintiff via hand-delivery on December 7, 2012.

[1] All remaining Defendants in this matter with exception of Huawei Technologies USA. As noted in the November 21, 2012 Joint Motion to Stay Deadlines Pertaining to Huawei Technologies USA, Plaintiff and Huawei Technologies USA have reached an agreement in principle to resolve the claims between them in this litigation. In the event that Plaintiff and Huawei Technologies USA do not fully resolve the claims between them, Huawei Technologies USA reserves the right to join in Defendants' submission of the technology tutorial to the Court.

Dated: December 7, 2012

Respectfully submitted,

_/s/ Elizabeth L. DeRieux ____________
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ederieux@capshawlaw.com

Tyler S. Brown
Ciena Corporation
1201 Winterson Road
Linthicum, MD 21090
(410) 865-8078 Telephone
(410) 091-7305 Facsimile
Email: tybrown@ciena.com

Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200 Telephone
(202) 637-2201 Facsimile
matthew.moore@lw.com

**Attorneys for Defendants and Counterclaimants Ciena Corporation and Ciena Communications, Inc. and on behalf of Defendants Alcatel-Lucent USA Inc., Fujitsu Network Communications, Inc., Tellabs, Inc., Tellabs Operations, Inc., Tellabs North America, Inc., and Nokia Siemens Networks US LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 7, 2012. Any other counsel of record will be served by electronic mail or first class U.S. mail on this same date.

/s/ Elizabeth L. DeRieux___________________
Elizabeth L. DeRieux