IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CHEETAH OMNI, LLC,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:11-CV-390 |
| **ALCATEL-LUCENT USA INC., et al.,** | § § § | |
| Defendants. | § § § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The parties indicated they were unable to reach an agreement on a technical advisor. Docket No. 187. The Court hereby **APPOINTS** Michael T. McLemore as technical advisor to the Court in this action, with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The parties are **ORDERED** to provide Mr. McLemore with a copy of their previously-submitted Technology Tutorials.

**So ORDERED and SIGNED this 12th day of December, 2012.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

1