**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CHEETAH OMNI, LLC,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | **CASE NO. 6:11-CV-390** |
| **ALCATEL-LUCENT USA, INC., ET AL.,** | § § | |
| Defendants. | § § § | |

**ORDER**

The Court **DENIES** Plaintiff Cheetah Omni, LLC's Unopposed Motion for Leave to Exceed Page Limit (Docket No. 193). The Local Rules' page limits ease the burden of motion practice on both the Court and the parties. This Court has hundreds of complex cases and deals with a large number of motions each year. It has become common practice for parties to regularly expect to exceed the District's page limits on nearly all briefs filed in this Court, which has placed an increased burden on the Court. Even small extensions combine to greatly increase the number of pages of briefing the Court must digest, as well as ruling on all of the motions to exceed page limits. Accordingly, the Court **DENIES** the motion. Cheetah Omni may refile its Opening Claim Construction Brief (Docket No. 192) in compliance with the page limits rules within two business days, otherwise the Court will only consider the Opening Claim Construction Brief (Docket No. 192) to the extent it complies with the rules. *See* Local Rule CV-7(l). Further, the Court reminds the parties that all filings in this Court shall be in 12-point, double-spaced, Times New Roman font with no less than 1 inch margins.

**So ORDERED and SIGNED this 18th day of December, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**