IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CHEETAH OMNI, LLC,** | § | |
| Plaintiff, | § | |
| vs. | § | CASE NO. 6:11-CV-390 |
| **ALCATEL-LUCENT USA INC., et al.,** | § | |
| Defendants. | § | |

**ORDER REGARDING LETTER BRIEFS**

Before the Court is Defendants' letter brief regarding summary judgment of indefiniteness (Docket No. 199). This request is **GRANTED**.

**So ORDERED and SIGNED this 11th day of January, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**