# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC,<br><br>   *Plaintiff*,<br><br> vs.<br><br>Alcatel-Lucent USA Inc.,<br>Alcatel-Lucent Holdings, Inc.,<br>Ciena Corporation,<br>Ciena Communications, Inc.,<br>Fujitsu Network Communications, Inc.,<br>Tellabs, Inc.,<br>Tellabs Operations, Inc.,<br>Nokia Siemens Networks US LLC,<br>Huawei Technologies USA, Inc.,<br><br>   *Defendants*. | Case No. 6:11-CV-390-LED<br><br>JURY TRIAL DEMANDED |

## ORDER

The Court having considered the Joint Motion of Cheetah Omni LLC and Huawei Technologies USA to Amend the Docket Control Order, and good cause having been shown therefore,

**IT IS HEREBY ORDERED** that Parties' Joint Motion to Amend the Docket Control Order is **GRANTED**. Accordingly, the Court's Docket Control Order is hereby amended such that Cheetah Omni LLC and Huawei Technologies USA, Inc. are to complete mediation by May 17, 2013.

So ORDERED and SIGNED this 23rd day of January, 2013.



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**