UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, | |
|     *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., et al. | JURY TRIAL DEMANDED |
|     *Defendants*. | |

## NOTICE OF REMOVAL OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned requests the Court to remove John R. Buser from this case and from the Electronic Mail Notice List for this case as is reflected in the Mailing Information of the Court's ECF system. John Buser is no longer associated with Brooks Kushman P.C. or representing Cheetah Omni LLC and therefore should not be a recipient of pleadings in this matter. All remaining attorneys listed below continue to represent the plaintiff, Cheetah Omni LLC, in this matter.

Dated: January 30, 2013

Respectfully submitted,

By: /s/ *John S. LeRoy*
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 – Fax: (248) 358-3351



Email: tlewry@brookskushman.com
jleroy@brookskushman.com
rtuttle@brookskushman.com
jhalan@brookskushman.com
csmith@brookskushman.com

T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
111 W. Tyler St.
Longview, Texas 75601
Tel: (903) 757-6400 – Fax: (903) 757-2323
Email: jw@jwfirm.com
wh@jwfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com



**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record for all Defendants are being served with a copy of this document via e-mail pursuant to LR CV-5(d) on January 30, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ John S. LeRoy

