**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., et al. | JURY TRIAL DEMANDED |
| *Defendants*. | |

**ORDER GRANTING UNOPPOSED MOTION FOR
REMOVAL OF COUNSEL**

The Court, having considered the Unopposed Motion for Removal of Counsel, finds that the Motion should be, and is, hereby, GRANTED.

Therefore, it is ORDERED that John R. Buser if removed from this case.

**So ORDERED and SIGNED this 1st day of February, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**