# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., et al. | JURY TRIAL DEMANDED |
| *Defendants*. | |

## NOTICE OF ESTIMATED TIME REQUESTED FOR THE *MARKMAN* HEARING

The parties request three hours total for the *Markman* hearing on February 14, 2013.

Date: February 1, 2013

**BROOKS KUSHMAN P.C**.

By: /s/ *Thomas A. Lewry*
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
John R. Buser (MI Bar No. P64758)
Christopher C. Smith (MI Bar No. P73936)
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238

*Attorneys for Plaintiff*

**POTTER MINTON PC**

By: */s/ Michael E. Jones (w/permission)*
Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
Allen Franklin Gardner
SBN: 24043679
allengardner@potterminton.com
110 N. College, Suite 500
Tyler, Texas 75702

*Attorneys for Alcatel-Lucent USA Inc. and Nokia Siemens Networks US LLC*



| | |
|---|---|
| **SIDLEY AUSTIN LLP** | **CAPSHAW DERIEUX, LLP** |
| By: /s/ James P. Bradley (w/permission)<br>James P. Bradley<br>Attorney-in-Charge<br>Texas Bar No. 02826000<br>Mark Dodd<br>Texas Bar No. 24040815<br>717 N. Harwood, Suite 3400<br>Dallas, Texas 75201<br><br>*Attorneys for Defendants Tellabs, Inc., Tellabs Operations Inc., and Tellabs North America, Inc.* | By: /s/ Elizabeth L. DeRieux (w/permission)<br>Elizabeth L. DeRieux<br>State Bar No. 05770585<br>114 E. Commerce Ave.<br>Gladewater, Texas 75647<br><br>Tyler S. Brown<br>Ciena Corporation<br>1201 Winterson Road<br>Linthicum, MD 21090<br><br>*Attorneys for Defendants Ciena Communications, Inc. and Ciena Corporation* |

**YARBROUGH * WILCOX, PLLC**

By: /s/ Melvin R. Wilcox, III (w/permission)
Melvin R. Wilcox, III
State Bar No. 21454800
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702

*Attorneys for Defendant Fujitsu Network Communications, Inc.*



## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 1st of February, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                                                       */s/ Thomas A. Lewry*

