# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., et al. | JURY TRIAL DEMANDED |
| *Defendants*. | |

## AGREED MOTION FOR LEAVE TO AMEND CHEETAH'S INFRINGEMENT CONTENTIONS AS TO TELLABS

Plaintiff, Cheetah Omni LLC ("Cheetah") and defendants Tellabs, Inc., Tellabs Operations, Inc. and Tellabs North America, Inc. (collectively, "Tellabs") have agreed, subject to the Court's approval, that Cheetah be given leave to amend its infringement contentions to reflect the amendments included in the amended infringement contentions that were served on Tellabs on December 28, 2012.



Dated: February 4, 2013

Respectfully submitted,

By: /s/ *Christopher C. Smith*
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 – Fax: (248) 358-3351
Email: tlewry@brookskushman.com
      jleroy@brookskushman.com
      rtuttle@brookskushman.com
      jhalan@brookskushman.com
      csmith@brookskushman.com

T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
111 W. Tyler St.
Longview, Texas 75601
Tel: (903) 757-6400 – Fax: (903) 757-2323
Email: jw@jwfirm.com
      wh@jwfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record for all Defendants are being served with a copy of this document via e-mail pursuant to LR CV-5(d) on <u>February 4, 2013.</u>

<u>    /s/ Christopher C. Smith          </u>

## CERTIFICATE OF CONFERENCE

Pursuant to LR CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and this Motion is unopposed.

<u>    /s/ Christopher C. Smith          </u>

