# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC,<br><br>      *Plaintiff*,<br><br>  vs.<br><br>Alcatel-Lucent USA Inc.,<br>Alcatel-Lucent Holdings, Inc.,<br>Ciena Corporation,<br>Ciena Communications, Inc.,<br>Fujitsu Network Communications, Inc.,<br>Tellabs, Inc.,<br>Tellabs Operations, Inc.,<br>Nokia Siemens Networks US LLC,<br>Huawei Technologies USA, Inc.,<br><br>      *Defendants*. | Case No. 6:11-CV-390-LED<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF CHEETAH OMNI'S AND
### DEFENDANT HUAWEI TECHNOLOGIES USA'S
### JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff Cheetah Omni LLC ("Cheetah") and Defendant Huawei Technologies USA, Inc. ("Huawei") and hereby file this Joint Notice of Settlement.

    1.    Cheetah and Huawei have executed a written settlement agreement resolving all claims asserted by and between Cheetah and Huawei in this litigation.

    2.    Cheetah and Huawei will dismiss with prejudice all claims asserted by and between Cheetah and Huawei, pursuant Rule 41(a) of the Federal Rules of Civil Procedure, upon closing of the executed settlement agreement.

    3.    Accordingly, Huawei does not intend to participate in the scheduled February 14, 2013 *Markman* hearing, although Huawei stands ready to attend the hearing at the Court's preference.

Respectfully submitted this the 6th day of February, 2013.

/s/Thomas A. Lewry
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
John R. Buser (MI Bar No. P64758)
Christopher C. Smith (MI Bar No. P73936)
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400
Fax: (248) 358-3351
Email: tlewry@brookskushman.com
jleroy@brookskushman.com
rtuttle@brookskushman.com
jhalan@brookskushman.com
jbuser@brookskushman.com

T. John Ward, Jr.
TX State Bar No. 00794818
Email: jw@wsfirm.com
Jack Wesley Hill
TX State Bar No. 24032294
Email: wh@wsfirm.com
Ward & Smith Law Firm P.O. Box 1231
Longview, Texas 75601-1231 Tel: 903-757-6400
Fax: 903-757-2323

Eric M. Albritton (TX State Bar No. 00790215)
ALBRITTON LAW FIRM
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449
Fax: (903) 758-7397
Email: ema@emafirm.com

/s/Noah C. Graubart
Ruffin B. Cordell
Texas Bar No. 04820550
FISH & RICHARDSON, P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
202-783-5070
cordell@fr.com

Thomas H. Reger II
Texas Bar No. 24032992
FISH & RICHARDSON, P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
reger@fr.com

Noah C. Graubart
Georgia Bar No. 141862
FISH & RICHARDSON, P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5002
graubart@fr.com

ATTORNEYS FOR DEFENDANT
HUAWEI TECHNOLOGIES USA

Joe Kendall (TX State Bar No. 11260700)
Provost Umphrey, L.L.P.
490 Park Street, P.O. Box 4905
Beaumont, Texas 77704
Tel: (409) 835-6000
Fax: (409) 838-8888 Email:
jkendall@provostumphrey.com

ATTORNEYS FOR PLAINTIFF CHEETAH OMNI LLC

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 6th day of February, 2013.

                                               */s/Noah C. Graubart*  
                                               Noah C. Graubart