**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., et al. | JURY TRIAL DEMANDED |
| *Defendants*. | |

# JOINT CLAIM CONSTRUCTION CHART
# PURSUANT TO PR 4-5(D)

Pursuant to Local Patent Rule 4-5(d) of the Patent Local Rules for the United States District Court for the Eastern District of Texas and the Court's Docket Control Order, as modified and/or amended, the parties hereby submit their attached Joint Claim Construction Chart (Exhibit A).

Dated:  **February 8, 2013**

Respectfully submitted,

| | |
|---|---|
| **BROOKS KUSHMAN P.C.** | **KING & SPALDING, LLP-NEW YORK** |
| By: /s/ Thomas A. Lewry | By: /s/ Allison H. Altersohn |
| Thomas A. Lewry (MI Bar No. P36399) | Allison H Altersohn |
| (Lead Attorney) | 1185 Avenue of the Americas |
| John S. Le Roy (MI Bar No. P61964) | New York, NY 10036-4003 |
| Robert C.J. Tuttle (MI Bar No. P25222) | 212/556-2316 |
| John M. Halan (MI Bar No. P37616) | Fax: 212/556-2222 |
| Christopher C. Smith (MI Bar No. P73936) | Email: aaltersohn@kslaw.com |
| 1000 Town Center, 22nd Floor | |
| Southfield, Michigan 48075-1238 | Robert F Perry |
| | King & Spalding, LLP-New York |
| *Attorneys for Plaintiff* | 1185 Avenue of the Americas |
| | New York, NY 10036-4003 |
| Dated: February 8, 2013 | 212/827-4350 |
| | Fax: 212/556-2222 |
| **SIDLEY AUSTIN LLP** | Email: rperry@kslaw.com |
| By: /s/ Mark Dodd | Allen Franklin Gardner |
| Mark A. Dodd | Potter Minton PC |
| Richard F. O'Malley, Jr. | 110 N College Avenue |
| James Bradley | Suite 500 |
| Sidley Austin LLP | Tyler, TX 75702 |
| 717 N. Harwood | 903/597-8311 |
| Suite 3400 | Fax: 903-593-0846 |
| Dallas, TX 75201 | Email: allengardner@potterminton.com |
| (214) 981-3481 | |
| | Laura S Huffman |
| *Attorneys for Defendants Tellabs, Inc.,* | King & Spalding-Atlanta |
| *Tellabs Operations Inc., and Tellabs North* | 1180 Peachtree Street, NE |
| *America, Inc.* | Atlanta, GA 30309-3521 |
| | 404/572-4712 |
| Dated: February 8, 2013 | Fax: 404/572-5134 |
| | Email: lhuffman@kslaw.com |



| | |
|---|---|
| **YARBROUGH * WILCOX, PLLC** | Michael E Jones <br> Potter Minton PC <br> 110 N College <br> Suite 500 <br> PO Box 359 <br> Tyler, TX 75710-0359 <br> 903-597-8311 <br> Fax: 903-593-0846 <br> Email: mikejones@potterminton.com |
| By: /s/ Christopher E. Chalsen <br> Melvin R. Wilcox, III <br> State Bar No. 21454800 <br> 100 E. Ferguson St., Suite 1015 <br> Tyler, Texas 75702 | |
| Christopher E. Chalsen <br> Lawrence T. Kass <br> Anna Brook <br> Milbank, Tweed, Hadley & McCloy LLP <br> 1 Chase Manhattan Plaza <br> New York, NY 10005-1413 <br> (212) 530-5000; Fax (212) 822-5844 <br> cchalsen@milbank.com | *Attorneys for Alcatel-Lucent USA Inc.* <br><br> Dated: February 8, 2013 <br><br> **POTTER MINTON PC** |
| *Attorneys for Defendant Fujitsu Network Communications, Inc.* | By: /s/ Alexas D. Skucas <br> Robert F. Perry <br> rperry@kslaw.com <br> Alexas D. Skucas (*pro hac vice*) <br> askucas@kslaw.com <br> KING & SPALDING LLP <br> 1185 Avenue of the Americas <br> New York, New York 10036 <br> Telephone: (212) 556-2100 <br> Facsimile: (212) 556-2222 |
| Dated: February 8, 2013 | |
| | Anup M. Shah (*pro hac vice*) <br> ashah@kslaw.com <br> KING & SPALDING LLP <br> 100 N. Tryon Street, Suite 3900 <br> Charlotte, North Carolina 28202 <br> Telephone: (704) 503-2559 <br> Facsimile: (704) 503-2622 |



Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON PC
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*Attorneys for Nokia Siemens Networks US LLC*

Dated: February 8, 2013

**CAPSHAW DERIEUX, LLP**

By: /s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ederieux@capshawlaw.com

Tyler S. Brown
Ciena Corporation
1201 Winterson Road
Linthicum, MD 21090
(410) 865-8078 Telephone
(410) 091-7305 Facsimile
E-mail: tybrown@ciena.com



Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite
1000 Washington, DC 20004-1304
(202) 637-2200 Telephone
(202) 637-2201 Facsimile
E-mail: matthew.moore@lw.com

*Attorneys for Defendants Ciena
Communications, Inc. and Ciena Corporation*

Dated: February 8, 2013



4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 8, 2013 all counsel of record have been served with a copy of this P.R. 4-5(d) JOINT CLAIM CONSTRUCTION CHART via the Court's CM/ECF system, per Local Rule CV-5(a)(3).

 /s/ *Thomas A. Lewry*



5