UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, <br><br> *Plaintiff,* <br><br> vs. <br><br> Alcatel-Lucent USA Inc., et al. <br><br> *Defendants*. | HONORABLE LEONARD DAVIS <br><br> Case No. 6:11CV390 <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING AGREED MOTION FOR LEAVE TO AMEND CHEETAH'S INFRINGEMENT CONTENTIONS AS TO TELLABS

The Court, having considered the Agreed Motion to Amend Cheetah's Infringement Contentions as to Tellabs, finds that the Motion should be, and is, hereby, GRANTED.

Therefore, it is ORDERED that Cheetah is granted leave to amend its infringement contentions as to Tellabs, Inc., Tellabs Operations, Inc. and Tellabs North America, Inc., to reflect the amendments included in the amended infringement contentions that were served on Tellabs on December 28, 2012.

**So ORDERED and SIGNED this 11th day of February, 2013.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE