**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Cheetah Omni LLC, *Plaintiff*, vs. Alcatel-Lucent USA Inc., et al. *Defendants*. | HONORABLE LEONARD DAVIS<br><br>Case No. 6:11CV390<br><br>JURY TRIAL DEMANDED |

# ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND CHEETAH'S INFRINGEMENT CONTENTIONS AS TO ALCATEL-LUCENT USA INC.

The Court, having considered the Unopposed Motion to Amend Cheetah's Infringement Contentions as to Alcatel-Lucent USA Inc. finds that the Motion should be, and is, hereby, GRANTED.

Therefore, it is ORDERED that Cheetah is granted leave to amend its infringement contentions as to Alcatel-Lucent USA Inc., to reflect the amendments included in the amended infringement contentions that were served on Alcatel-Lucent USA Inc. on December 28, 2012.

**So ORDERED and SIGNED this 13th day of February, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**