# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **CHEETAH OMNI, LLC,** | § | |
| Plaintiff, | § | |
| vs. | § | CASE NO. 6:11-CV-390 |
| **ALCATEL-LUCENT USA INC., et al.,** | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff Cheetah's Motion to Compel Defendant Nokia Siemens to Provide a Complete Response to Interrogatory No. 1 (Docket No. 162). The Court heard argument regarding the Motion on November 14, 2013. As announced at the hearing, the Motion to Compel (Docket No. 162) is **GRANTED**. Nokia Siemens is **ORDERED** to amend its response to Interrogatory No. 1 within 14 days.

**So ORDERED and SIGNED this 15th day of February, 2013.**

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE