UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., et al. | JURY TRIAL DEMANDED |
| *Defendants*. | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND CHEETAH'S INFRINGEMENT CONTENTIONS AS TO NOKIA SIEMENS NETWORKS US LLC

The Court, having considered the Unopposed Motion to Amend Cheetah's Infringement Contentions as to NSN finds that the Motion should be, and is, hereby, GRANTED.

Therefore, it is ORDERED that Cheetah is granted leave to amend its infringement contentions as to Nokia Siemens Networks US LLC, to reflect the amendments included in the amended infringement contentions that were served on NSN on December 28, 2012.

So ORDERED and SIGNED this 19th day of February, 2013.

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**