# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., et al. | JURY TRIAL DEMANDED |
| *Defendants*. | |

# NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF COMMON REQUESTS FOR ADMISSION TO PLAINTIFF CHEETAH OMNI LLC



Plaintiff, Cheetah Omni, LLC, hereby notifies the Court that a copy of Plaintiff's Responses to Defendants' First Set of Common Requests For Admission to Plaintiff Cheetah Omni LLC was served on all counsel of record via electronic mail on March 5, 2013.

Dated: March 5, 2013

Respectfully submitted,

By: /s/ *Thomas A. Lewry*
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
John R. Buser (MI Bar No. P64758)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 – Fax: (248) 358-3351
Email: tlewry@brookskushman.com
jleroy@brookskushman.com
rtuttle@brookskushman.com
jhalan@brookskushman.com
jbuser@brookskushman.com
csmith@brookskushman.com

T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
111 W. Tyler St.
Longview, Texas 75601
Tel: (903) 757-6400 – Fax: (903) 757-2323
Email: jw@jwfirm.com
wh@jwfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com



**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 5th of March, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

*/s/ Thomas A. Lewry*

