IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, <br><br> *Plaintiff*, <br><br> vs. <br><br> Alcatel-Lucent USA Inc., et al. <br><br> *Defendants*. | HONORABLE LEONARD DAVIS <br><br> Case No. 6:11CV390 <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration the Joint Stipulation of Dismissal with Prejudice of all claims asserted in this case by and between Plaintiff Cheetah Omni LLC ("Cheetah") and Defendant Huawei Technologies USA, Inc. ("Huawei"), and the Court being of the opinion that said Stipulation should be approved in accordance with the representations and stipulations set forth, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit against Huawei by Cheetah and against Cheetah by Huawei are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and (c).

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 3rd day of April, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**