# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **Cheetah Omni LLC,** | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., et al. | JURY TRIAL DEMANDED |
| *Defendants*. | |

## CHEETAH OMNI, LLC'S NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DEFENDANTS' SECOND SET OF COMMON REQUESTS FOR ADMISSION TO PLAINTIFF CHEETAH OMNI LLC

Plaintiff Cheetah Omni, LLC files this Notice confirming that it has served its Responses to Defendants' Second Set of Common Requests For Admission to Plaintiff Cheetah Omni LLC on all Defendants and all other parties *via* e-mail on April 29, 2013.

Dated: April 30, 2013

Respectfully submitted,

By: /s/ Thomas A. Lewry
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 – Fax: (248) 358-3351
Email: tlewry@brookskushman.com
jleroy@brookskushman.com
rtuttle@brookskushman.com
jhalan@brookskushman.com
csmith@brookskushman.com



T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
1127 Judson Road, Suite 220
PO Box 1231
Longview, Texas 75606
Tel:  (903) 757-6400 – Fax:  (903) 757-2323
Email:  jw@jwfirm.com
            wh@jwfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com



**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2013, I electronically filed the foregoing **CHEETAH OMNI, LLC'S NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DEFENDANTS' SECOND SET OF COMMON REQUESTS FOR ADMISSION TO PLAINTIFF CHEETAH OMNI LLC** with the Clerk of the Court for the Eastern District of Texas, Texarkana Division, using the ECF System which will send notification to all registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

     I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System: NONE.

                                   Respectfully submitted,

                                   By: /s/ Thomas A. Lewry
                                   Thomas A. Lewry (MI Bar No. P36399)
                                   John S. Le Roy (MI Bar No. P61964)
                                   Christopher C. Smith (MI Bar No. P73936)
                                   1000 Town Center, Twenty-Second Floor
                                   Southfield, Michigan 48075
                                   Telephone: (248) 358-4400
                                   Facsimile: (248) 358-3351
                                   Email: tlewry@brookskushman.com
                                              jleroy@brookskushman.com
                                              csmith@brookskushman.com

                                 *Attorneys for Plaintiff Cheetah Omni, LLC*

`

