**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., et al. | JURY TRIAL DEMANDED |
| *Defendants*. | |

# CHEETAH OMNI, LLC'S EMERGENCY MOTION TO SEAL DKT #162



Plaintiff, Cheetah Omni LLC ("Cheetah"), respectfully moves this Court, pursuant to the March 28, 2012 Protective Order (Docket #131), to seal Cheetah Omni LLC's Motion To Compel Nokia Siemens Networks US LLC To Provide A Complete Response To Interrogatory No. 1 And Brief In Support (Docket #162).

Cheetah makes this motion at the request of defendants, Tellabs, Inc., Tellabs North America, Inc., and Tellabs Operations, Inc. (collectively "Tellabs"). More specifically, Tellabs asserts that the Motion to Compel contains references to the Tellabs June 2012 Response to Interrogatory No. 1 which are confidential and should be sealed.

Accordingly, Cheetah respectfully requests that the Court grant this motion and retroactively seal Docket #162.

Dated: May 7, 2013

Respectfully submitted,

By: /s/ John M. Halan
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 – Fax: (248) 358-3351
Email: tlewry@brookskushman.com
      jleroy@brookskushman.com
      rtuttle@brookskushman.com
      jhalan@brookskushman.com
      csmith@brookskushman.com



T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
111 W. Tyler St.
Longview, Texas 75601
Tel: (903) 757-6400 – Fax: (903) 757-2323
Email: jw@jwfirm.com
      wh@jwfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
Email: ema@emafirm.com

3



## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record for all Defendants are being served with a copy of this document via e-mail pursuant to LR CV-5(d) on May 7, 2013.

/s/ John M. Halan

## **CERTIFICATE OF CONFERENCE**

Pursuant to LR CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and this Motion is unopposed.

/s/ John M. Halan

