**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| Alcatel-Lucent USA Inc., et al. | JURY TRIAL DEMANDED |
| *Defendants*. | |

# ORDER GRANTING CHEETAH OMNI, LLC'S EMERGENCY MOTION TO SEAL DKT #162

The Court, having considered the Emergency Motion to Seal Dkt. #16 finds that the Motion should be, and is, hereby, GRANTED.

Therefore, it is ORDERED that pursuant to the March 28, 2012 Protective Order (Docket #131), Cheetah Omni LLC's Motion To Compel Nokia Siemens Networks US LLC To Provide A Complete Response To Interrogatory No. 1 And Brief In Support (Docket #162) is hereby SEALED.

**So ORDERED and SIGNED this 8th day of May, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**