# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

**Cheetah Omni LLC,**

       *Plaintiff,*

vs.

Alcatel-Lucent USA Inc., et al.

       *Defendants.*

HONORABLE LEONARD DAVIS

Case No. 6:11CV390

JURY TRIAL DEMANDED

## NOTICE OF SERVICE OF CHEETAH OMNI'S MAY 13, 2013 PATENT RULE 3-6(A) AMENDED INFRINGEMENT CONTENTIONS TO FUJITSU NETWORK COMMUNICATIONS, INC.



Cheetah Omni LLC ("Cheetah") hereby notifies the Court of the service on counsel of record representing Fujitsu Network Communications, Inc. of "Cheetah Omni's May 13, 2013 Patent Rule 3-6(A) Amended Infringement Contentions to Fujitsu Network Communications, Inc."

Respectfully submitted,

Dated:  May 13, 2013

By:  /s/ Thomas A. Lewry
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel:  (248) 358-4400 – Fax:  (248) 358-3351
Email: tlewry@brookskushman.com
          jleroy@brookskushman.com
          rtuttle@brookskushman.com
          jhalan@brookskushman.com
          csmith@brookskushman.com

T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
1127 Judson Road, Suite 220
PO Box 1231
Longview, Texas 75606
Tel:  (903) 757-6400 – Fax:  (903) 757-2323
Email:  jw@jwfirm.com
          wh@jwfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com



## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that counsel of record for Defendants are being served

with a copy of this document via e-mail pursuant to LR CV-5(d) on <u>May 13, 2013</u>

<u>    /s/ Thomas A. Lewry        </u>



1