IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHEETAH OMNI LLC,<br><br>                Plaintiff<br><br>v.<br><br>ALCATEL-LUCENT USA INC., ET AL.<br><br>                Defendants. | Civil Action No. 6:11-cv-390-LED<br><br>JURY DEMANDED<br><br>Judge Leonard Davis |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Kelley A. Conaty, enters her appearance in this matter for Defendants Tellabs, Inc., Tellabs North America, Inc., and Tellabs Operations, Inc. for purposes of receiving notices and orders from the Court.

Dated: May 17, 2013

*/s/ Kelley A. Conaty*
Kelley A. Conaty
Texas Bar No. 24040716
Email: kconaty@sidley.com
**SIDLEY AUSTIN LLP**
717 N. Harwood Street, Suite 3400
Dallas, Texas 75201
Tel: (214) 981-3477
Fax: (214) 981-3400

**ATTORNEY FOR DEFENDANTS
TELLABS, INC., TELLABS NORTH AMERICA,
INC., AND TELLABS OPERATIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3):

                                                  */s/ Kelley A. Conaty*