**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHEETAH OMNI LLC,**  Plaintiff,  vs.  **ALCATEL-LUCENT USA INC., ET AL**.  Defendants. | **Case No. 6:11-CV-390**  **JURY DEMANDED** |

## NOTICE OF APPEARANCE OF CLAIRE ABERNATHY HENRY

COMES NOW Plaintiff, Cheetah Omni LLC, and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Claire Abernathy Henry, State Bar Number 24053063, of the Ward & Smith Law Firm, 1127 Judson Rd., Suite 220, Longview, Texas, 75606-1231, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Respectfully submitted,

/s/ Claire Abernathy Henry
Claire Abernathy Henry
State Bar No. 24053063

WARD & SMITH LAW FIRM
1127 Judson Rd., Suite 220
Longview, Texas 75601
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: claire@wsfirm.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 2nd day of July, 2013.

/s/ Claire Abernathy Henry
Claire Abernathy Henry