IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALCATEL-LUCENT USA INC., CIENA ) | Civil Action No. 6:11cv390-LED |
| CORPORATION, CIENA ) | |
| COMMUNICATIONS, INC., FUJITSU ) | |
| NETWORK COMMUNICATIONS, INC., ) | Jury Trial Demanded |
| TELLABS, INC., TELLABS ) | |
| OPERATIONS, INC., TELLABS NORTH ) | |
| AMERICA, INC., NOKIA SIEMENS ) | |
| NETWORKS US LLC, HUAWEI ) | |
| TECHNOLOGIES USA, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER GRANTING AGREED MOTION TO
## AMEND THE DOCKET CONTROL ORDER

Came on for consideration the Agreed Motion to Amend the Docket Control Order, and the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Agreed Motion to Amend the Docket Control Order is GRANTED as follows:

| CURRENT DATE | REVISED DATE | EVENT |
|---|---|---|
| August 5, 2013 | August 9, 2013 | Opening Letter Briefs due. |
| August 19, 2013 | August 21, 2013 | Responsive Letter Briefs due. |

| | | |
|---|---|---|
| August 26, 2013 | Unchanged | Reply Letter Briefs due. |

**So ORDERED and SIGNED this 22nd day of July, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**