IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **ALCATEL-LUCENT USA INC., ALCATEL-LUCENT HOLDINGS, INC., CIENA CORPORATION**, **CIENA COMMUNICATIONS, INC.**, **FUJITSU NETWORK COMMUNICATIONS, INC.**, **TELLABS, INC.**, **TELLABS OPERATIONS, INC., TELLABS NORTH AMERICA, INC., NOKIA SIEMENS NETWORKS US LLC**, **FUTUREWEI TECHNOLOGIES, INC.** | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:11-cv-390 (LED) |
| Defendants. | ) |

**NOTICE OF JOINDER TO NOTICE OF COMPLIANCE REGARDING SUBMISSION OF LETTER BRIEF**

Defendant Alcatel-Lucent USA Inc. hereby files this Notice of Joinder to Defendants Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc.'s Notice of Compliance Regarding Submission of Letter Brief filed August 29, 2013 (Dkt. No. 308), including the letter brief to the Court requesting permission to file a motion to strike portions of Dr. Lebby's Supplemental Report (Dkt. No. 308, Exh. 1). This Notice of Joinder hereby provides notice that Alcatel-Lucent USA Inc. fully adopts the arguments presented in the letter brief.

| | |
|---|---|
| Dated: August 29, 2013 | By: */s/ Michael E. Jones* |
| | Michael E. Jones |
| | State Bar No. 10929400 |
| | mikejones@potterminton.com |
| | Allen F. Gardner |
| | State Bar No. 24043679 |
| | allengardner@potterminton.com |
| | POTTER MINTON PC |
| | 110 North College |
| | Suite 500 |
| | Tyler, Texas 75702 |
| | Tel: 903-597-8311 |
| | Fax: 903-593-0846 |
| | |
| | Robert F. Perry |
| | rperry@kslaw.com |
| | Allison H. Altersohn |
| | aaltersohn@kslaw.com |
| | KING & SPALDING LLP |
| | 1185 Avenue of the Americas |
| | New York, New York 10036 |
| | Telephone: (212) 556-2100 |
| | Facsimile: (212) 556-2222 |
| | |
| | Laura S. Huffman (*pro hac vice*) |
| | lhuffman@kslaw.com |
| | KING & SPALDING LLP |
| | 1180 Peachtree Street, N.E. |
| | Atlanta, GA 30309-3521 |
| | Telephone: (404) 572-4600 |
| | Facsimile: (404) 572-5100 |
| | |
| | **ATTORNEYS FOR DEFENDANT ALCATEL-LUCENT USA INC.** |

### CERTIFICATE OF SERVICE

I hereby certify that counsel of record are being served this 29th of August, 2013 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Michael E. Jones*
Michael E. Jones