IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CHEETAH OMNI LLC,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:11-CV-390 |
| **ALCATEL-LUCENT USA INC., et al.,** | § § § | |
| Defendants. | § § § | |

# ORDER

Before the Court is Plaintiff Cheetah Omni LLC's Motion to Amend Its Infringement Contentions Against Defendants Ciena Corporation and Ciena Communications, Inc. (Docket No. 228). Ciena Corporation and Ciena Communications, Inc. have since been dismissed from the case. *See* Docket No. 282. Accordingly, Plaintiff's Motion is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 16th day of September, 2013.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**