**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHEETAH OMNI LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **ALCATEL-LUCENT USA INC., ALCATEL-LUCENT HOLDINGS, INC., CIENA CORPORATION**, **CIENA COMMUNICATIONS, INC.**, **FUJITSU NETWORK COMMUNICATIONS, INC.**, **TELLABS, INC.**, **TELLABS OPERATIONS, INC., TELLABS NORTH AMERICA, INC., NOKIA SIEMENS NETWORKS US LLC**, **FUTUREWEI TECHNOLOGIES, INC.** | ) Civil Action No. 6:11-cv-390 (LED) |
| Defendants. | ) |

**NOTICE OF JOINDER TO NOTICE OF COMPLIANCE REGARDING
SUBMISSION OF REPLY TO RESPONSIVE LETTER BRIEF**

Defendant Alcatel-Lucent USA Inc. hereby files this Notice of Joinder to Defendants Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc.'s Notice of Compliance Regarding Submission of Reply to Responsive Letter Brief filed September 17, 2013 (Dkt. No. 314), including the reply letter brief to the Court requesting permission to file a motion to strike portions of Dr. Lebby's Supplemental Report (Dkt. No. 314, Exh. 1). This Notice of Joinder hereby provides notice that Alcatel-Lucent USA Inc. fully adopts the arguments presented in the reply letter brief.

| | |
|---|---|
| Dated: September 17, 2013 | By: */s/ Michael E. Jones* |

          Michael E. Jones
          State Bar No. 10929400
          mikejones@potterminton.com
          Allen F. Gardner
          State Bar No. 24043679
          allengardner@potterminton.com
          POTTER MINTON PC
          110 North College
          Suite 500
          Tyler, Texas 75702
          Tel: 903-597-8311
          Fax: 903-593-0846

          Robert F. Perry
          rperry@kslaw.com
          Allison H. Altersohn
          aaltersohn@kslaw.com
          KING & SPALDING LLP
          1185 Avenue of the Americas
          New York, New York 10036
          Telephone: (212) 556-2100
          Facsimile: (212) 556-2222

          Laura S. Huffman (*pro hac vice*)
          lhuffman@kslaw.com
          KING & SPALDING LLP
          1180 Peachtree Street, N.E.
          Atlanta, GA 30309-3521
          Telephone: (404) 572-4600
          Facsimile: (404) 572-5100

          **ATTORNEYS FOR DEFENDANT**
          **ALCATEL-LUCENT USA INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 17, 2013.

          */s/ Michael E. Jones*