# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **ALCATEL-LUCENT USA INC.,** | ) |
| **ALCATEL-LUCENT HOLDINGS, INC.,** | ) |
| **CIENA CORPORATION, CIENA** | ) Civil Action No. 6:11-cv-390 (LED) |
| **COMMUNICATIONS, INC., FUJITSU** | ) |
| **NETWORK COMMUNICATIONS, INC.,** | ) |
| **TELLABS, INC., TELLABS** | ) |
| **OPERATIONS, INC., TELLABS NORTH** | ) |
| **AMERICA, INC., NOKIA SIEMENS** | ) |
| **NETWORKS US LLC, FUTUREWEI** | ) |
| **TECHNOLOGIES, INC.** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT ALCATEL-LUCENT USA INC.'S
## DISCLOSURE OF TRIAL WITNESSES

Pursuant to the Court's January 3, 2012 Order (Dkt. No. 107), Defendant Alcatel-Lucent USA Inc. ("Alcatel-Lucent") hereby identifies to plaintiff Cheetah Omni LLC ("Cheetah") the trial witnesses it may call live or by deposition.

Alcatel-Lucent's identification of witnesses is based on its assessment of the case at this time, without the benefit of the Court's rulings on various matters, including on summary judgment, *Daubert* challenges, motions *in limine*, and claim construction. Alcatel-Lucent also does not know the nature and/or scope of the testimony and evidence that Cheetah intends to present to support its claims and defenses. Accordingly, Alcatel-Lucent reserves the right to modify, amend and/or supplement these disclosures based on case developments, including but not limited to the right to: (1) not call some or all of the witnesses identified below; (2) call live or by deposition at trial any witness identified on the witness lists provided by Cheetah or the other Defendants, as well as any witnesses necessary to authenticate or lay the foundation for the introduction of documents to which any opposing party objects (including but not limited to custodians of records); (3) disclose additional witnesses to testify live or by deposition; and/or (4) introduce deposition testimony as impeachment evidence. Alcatel-Lucent further notes that its identification of any witness herein is not an admission that the witness's testimony would be admissible if proffered by Cheetah. Alcatel-Lucent reserves the right to cross-examine any witness called to testify by any opposing party or any other party, regardless of whether they are disclosed on this witness list, including without limitation by counter-designation of proffered deposition testimony.

1. **Witnesses Alcatel-Lucent Will Call Live or Via Deposition**

| Witness Name | Employer, Address, and Telephone No. | Topic(s) of Testimony |
|---|---|---|
| Edward Englehart | Alcatel-Lucent USA Inc. | Technology, marketing and sales, and financials for the accused products; Alcatel-Lucent corporate background. |
| Dr. Jack Kelly | CoAdna Photonics | Technology, operation, and components of CoAdna Photonics Wavelength Selective Switches. |
| Dr. Paul Colbourne | JDS Uniphase Corporation | Technology, operation, and components of JDS Uniphase Wavelength Selective Switches. |
| Dr. Mohammed Islam | Cheetah Omni LLC | Conception, reduction to practice and prosecution of patents-in-suit; prior art to the patents-in-suit; value of alleged invention, laches, alleged damages. |
| Dr. Joseph Ford | University of California, San Diego | Non-infringement and invalidity of and prior art and non-infringing alternatives to U.S. Patent Nos. 6,882,771 and 7,116,862. |
| Dr. Jung-Chih Chiao | The University of Texas at Arlington | Non-infringement of and non-infringing alternatives to U.S. Patent Nos. 6,856,459 and 6,940,647. |
| Dr. Keith Goossen | University of Delaware | Invalidity of and prior art to U.S. Patent Nos. 6,856,459 and 6,940,647. |
| W. Christopher Bakewell | Duff & Phelps, LLC | Alleged Damages. |

2. **Witnesses Alcatel-Lucent May Call Live or Via Deposition**

| Witness Name | Employer, Address, and Telephone No. | Topic(s) of Testimony |
|---|---|---|
| James Watt | Alcatel-Lucent Canada Inc. | Technology, marketing and sales, and financials for the accused products; Alcatel-Lucent corporate background. |
| Dr. Larry Fabiny | Finisar Corp. | Non-infringing alternatives. |

Dated: September 19, 2013

Respectfully submitted,

By: */s/ Robert F. Perry, with permission by Michael E. Jones*

Robert F. Perry
rperry@kslaw.com
Allison H. Altersohn
aaltersohn@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Laura S. Huffman (*pro hac vice*)
lhuffman@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON PC
110 North College
Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

**ATTORNEYS FOR DEFENDANT
ALCATEL-LUCENT USA INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 19, 2013.

*/s/ Michael E. Jones*