UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC**<br>Plaintiff,<br><br>vs.<br><br>**ALCATEL-LUCENT USA, INC. ET AL.**<br>Defendants. | **Civil Action No. 6:11-cv-390**<br><br>**Judge Leonard Davis**<br><br><br>**Jury Demanded** |

## TELLABS' NOTICE OF COMPLIANCE REGARDING
## PRETRIAL DISCLOSURES

Defendants Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc.

(collectively "Tellabs") file this Notice of Compliance Regarding Pretrial Disclosures hereby

notifying the Court and counsel for Plaintiff that on September 19, 2013, Tellabs served its

Identification Of Trial Witnesses in accordance with the Court's January 3, 2012 Docket Control

Order (Dkt. No. 107).

Respectfully submitted,

Dated:  September 19, 2013

/s/  Robert D. Leighton

James P. Bradley
Attorney-in-Charge
Texas Bar No. 02826000
Email: jbradley@sidley.com
Mark Dodd
Texas Bar No. 24040815
Email: mdodd@sidley.com
SIDLEY AUSTIN LLP
717 N. Harwood, Suite 3400
Dallas, Texas 75201

Tel: (214) 981-3306
Fax: (214) 981-3400

Richard F. O'Malley
Lisa A. Schneider
Robert D. Leighton
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL  60603
Tel: 312-853-7000
Fax: 312-853-7036

*Attorneys For Defendants Tellabs, Inc.,*
*Tellabs Operations Inc., and Tellabs North*
*America, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(a)(3) on September 19, 2013.


/s/  Robert D. Leighton
_____

3