UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC** <br> Plaintiff, <br><br> vs. <br><br> **ALCATEL-LUCENT USA, INC. ET AL.** <br> Defendants. | **Civil Action No. 6:11-cv-390** <br><br> **Judge Leonard Davis** <br><br> **Jury Demanded** |

## TELLABS' IDENTIFICATION OF TRIAL WITNESSES

Pursuant to the Court's Docket Control Order (Dkt. No. 107), defendants Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc. (collectively "Tellabs") hereby submits the following lists of witnesses whom Tellabs expects to present at trial and those whom Tellabs may call if the need arises. Tellabs expressly reserves the right to call live, by video, or by deposition any witness on this list or any witness on Cheetah's witness list or any of the other Defendant's witness lists. Tellabs hereby expressly reserves the right to supplement, augment, or otherwise modify this list based on circumstances as they may evolve prior to the commencement of trial.

    **A.**    **Witnesses Tellabs Expects To Present At Trial**

| Witness | Employer | Topic of Testimony | Live or By Deposition |
|---|---|---|---|
| Dan Kelly | Tellabs | Tellabs' corporate representative; Corporate history | Live |
| Yajun Wang | Tellabs | Non-infringing alternatives, including Nistica and Finisar | Live |
| Ken Rudofski | Tellabs | Laches and equitable estoppel; Tellabs' interaction with Dr. Islam and Cheetah | Live |

| Jack Kelly | CoAdna Photonics | Non-infringement; Technical information regarding CoAdna WSS | Live or by Video Deposition |
| --- | --- | --- | --- |
| Dr. Jung-Chih Chiao | The University of Texas at Arlington | Non-infringement; Non-infringing alternatives; Topics covered in expert reports | Live |
| Dr. Keith Goossen | The University of Delaware | Invalidity; Topics covered in expert report | Live |
| James Malackowski | Ocean Tomo | Damages; Non-infringing alternatives; Topics covered in expert report | Live |
| Muhammad Islam | Cheetah Omni, LLC | Laches and equitable estoppel; Patents-in-suit; Alleged invention; Interactions with Tellabs; Information on Cheetah Omni LLC | Live |

### B. Witnesses Tellabs May Call If The Need Arises

| Witness | Employer | Topic of Testimony | Live or By Deposition |
| --- | --- | --- | --- |
| Mark Pashan | Tellabs | Alternative Tellabs' corporate representative; Alternative Corporate history | Live |
| Richard Younce | Tellabs | Laches and equitable estoppel; Tellabs' interaction with Dr. Islam and Cheetah | Live |
| Brian Nagle | Tellabs | Tellabs' licensing as related to Cheetah's claim for alleged damages | Live |
| Thomas Strasser | Nistica, Inc. | Non-infringing alternatives; information regarding the Nisitca WSS | Video deposition |
| Dr. Larry Fabiny | Finisar Corp. | Non-infringing alternatives; information regarding the Finisar WSS | Video Deposition |

| | | | |
|---|---|---|---|
| Fujitsu Network Communications corporate representative | Fujitsu Network Communications | Alleged damages | Video Deposition |

### C. Witnesses Tellabs May, But Probably Will Not, Call

Tellabs may also call and/or cross-examine witnesses listed or called by Plaintiff, and Tellabs reserves the right to call such witnesses in putting on its affirmative case and/or to include evidence elicited from such witnesses on cross-examination as part of its affirmative case. In addition, Tellabs may, but probably will not, call the following witnesses:

| Witness | Employer | Topic of Testimony | Live or By Deposition |
|---|---|---|---|
| Tim Toth | Tellabs | Damages | Live |
| Renato Cavour | Tellabs | Testing of Tellabs' ROADM modules | Live |
| Jim Harlan | Xtera Communications, Inc. | Laches and equitable estoppel; Dr. Islam's relationship and interaction with Xtera | Video deposition |

Respectfully submitted,

Dated: September 19, 2013

/s/ Robert D. Leighton

James P. Bradley
Attorney-in-Charge
Texas Bar No. 02826000
Email: jbradley@sidley.com
Mark Dodd
Texas Bar No. 24040815
Email: mdodd@sidley.com
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Tel: (214) 981-3306
Fax: (214) 981-3400

Richard F. O'Malley
Lisa A. Schneider
Robert D. Leighton

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Tel: 312-853-7000
Fax: 312-853-7036

*Attorneys For Defendants Tellabs, Inc.,
Tellabs Operations Inc., and Tellabs North
America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 19, 2013.

/s/ Robert D. Leighton