UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC**<br>Plaintiff,<br><br>vs.<br><br>**ALCATEL-LUCENT USA INC. ET AL.**<br>Defendants. | Civil Action No. 6:11-cv-390<br>**Judge Leonard Davis**<br><br>**Jury Demanded** |

**ORDER**
**GRANTING JOINT MOTION TO EXTEND THE DEADLINES TO FILE**
**AND RESPOND TO *DAUBERT* AND DISPOSITIVE MOTIONS**

The Court, having considered the Joint Motion To Extend The Deadlines To File and Respond To *Daubert* and Dispositive Motions, finds that the Motion should be, and is, hereby, GRANTED.

IT IS, THEREFORE, ORDERED that the Joint Motion To Extend The Deadlines To File and Respond To *Daubert* and Dispositive Motions is GRANTED as follows:

| Current Date | New Deadline | Event |
|---|---|---|
| October 3, 2013 | October 24, 2013 | Dispositive Motions due from all parties and any other motions that may require a hearing (including *Daubert* motions) due. |
| October 24, 2013 | November 14, 2013 | Response to Dispositive Motions (including *Daubert* motions) due. |

All other deadlines remain unchanged.

**So ORDERED and SIGNED this 20th day of September, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**