IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC<br><br>    Plaintiff,<br><br>    v.<br><br>Alcatel-Lucent USA Inc., et al.<br><br>    Defendants. | Civil Action No. 6:11-cv-390 (LED)<br><br>Jury Trial Demanded |

## NOTICE OF COMPLIANCE REGARDING PRETRIAL DISCLOSURES

Defendant Fujitsu Network Communications, Inc. ("FNC") files this Notice of Compliance Regarding Pretrial Disclosures to hereby notify the Court and counsel for Plaintiff Cheetah Omni LLC ("Cheetah") that on September 19, 2013, FNC served on counsel for Cheetah its Identification of Trial Witnesses in accordance with the Court's Docket Control Order. (Dkt. No. 107).

Respectfully submitted,

Dated: September 20, 2013

*/s/ Melvin R. Wilcox*
Melvin R. Wilcox, III
Texas Bar No. 21454800
mrw@yw-lawfirm.com
Yarbrough Wilcox Gunter PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
(903) 595-1133; Fax (903) 595-0191


*/s/* Christopher E. Chalsen
Christopher E. Chalsen (*Pro Hac Vice*)
cchalsen@milbank.com
Lawrence T. Kass (*Pro Hac Vice*)
lkass@milbank.com
Anna Brook (*Pro Hac Vice*)
abrook@milbank.com

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000; Fax (212) 822-5844

*Counsel for Fujitsu Network Communications, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 20, 2013.

*/s/Melvin R. Wilcox*
Melvin R. Wilcox