**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Cheetah Omni LLC | |
| *Plaintiff*, | Civil Action No. 6:11-cv-390 (LED) |
| v. | Jury Trial Demanded |
| Alcatel-Lucent USA Inc., et al. | |
| *Defendants*. | |

**JURY DEMAND OF DEFENDANT**
**ALCATEL-LUCENT USA INC.**

Pursuant to General Order 13-11, and the amendments to Local Rule CV-38(a) therein,

and as previously demanded in their Answer and Counterclaims [Dkt. #184], Defendant Alcatel-

Lucent USA Inc. respectfully demands a jury trial on all issues so triable.


Dated: September 23, 2013                    Respectfully submitted by:


                                             */s/ Michael E. Jones*
                                             Michael E. Jones
                                             State Bar No. 10929400
                                             Allen F. Gardner
                                             State Bar No. 24043679
                                             POTTER MINTON PC
                                             110 North College
                                             Suite 500
                                             Tyler, Texas 75702
                                             Tel: 903-597-8311
                                             Fax: 903-593-0846
                                             *mikejones@potterminton.com*
                                             *allengardner@potterminton.com*

                                             Robert F. Perry
                                             Allison H. Altersohn
                                             KING & SPALDING LLP
                                             1185 Avenue of the Americas
                                             New York, New York  10036


{A07/08163/0010/W1080659.1 }

Telephone:  (212) 556 2100
Facsimile:  (212) 556 2222
*rperry@kslaw.com*
*aaltersohn@kslaw.com*

*ATTORNEYS FOR DEFENDANT*
*ALCATEL-LUCENT USA INC.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record have consented to electronic service and are

being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-

5(a)(3) on September 23, 2013.  Any other counsel of record will be served by First Class U.S.

mail on this same date.

*/s/ Michael E. Jones*