UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC**<br>        Plaintiff,<br><br>vs.<br><br>**ALCATEL-LUCENT USA, INC. ET AL.**<br>        Defendants. | **Civil Action No. 6:11-cv-390**<br>**Judge Leonard Davis**<br><br>**Jury Demanded** |

**JURY DEMAND OF
TELLABS, INC., TELLABS OPERATIONS, INC., AND
<u>TELLABS NORTH AMERICA, INC.</u>**

Pursuant to General Order 13-11, and the amendments to Local Rule CV-38(a) therein, and as previously demanded in their Answers and Counterclaims (Dkt. Nos. 132-134), Defendants Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc. respectfully demand a jury trial on all issues so triable.

Respectfully submitted,

Dated: September 24, 2013                  /s/ Robert D. Leighton

James P. Bradley
Attorney-in-Charge
Texas Bar No. 02826000
Email: jbradley@sidley.com
Mark Dodd
Texas Bar No. 24040815
Email: mdodd@sidley.com
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Tel: (214) 981-3306
Fax: (214) 981-3400

Richard F. O'Malley
Lisa A. Schneider
Robert D. Leighton
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Tel: 312-853-7000
Fax: 312-853-7036

*Attorneys For Defendants Tellabs, Inc., Tellabs Operations Inc., and Tellabs North America, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 24, 2013.

    /s/   Robert D. Leighton

CH1 8150402