# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC<br><br>    Plaintiff,<br><br>v.<br><br>Alcatel-Lucent USA Inc., et al.<br><br>    Defendants. | Civil Action No. 6:11-cv-390 (LED)<br><br>**Jury Demanded** |

## JURY DEMAND

Pursuant to General Order 13-11, and the amendments to Local Rule CV-38(a) therein, and as previously demanded in their Answer and Counterclaims [Dkt. #70], Defendant Fujitsu Network Communications, Inc. respectfully demands a jury trial on all issues so triable.

Dated: September 27, 2013

Respectfully submitted,

 /s/ Christopher E. Chalsen
Christopher E. Chalsen (*Pro Hac Vice*)
cchalsen@milbank.com
Lawrence T. Kass (*Pro Hac Vice*)
lkass@milbank.com
Anna Brook (*Pro Hac Vice*)
abrook@milbank.com
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000; Fax (212) 822-5844

*/s/ Melvin R. Wilcox*
Melvin R. Wilcox, III
Texas Bar No. 21454800
mrw@yw-lawfirm.com
YARBROUGH WILCOX GUNTER PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
(903) 595-1133; Fax (903) 595-0191

*Counsel for Fujitsu Network Communications, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing on this the 27th day of September, 2013.

/s/ Melvin R. Wilcox

2

#4842-2061-6469v1