UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC**<br>Plaintiff,<br><br>vs.<br><br>**ALCATEL-LUCENT USA, INC. ET AL.**<br>Defendants. | **Civil Action No. 6:11-cv-390**<br>**Judge Leonard Davis**<br><br>**Jury Demanded** |

**TELLABS' NOTICE OF COMPLIANCE REGARDING PRETRIAL DISCLOSURES**

Pursuant to the Court's Docket Control Order (Dkt. No. 107), defendants Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc. (collectively "Tellabs") file this Notice of Compliance Regarding Pretrial Disclosures hereby notifying the Court and counsel for Plaintiff that Tellabs does not have any rebuttal witnesses to disclose beyond those found in the Identification of Trial Witnesses served by Tellabs (corresponding to Dkt. No. 319), Alcatel-Lucent USA, Inc. (corresponding to Dkt. No. 317), Fujitsu Network Communications, Inc. (corresponding to Dkt. No. 321), and Plaintiff (corresponding to Dkt. No. 322). Tellabs hereby expressly reserves the right to supplement, augment, or otherwise modify its witness list based on circumstances as they may evolve prior to the commencement of trial.

Respectfully submitted,

Dated:  September 30, 2013                              /s/  Mark A. Dodd

        James P. Bradley
        Attorney-in-Charge
        Texas Bar No. 02826000
        Email: jbradley@sidley.com
        Mark Dodd
        Texas Bar No. 24040815
        Email: mdodd@sidley.com
        **SIDLEY AUSTIN LLP**
        717 N. Harwood, Suite 3400
        Dallas, Texas 75201
        Tel: (214) 981-3306
        Fax: (214) 981-3400

        Richard F. O'Malley
        Lisa A. Schneider
        Robert D. Leighton
        **SIDLEY AUSTIN LLP**
        One South Dearborn
        Chicago, IL  60603
        Tel: 312-853-7000
        Fax: 312-853-7036

        *Attorneys For Defendants Tellabs, Inc.,*
        *Tellabs Operations Inc., and Tellabs North*
        *America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 30, 2013.

                                                  /s/  Mark A. Dodd