# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Cheetah Omni LLC,**  *Plaintiff*, vs. Alcatel-Lucent USA Inc., et al., *Defendants*. | HONORABLE LEONARD DAVIS  Case No. 6:11CV390  JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE REGARDING CHEETAH'S IDENTIFICATION OF REBUTTAL TRIAL WITNESSES

Plaintiff, Cheetah Omni, LLC ("Cheetah"), files this Notice of Compliance Regarding Cheetah's Identification of Rebuttal Trial Witnesses to notify the Court and counsel for Defendants that Cheetah served on counsel for Defendants, in accordance with the Court's Docket Control Order (Dkt. #107), on September 30, 2013, its Identification of Rebuttal Trial Witnesses.

Dated: September 30, 2013

Respectfully submitted,

By: /s/ Thomas A. Lewry
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
John R. Buser (MI Bar No. P64758)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 – Fax: (248) 358-3351



T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
111 W. Tyler St.
Longview, Texas 75601
Tel: (903) 757-6400 – Fax: (903) 757-2323
jw@wsfirm.com
wh@wsfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com



**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on September 30, 2013.

                                             */s/ Thomas A. Lewry*

