**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Cheetah Omni LLC<br><br>        Plaintiff,<br><br>        v.<br><br>Alcatel-Lucent USA Inc., et al.<br><br>        Defendants. | Civil Action No. 6:11-cv-390 (LED)<br><br>Jury Trial Demanded |

**FUJITSU NETWORK COMMUNICATIONS, INC.'S
IDENTIFICATION OF REBUTTAL TRIAL WITNESSES**

Pursuant to this Court's Docket Control Order (D.I. 107), Defendant Fujitsu Network Communications, Inc. ("FNC") hereby identifies to plaintiff Cheetah Omni LLC ("Cheetah") the rebuttal witnesses it may call at trial.

At this time, FNC identifies the following rebuttal witnesses for trial:

| | Witness (Employer) | Topics | Will Call | May Call | Probably Will Not Call |
|---|---|---|---|---|---|
| 1. | Rich Colter (FNC) | Corporate testimony; Structure and operation of accused products; Non-infringement | | X | |
| 2. | Steve Carlton (FNC) | Structure and operation of accused products; Non-infringement | | X | |
| 3. | John Mattessich (FNC) | Structure and operation of accused products; Non-infringement | | X | |
| 4. | Dave Delfarra (FNC) | Structure and operation of accused products; Non-infringement | | X | |
| 5. | Paul Interrante (FNC) | Corporate testimony; Sales and licensing; Alleged damages | | X | |
| 6. | Rick Fiechtner (FNC) | Corporate testimony; Sales and licensing; | | X | |

|     | Witness (Employer)          | Topics                                                                                        | Will Call | May Call | Probably Will Not Call |
|-----|-----------------------------|-----------------------------------------------------------------------------------------------|-----------|----------|------------------------|
|     |                             | Alleged damages                                                                               |           |          |                        |
| 7.  | John Lanius (FNC)           | Corporate testimony; Sales and licensing; Alleged damages                                     |           | X        |                        |
| 8.  | John Mills (BTI)            | Structure and operation of accused products; Non-infringement                                 |           |          | X                      |
| 9.  | Robert Keyes (BTI)          | Structure and operation of accused products; Non-infringement                                 |           |          | X                      |
| 10. | Mohammed Islam (Cheetah)    | Corporate testimony; Alleged invention; Patents-in-suit; Invalidity; Laches; Alleged damages  |           | X        |                        |
| 11. | Cheetah                     | Corporate testimony; Alleged invention; Patents-in-suit; Invalidity; Laches; Alleged damages  |           | X        |                        |
| 12. | Joseph Ford, Ph.D (expert)  | Non-infringement; Invalidity; Non-infringing alternatives                                     |           | X        |                        |
| 13. | Mark Gallagher (expert)     | Alleged damages                                                                               |           | X        |                        |
| 14. | Keith Goossen (expert)      | Invalidity                                                                                    |           | X        |                        |
| 15. | Paul Colbourne (JDSU)       | Structure and operation of WSS devices; Non-infringement                                      |           | X        |                        |
| 16. | Michael Miller (JDSU)       | Structure and operation of WSS devices; Non-infringement                                      |           | X        |                        |
| 17. | Gonzalo Wills (JDSU)        | Structure and operation of WSS devices; Non-infringement                                      |           | X        |                        |
| 18. | Gil Cohen (Oclaro)          | Structure and operation of WSS devices; Non-infringement                                      |           | X        |                        |
| 19. | James Harlan (Xtera)        | Alleged damages                                                                               |           | X        |                        |
| 20. | Huawei                      | Alleged damages                                                                               |           | X        |                        |
| 21. | Ciena                       | Alleged damages                                                                               |           | X        |                        |

|     | Witness (Employer) | Topics | Will Call | May Call | Probably Will Not Call |
|-----|---|---|---|---|---|
| 22. | Nokia Siemens Networks | Alleged damages | | X | |
| 23. | Alcatel-Lucent | Alleged damages | | | X |
| 24  | Tellabs | Alleged damages | | | X |
| 25. | Nistica | Alleged damages | | | X |
| 26. | Coadna | Alleged damages | | | X |
| 27. | Micralyne | Structure and operation of MEMS devices; Non-infringement | | X | |
| 28. | Dalsa | Structure and operation of MEMS devices; Non-infringement | | X | |

FNC expressly reserves the right to call live, by video, or by deposition any witness on this list or any witness on the witness lists or rebuttal witness lists of Cheetah or any of the other defendants. FNC hereby expressly reserves the right to supplement, augment, or otherwise modify this list based on circumstances as they may evolve prior to the commencement of trial.

Dated: September 30, 2013

Respectfully submitted,

 */s/* Christopher E. Chalsen
Christopher E. Chalsen (*Pro Hac Vice*)
cchalsen@milbank.com
Lawrence T. Kass (*Pro Hac Vice*)
lkass@milbank.com
Anna Brook (*Pro Hac Vice*)
abrook@milbank.com
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000; Fax (212) 822-5844

*/s/ Melvin R. Wilcox*
Melvin R. Wilcox, III
Texas Bar No. 21454800
mrw@yw-lawfirm.com
Yarbrough & Wilcox PLLC
100 E. Ferguson St.
Tyler, Texas 75702
(903) 595-1133; Fax (903) 595-0191
 *Counsel for Fujitsu Network Communications, Inc.*

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that counsel of record for Plaintiff is being served with a copy of this document via electronic mail on October 1, 2013.

                 */s/* Nathaniel T. Browand
                 Nathaniel T. Browand