UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC**<br>Plaintiff,<br><br>vs.<br><br>**ALCATEL-LUCENT USA, INC. ET AL.**<br>Defendants. | Civil Action No. 6:11-cv-390<br>Judge Leonard Davis<br><br>Jury Demanded |

### TELLABS' SUPPLEMENTAL NOTICE OF COMPLIANCE REGARDING PRETRIAL DISCLOSURES

Pursuant to the Court's Docket Control Order (Dkt. No. 107), defendants Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc. (collectively "Tellabs") hereby submits the following supplemental list of witnesses whom Tellabs may call if the need arises. Tellabs hereby expressly reserves the right to supplement, augment, or otherwise modify its witness list based on circumstances as they may evolve prior to the commencement of trial.

A. **Witness Tellabs May Call If The Need Arises**

| Witness | Employer | Topic of Testimony | Expected Duration | Live or By Deposition |
|---|---|---|---|---|
| Erich Ippen | Massachusetts Institute of Technology | Non-infringement and/or validity | | Live (or by video deposition if not in attendance) |

Respectfully submitted,

Dated: October 1, 2013 /s/ Mark A. Dodd

        James P. Bradley
        Attorney-in-Charge
        Texas Bar No. 02826000
        Email: jbradley@sidley.com
        Mark Dodd
        Texas Bar No. 24040815
        Email: mdodd@sidley.com
        **SIDLEY AUSTIN LLP**
        717 N. Harwood, Suite 3400
        Dallas, Texas 75201
        Tel: (214) 981-3306
        Fax: (214) 981-3400

        Richard F. O'Malley
        Lisa A. Schneider
        Robert D. Leighton
        **SIDLEY AUSTIN LLP**
        One South Dearborn
        Chicago, IL 60603
        Tel: 312-853-7000
        Fax: 312-853-7036

        *Attorneys For Defendants Tellabs, Inc.,*
        *Tellabs Operations Inc., and Tellabs North*
        *America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 1, 2013.

                                          /s/  Mark A. Dodd