# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Cheetah Omni LLC,** | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| **Alcatel-Lucent USA Inc., et al.** | JURY TRIAL DEMANDED |
| *Defendants*. | |

## ORDER OF DISMISSAL WITH PREJUDICE WITH RESPECT TO DEFENDANT NOKIA SIEMENS NETWORKS U.S. LLC

In consideration of the parties' Joint Stipulation of Dismissal With Prejudice With Respect to Defendant Nokia Siemens Networks U.S. LLC (now Nokia Solutions and Networks U.S., LLC), the Court dismisses with prejudice of all claims and counterclaims asserted by and between Plaintiff Cheetah Omni LLC and Defendant Nokia Siemens Networks U.S. LLC in accordance with Fed. R. Civ. P. 41(a) and (c), with each party to bear its own costs, expenses, and attorney fees.

**So ORDERED and SIGNED this 15th day of October, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**