UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Cheetah Omni LLC,** | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| **Alcatel-Lucent USA Inc.,** et al. | JURY TRIAL DEMANDED |
| *Defendants*. | |

## ORDER OF DISMISSAL WITH PREJUDICE WITH RESPECT TO DEFENDANT ALCATEL-LUCENT USA INC.

In consideration of the parties' Joint Stipulation of Dismissal With Prejudice With Respect to Alcatel-Lucent USA Inc., the Court (1) dismisses with prejudice of all claims asserted by Plaintiff Cheetah Omni, LLC and (2) dismisses without prejudice of all defenses and counterclaims asserted by Defendant Alcatel-Lucent USA Inc., with each party to bear its own costs, expenses, and attorney fees.

**So ORDERED and SIGNED this 19th day of November, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**