GENERAL ORDER NO. 13-23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

# GENERAL ORDER ASSIGNING CASE TO U.S CIRCUIT JUDGE
# TIMOTHY B. DYK

Chief Justice Roberts and Chief Judge Stewart have approved the intercircuit assignment of U.S. Circuit Judge Timothy B. Dyk to case(s) on this court's docket. Accordingly, the following Tyler Division case is transferred to Judge Dyk:

    6:11-cv-390 Cheetah Omni LLC v. Alcatel-Lucent USA Inc. et al.

Signed this 13th day of December, 2013.

**FOR THE COURT:**

_____
LEONARD DAVIS
Chief Judge