UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | |
| v. | Case No. 6:11-cv-390 |
| Alcatel-Lucent USA Inc., et al., | |
| *Defendants*. | |

## ORDER

Before the court is Cheetah Omni LLC's unopposed Motion to Stay Deadlines as to Fujitsu Network Communications, Inc. The motion is **GRANTED**. All deadlines with respect to Cheetah's claims against Fujitsu are stayed for sixty (60) days from the filing date of the motion, up to and including February 17, 2014. Within thirty (30) days of entry of this order, Cheetah and Fujitsu shall jointly notify the court of the status of their settlement agreement. So ordered and signed December 30th, 2013.

                                                    /s/ Timothy B. Dyk

                                                  Timothy B. Dyk
                                                  United States Circuit Judge