# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

Cheetah Omni LLC,

    *Plaintiff*,

v.

Alcatel-Lucent USA Inc., et al.,

    *Defendants*.

Case No. 6:11-cv-390

## ORDER

The court hereby orders a telephonic status conference with the parties, to be held January 14, 2014, at 2 p.m. EST. The parties will discuss, among other things, a date for oral argument on Tellabs' Motion for Summary Judgment, ECF Doc. No. 345. The parties are directed to convene themselves shortly before the set date and time on a conference call that the court may join at precisely 2 p.m. The parties shall provide the court with the necessary information for joining the call in a letter filed no later than January 13, 2014. So ordered and signed January 3, 2014.

        /s Timothy B. Dyk

        Timothy B. Dyk
        United States Circuit Judge[*]

---

[*] Of the United States Court of Appeals for the Federal Circuit, sitting by designation.