

Ernie L. Brooks
1942-2007

**Brooks Kushman P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, Michigan  48075-1238  USA

Tel (248) 358-4400 ● Fax (248) 358-3351

www.brookskushman.com

January 8, 2014

The Honorable Timothy B. Dyk
c/o U.S. District Court for the Eastern District of Texas
200 W. Ferguson, Third Floor
Tyler, TX 75702

    **Re:**   *Cheetah Omni v. Alcatel-Lucent et al.*
           **Case No. 6:11cv390**

Dear Judge Dyk:

    Per the Court's Order, Dkt #400, the dial-in number for the January 14, 2014 conference call at 2:00 p.m. EST is (877) 594-8353.  The participant code is 39149405.

                        Very truly yours,

                        **BROOKS KUSHMAN P.C.**

                        Thomas A. Lewry

TAL:ds
cc: all counsel of record (*by ECF*)