UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Cheetah Omni LLC,**<br><br>　　Plaintiff,<br><br>vs.<br><br>**Alcatel-Lucent USA Inc., et al.**<br><br>　　Defendants. | U.S. CIRCUIT JUDGE TIMOTHY B. DYK<br><br>Case No. 6:11CV390<br><br>JURY TRIAL DEMANDED |

### TELLABS, INC.'S FIRST SUPPLEMENTAL CORPORATE
### DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tellabs, Inc. discloses that it was recently acquired by Marlin Equity Partners. No publicly held corporation owns 10% or more of Tellabs, Inc.'s stock.

Dated: January 13, 2014

/s/ *Robert D. Leighton*

James P. Bradley
Attorney-in-Charge
Texas Bar No. 02826000
Email: jbradley@sidley.com
Mark Dodd
Texas Bar No. 24040815
Email: mdodd@sidley.com
Kelley A. Conaty
Texas Bar No. 24040716
Email: kconaty@sidley.com
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Tel: (214) 981-3306
Fax: (214) 981-3400

Richard F. O'Malley
Lisa A. Schneider
Robert D. Leighton
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Tel: 312-853-7000
Fax: 312-853-7036

*Attorneys For Defendants Tellabs, Inc., Tellabs Operations Inc., and Tellabs North America, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

    /s/  *Robert D. Leighton*