UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Cheetah Omni LLC,**<br><br>    Plaintiff,<br><br>vs.<br><br>**Alcatel-Lucent USA Inc., et al.**<br><br>    Defendants. | U.S. CIRCUIT JUDGE TIMOTHY B. DYK<br><br>Case No. 6:11CV390<br><br>JURY TRIAL DEMANDED |

**TELLABS OPERATIONS, INC.'S FIRST SUPPLEMENTAL
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tellabs Operations, Inc. discloses that Tellabs Inc. is the parent corporation of Tellabs Operations, Inc. Tellabs, Inc. was recently acquired by Marlin Equity Partners. No publicly held corporation owns 10% or more of Tellabs, Inc.'s stock.

| | |
|---|---|
| Dated:  January 13, 2014 | /s/ *Robert D. Leighton* |
| | James P. Bradley<br>Attorney-in-Charge<br>Texas Bar No. 02826000<br>Email: jbradley@sidley.com<br>Mark Dodd<br>Texas Bar No. 24040815<br>Email: mdodd@sidley.com<br>Kelley A. Conaty<br>Texas Bar No. 24040716<br>Email: kconaty@sidley.com<br>**SIDLEY AUSTIN LLP**<br>717 N. Harwood, Suite 3400<br>Dallas, Texas 75201<br>Tel: (214) 981-3306<br>Fax: (214) 981-3400<br><br>Richard F. O'Malley<br>Lisa A. Schneider<br>Robert D. Leighton<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn<br>Chicago, IL  60603<br>Tel: 312-853-7000<br>Fax: 312-853-7036<br><br>*Attorneys For Defendants Tellabs, Inc.,*<br>*Tellabs Operations Inc., and Tellabs North*<br>*America, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

                                                /s/  *Robert D. Leighton*