**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CHEETAH OMNI LLC**<br>        Plaintiff,<br><br>            vs.<br><br>**ALCATEL-LUCENT USA, INC., ET AL.**<br>        Defendants. | U.S. CIRCUIT JUDGE TIMOTHY B. DYK<br><br>Civil Action No. 6:11-cv-390<br><br>Jury Demanded |

**NOTICE OF CHANGE OF LEAD COUNSEL FOR DEFENDANTS' TELLABS, INC.,**
**TELLABS OPERATIONS, INC., AND TELLABS NORTH AMERICA, INC.**

Defendants Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc.

(collectively "Tellabs") hereby notify the Court and all parties of record that Richard F.

O'Malley, Jr. of Sidley Austin LLP, One South Dearborn Street, Chicago, IL 60603, (312) 853-

7112, romalley@sidley.com, will act as lead counsel in place of James Patrick Bradley for

Tellabs in the above-referenced matter.

Dated:  January 15, 2014

Respectfully submitted,

By:  /s/  Richard F. O'Malley, Jr.

James P. Bradley
Texas Bar No. 02826000
Email:  jbradley@sidley.com
Mark Dodd
Texas Bar No. 24040815
Email:  mdodd@sidley.com
Kelley A. Conaty
Texas Bar No. 24040716
Email:  kconaty@sidley.com
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Tel: (214) 981-3300
Fax: (214) 981-3400

Richard F. O'Malley, Jr.
Lisa A. Schneider
Robert D. Leighton
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL  60603
Tel: 312-853-7000
Fax: 312-853-7036

*Attorneys For Defendants Tellabs, Inc.,*
*Tellabs Operations, Inc., and Tellabs North*
*America, Inc.*

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(a)(3) on January 15, 2014.


/s/  Richard F. O'Malley, Jr.

3