UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Cheetah Omni LLC,** | |
| *Plaintiff,* | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| **Alcatel-Lucent USA Inc., et al.** | JURY TRIAL DEMANDED |
| *Defendants*. | |

# CHEETAH'S PROPOSED FORM OF VERDICT

In answering these questions, you are to follow all of the instructions I have given you in the Charge of Court.

1. Did Cheetah prove by a preponderance of the evidence that Tellabs infringed any of the asserted claims of the '459 Patent listed below?

   **Answer "Yes" or "No" for each listed claim:**

   Claim 1: _____

   Claim 14: _____

   Claim 15: _____

   Claim 16: _____

  Claim 17:  _____

2. Did Tellabs prove by clear and convincing evidence that any of the claims of the '459 Patent listed below are invalid as obvious?

 **Answer "Yes" or "No" for each listed claim:**

  Claim 1:  _____

  Claim 14:  _____

  Claim 15:  _____

  Claim 16:  _____

  Claim 17:  _____

3. Did Tellabs prove by clear and convincing evidence that any of the claims of the '459 Patent listed below are invalid as failing to meet the enablement requirement?

 **Answer "Yes" or "No" for each listed claim:**

  Claim 1:  _____

  Claim 14:  _____

  Claim 15:  _____

  Claim 16:  _____

  Claim 17:  _____

4. Did Tellabs prove by clear and convincing evidence that any of the claims of the '459 Patent listed below are invalid as failing to meet the written description requirement?

   **Answer "Yes" or "No" for each listed claim:**

   Claim 1: _____

   Claim 14: _____

   Claim 15: _____

   Claim 16: _____

   Claim 17: _____

5. If you have found claim any claim of the '459 patent has been infringed by Tellabs and is not invalid, what damages do you find Cheetah has proven it is more probable than not it has suffered as a result of that infringement?

   Answer: $_____

   Rate: _____

6. Did Cheetah prove by a preponderance of the evidence that Tellabs infringed any of the asserted claims of the '647 Patent listed below?

   **Answer "Yes" or "No" for each listed claim:**

   Claim 1: _____

    Claim 9: _____

    Claim 15: _____

    Claim 16: _____

    Claim 20: _____

    Claim 22: _____

    Claim 24: _____

    Claim 26: _____

7.    Did Tellabs prove by clear and convincing evidence that any of the claims of the '647 Patent listed below are invalid as anticipated?

    **Answer "Yes" or "No" for each listed claim:**

    Claim 1: _____

    Claim 9: _____

    Claim 15: _____

    Claim 16: _____

    Claim 20: _____

    Claim 22: _____

    Claim 24: _____

       Claim 26: _____

8.     Did Tellabs prove by clear and convincing evidence that any of the claims of the '647 Patent listed below are invalid as obvious?

    **Answer "Yes" or "No" for each listed claim:**

       Claim 1: _____

       Claim 9: _____

       Claim 15: _____

       Claim 16: _____

       Claim 20: _____

       Claim 22: _____

       Claim 24: _____

       Claim 26: _____

9.     Did Tellabs prove by clear and convincing evidence that any of the claims of the '647 Patent listed below are invalid as failing to meet the enablement requirement?

    **Answer "Yes" or "No" for each listed claim:**

       Claim 1: _____

       Claim 14: _____

       Claim 15: _____

       Claim 16: _____

       Claim 17: _____

10.    Did Tellabs prove by clear and convincing evidence that any of the claims of the '647 Patent listed below are invalid as failing to meet the written description requirement?

    **Answer "Yes" or "No" for each listed claim:**

       Claim 1: _____

       Claim 9: _____

       Claim 15: _____

       Claim 16: _____

       Claim 20: _____

       Claim 22: _____

       Claim 24: _____

       Claim 26: _____

11.    If you have found claim any claim of the '647 patent has been infringed by

Tellabs and is not invalid, what damages do you find Cheetah has proven it is more probable than not it has suffered as a result of that infringement?

  Answer: $_____

   Rate: _____

12. Did Cheetah prove by a preponderance of the evidence that Fujitsu infringed any of the asserted claims of the '771 Patent listed below?

 **Answer "Yes" or "No" for each listed claim:**

  Claim 12: _____

  Claim 13: _____

  Claim 14: _____

13. Did Fujitsu prove by clear and convincing evidence that any of the claims of the '771 Patent listed below are invalid as anticipated?

 **Answer "Yes" or "No" for each listed claim:**

  Claim 12: _____

  Claim 13: _____

  Claim 14: _____

14. Did Fujitsu prove by clear and convincing evidence that any of the claims of the

'771 Patent listed below are invalid as obvious?

**Answer "Yes" or "No" for each listed claim:**

    Claim 12: _____

    Claim 13: _____

    Claim 14: _____

15.     Did Fujitsu prove by clear and convincing evidence that any of the claims of the '771 Patent listed below are invalid as failing to meet the enablement requirement?

**Answer "Yes" or "No" for each listed claim:**

    Claim 12: _____

    Claim 13: _____

    Claim 14: _____

16.     Did Fujitsu prove by clear and convincing evidence that any of the claims of the '771 Patent listed below are invalid as failing to meet the written description requirement?

**Answer "Yes" or "No" for each listed claim:**

    Claim 12: _____

    Claim 13: _____

    Claim 14: _____

17. If you have found claim any claim of the '771 patent has been infringed by Fujitsu and is not invalid, what damages do you find Cheetah has proven it is more probable than not it has suffered as a result of that infringement?

    Answer: $_____

    Rate: _____

18. Did Cheetah prove by a preponderance of the evidence that Fujitsu infringed any of the asserted claims of the '862 Patent listed below?

**Answer "Yes" or "No" for each listed claim:**

    Claim 1: _____

    Claim 2: _____

    Claim 3: _____

    Claim 4: _____

    Claim 5: _____

    Claim 7: _____

    Claim 20: _____

    Claim 26: _____

19. Did Fujitsu prove by clear and convincing evidence that any of the claims of the '862 Patent listed below are invalid as anticipated?

   **Answer "Yes" or "No" for each listed claim:**

   Claim 1:  _____

   Claim 2:  _____

   Claim 3:  _____

   Claim 4:  _____

   Claim 5:  _____

   Claim 7:  _____

   Claim 20: _____

20. Did Fujitsu prove by clear and convincing evidence that any of the claims of the '862 Patent listed below are invalid as obvious?

   **Answer "Yes" or "No" for each listed claim:**

   Claim 1:  _____

   Claim 2:  _____

   Claim 3:  _____

   Claim 4:  _____

    Claim 5: _____

    Claim 7: _____

    Claim 20: _____

21. Did Fujitsu prove by clear and convincing evidence that any of the claims of the '862 Patent listed below are invalid as failing to meet the enablement requirement?

    **Answer "Yes" or "No" for each listed claim:**

    Claim 1: _____

    Claim 2: _____

    Claim 3: _____

    Claim 4: _____

    Claim 5: _____

    Claim 7: _____

    Claim 20: _____

22. Did Fujitsu prove by clear and convincing evidence that any of the claims of the '862 Patent listed below are invalid as failing to meet the written description requirement?

**Answer "Yes" or "No" for each listed claim:**

Claim 1: _____

Claim 2: _____

Claim 3: _____

Claim 4: _____

Claim 5: _____

Claim 7: _____

Claim 20: _____

23. If you have found claim any claim of the '862 patent has been infringed by Fujitsu and is not invalid, what damages do you find Cheetah has proven it is more probable than not it has suffered as a result of that infringement?

    Answer: $_____

    Rate: _____

24. Did Cheetah prove by a preponderance of the evidence that Fujitsu infringed any of the asserted claims of the '714 Patent listed below?

    **Answer "Yes" or "No" for each listed claim:**

    Claim 5: _____

       Claim 19: _____

25.    Did Fujitsu prove by clear and convincing evidence that any of the claims of the '714 Patent listed below are invalid as anticipated?

    **Answer "Yes" or "No" for each listed claim:**

       Claim 5: _____

       Claim 19: _____

26.    Did Fujitsu prove by clear and convincing evidence that any of the claims of the '714 Patent listed below are invalid as obvious?

    **Answer "Yes" or "No" for each listed claim:**

       Claim 5: _____

       Claim 19: _____

27.    Did Fujitsu prove by clear and convincing evidence that any of the claims of the '714 Patent listed below are invalid as failing to meet the enablement requirement?

    **Answer "Yes" or "No" for each listed claim:**

       Claim 5: _____

       Claim 19: _____

27.    Did Fujitsu prove by clear and convincing evidence that any of the claims of the

'714 Patent listed below are invalid as failing to meet the written description requirement?

**Answer "Yes" or "No" for each listed claim:**

Claim 5: _____

Claim 19: _____

28. If you have found claim any claim of the '714 patent has been infringed by Fujitsu and is not invalid, what damages do you find Cheetah has proven it is more probable than not it has suffered as a result of that infringement?

Answer: $_____

Rate: _____

_____       _____
DATE                                                FOREPERSON