UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC**<br>　　　　Plaintiff,<br><br>　vs.<br><br>**ALCATEL-LUCENT USA, INC. ET AL.**<br>　　　　Defendants. | U.S. CIRCUIT JUDGE TIMOTHY B. DYK<br><br>　Case No. 6:11CV390<br><br>　JURY TRIAL DEMANDED |

ATTACHMENT B
TO JOINT FINAL PRE-TRIAL ORDER

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC**<br>　　　　Plaintiff,<br><br>　　vs.<br><br>**ALCATEL-LUCENT USA, INC. ET AL.**<br>　　　　Defendants. | U.S. CIRCUIT JUDGE TIMOTHY B. DYK<br><br>Case No. 6:11CV390<br><br>JURY TRIAL DEMANDED |

### **DEFENDANT TELLABS, OPERATIONS, INC.'S, TELLABS, INC.'S, AND TELLABS NORTH AMERICA, INC.'S WITNESS LIST**

Defendants Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc. (collectively "Tellabs") pursuant to the Court's Docket Control Order (Dkt. No. 107), files this Trial Witness List for identification and categorization of trial witnesses.

Tellabs expressly reserves the right to call live, by video, or by deposition any witness on this list or any witness on Cheetah's witness list or any of the other Defendant's witness lists. Tellabs hereby expressly reserves the right to supplement, augment, or otherwise modify this list based on circumstances as they may evolve prior to the commencement of trial.

At this time, Defendant Tellabs identifies the following witnesses for trial:

| | WITNESS | (A) WILL CALL | (B) MAY CALL | (C) MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1. | Dan Kelly | √ | | |
| 2. | Yajun Wang | √ | | |
| 3. | Jack Kelly | √ | | |

|  | WITNESS | (A) WILL CALL | (B) MAY CALL | (C) MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 4. | Dr. Jung-Chih Chiao | √ | | |
| 5. | Dr. Keith Goossen | √ | | |
| 6. | James Malackowski | √ | | |
| 7. | Mohammed Islam | √ | | |
| 8. | Jim Harlan | √ | | |
| 9. | Ken Rudofski | | √ | |
| 10. | Mark Pashan | | √ | |
| 11. | Richard Younce | | √ | |
| 12. | Brian Nagle | | √ | |
| 13. | Thomas Strasser | | √ | |
| 14. | Dr. Larry Fabiny | | √ | |
| 15. | Paul Interrante | | √ | |
| 16. | Erich Ippen | | √ | |
| 17. | Tim Toth | | | √ |
| 18. | Renato Cavour | | | √ |
| 19. | Dr. Michael Lebby | | | √ |
| 20. | James Nawrocki | | | √ |
| 21. | Cheetah | | √ | |