UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC**<br>          Plaintiff,<br><br>     vs.<br><br>**ALCATEL-LUCENT USA, INC. ET AL.**<br>          Defendants. | US Circuit Court Judge Timothy B. Dyk<br><br>Civil Action No. 6:11-cv-390<br><br>Jury Demanded |

**DEFENDANTS TELLABS OPERATIONS, INC.'S, TELLABS INC.'S, AND
TELLABS NORTH AMERICA, INC.'S DEPOSITION DESIGNATIONS**

Defendants' Tellabs Operations, Inc., Tellabs, Inc. and Tellabs North America, Inc. (collectively, "Tellabs") files and serves its Deposition Designations.  Tellabs reserves the right to identify additional witnesses and designate additional deposition testimony once it has had the opportunity to review Plaintiff's Deposition Designations.   Tellabs reserves the right to supplement these designations as may be appropriate.

| **Larry Fabiny**<br>**June 12, 2012** | | **Plaintiff's Objection to Designation** | **Tellabs' Response** | **Ruling** |
|---|---|---|---|---|
| Start<br>Page/Line | End<br>Page/Line | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 8:3 | 8:9 | | | |
| 62:12 | 62:24 | | | |
| 83:11 | 83:12 | | | |
| 83:16 | 84:2 | | | |
| 84:11 | 85:1 | | | |
| 85:4 | 85:6 | | | |
| 85:9 | 85:25 | | | |
| 87:4 | 87:5 | | | |

| Larry Fabiny<br>June 12, 2012 | | Plaintiff's Objection to Designation | Tellabs' Response | Ruling |
|---|---|---|---|---|
| Start Page/Line | End Page/Line | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 87:15 | 88:11 | | | |
| 89:22 | 90:11 | | | |
| 90:16 | 90:18 | | | |

| Jim Harlan<br>March 20, 2013 | | Plaintiff's Objection to Designation | Tellabs' Response | Ruling |
|---|---|---|---|---|
| Start Page/Line | End Page/Line | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 9:2 | 9:9 | | | |
| 9:22 | 9:24 | | | |
| 10:9 | 10:13 | | | |
| 21:19 | 22:8 | | | |
| 23:5 | 23:10 | | | |
| 23:14 | 23:16 | | | |
| 25:5 | 25:11 | | | |
| 29:9 | 29:25 | | | |
| 30:25 | 31:2 | | | |
| 31:11 | 31:22 | | | |
| 36:16 | 36:18 | | | |
| 37:4 | 37:6 | | | |
| 37:24 | 38:2 | | | |
| 40:22 | 41:1 | | | |
| 41:3 | 41:12 | | | |
| 41:18 | 41:24 | | | |
| 42:6 | 42:8 | | | |
| 42:17 | 42:20 | | | |
| 43:10 | 44:11 | | | |
| 44:23 | 46:18 | | | |
| 47:23 | 48:3 | | | |
| 48:18 | 48:22 | | | |
| 49:6 | 49:10 | | | |
| 49:16 | 49:17 | | | |

| Jim Harlan March 20, 2013 | | Plaintiff's Objection to Designation | Tellabs' Response | Ruling |
|---|---|---|---|---|
| Start Page/Line | End Page/Line | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 49:22 | 50:14 | | | |
| 50:16 | 51:1 | | | |
| 51:7 | 51:10 | | | |
| 51:16 | 51:25 | | | |
| 52:9 | 52:11 | | | |
| 52:14 | 53:18 | | | |
| 53:23 | 54:5 | | | |
| 54:11 | 54:17 | | | |
| 54:19 | 54:19 | | | |
| 58:13 | 58:21 | | | |
| 58:23 | 58:23 | | | |
| 59:6 | 59:7 | | | |
| 59:9 | 59:18 | | | |
| 59:21 | 59:21 | | | |
| 61:4 | 61:6 | | | |
| 61:16 | 62:2 | | | |
| 64:23 | 65:7 | | | |
| 65:14 | 65:20 | | | |
| 65:22 | 66:9 | | | |
| 67:14 | 68:1 | | | |
| 68:15 | 68:18 | | | |
| 68:21 | 68:24 | | | |
| 70:10 | 70:15 | | | |
| 70:19 | 71:7 | | | |
| 71:10 | 71:11 | | | |
| 75:15 | 76:1 | | | |
| 76:14 | 76:20 | | | |

| Erich Ippen September 26, 2013[1] | | Plaintiff's Objection to Designation | Tellabs' Response | Ruling |
|---|---|---|---|---|
| Start Page/Line | End Page/Line | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 7:24 | 8:2 | | | |
| 22:12 | 23:2 | | | |
| 25:1 | 25:6 | | | |
| 26:3 | 26:7 | | | |
| 26:9 | 26:11 | | | |
| 26:16 | 26:24 | | | |
| 27:1 | 27:6 | | | |
| 27:8 | 27:8 | | | |
| 28:15 | 28:20 | | | |
| 28:22 | 28:23 | | | |
| 30:14 | 30:19 | | | |
| 31:6 | 31:15 | | | |
| 34:20 | 34:24 | | | |
| 35:6 | 35:9 | | | |
| 35:11 | 35:12 | | | |
| 36:1 | 36:4 | | | |
| 36:6 | 36:7 | | | |
| 36:15 | 36:19 | | | |
| 36:21 | 36:22 | | | |
| 37:1 | 37:2 | | | |
| 37:4 | 37:4 | | | |
| 38:4 | 38:5 | | | |
| 38:7 | 38:7 | | | |
| 42:3 | 42:17 | | | |
| 42:23 | 43:2 | | | |
| 44:20 | 45:21 | | | |
| 45:25 | 46:7 | | | |
| 46:19 | 46:22 | | | |
| 52:13 | 53:5 | | | |
| 61:3 | 61:20 | | | |
| 73:8 | 73:21 | | | |

---

[1]     Erich Ippen has been designated as Cheetah's Validity Expert.  Tellabs intends to call Dr. Ippen as a witness at trial; however, in the event Dr. Ippen does not appear at trial, Tellabs will use the following excerpts from Dr. Ippen's 09/26/2013 deposition transcript.

| Erich Ippen September 26, 2013[1] | | Plaintiff's Objection to Designation | Tellabs' Response | Ruling |
|---|---|---|---|---|
| Start Page/Line | End Page/Line | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 74:8 | 74:17 | | | |
| 74:19 | 74:24 | | | |
| 80:6 | 80:8 | | | |
| 80:12 | 81:4 | | | |
| 81:18 | 81:24 | | | |
| 82:13 | 82:16 | | | |
| 82:18 | 83:2 | | | |
| 87:2 | 87:17 | | | |
| 89:2 | 89:6 | | | |
| 89:8 | 89:8 | | | |
| 90:16 | 91:3 | | | |
| 94:25 | 95:1 | | | |
| 95:3 | 95:16 | | | |
| 95:24 | 96:1 | | | |
| 96:6 | 96:9 | | | |
| 97:13 | 97:21 | | | |
| 98:24 | 99:3 | | | |
| 106:16 | 106:20 | | | |
| 109:24 | 110:3 | | | |
| 110:17 | 111:9 | | | |
| 114:17 | 114:19 | | | |
| 114:21 | 115:7 | | | |

| Jack Kelly (Vol. I) March 28, 2012[2] | | Plaintiff's Objection to Designation | Tellabs' Response | Ruling |
|---|---|---|---|---|
| Start Page/Line | Start Page/Line | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |

---

[2]     Jack Kelly, Ph.D. is Vice President and Chief Technology Officer at CoAdna. Tellabs intends to call Dr. Kelly as a witness at trial; however, in the event Dr. Kelly does not appear at trial, Tellabs will use the following excerpts from Dr. Kelly's 03/28/2012 deposition transcript.

| Jack Kelly (Vol. I) March 28, 2012[2] | | Plaintiff's Objection to Designation | Tellabs' Response | Ruling |
|---|---|---|---|---|
| Start Page/Line | Start Page/Line | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 7:25 | 8:1 | | | |
| 8:5 | 8:6 | | | |
| 9:16 | 9:18 | | | |
| 9:22 | 10:8 | | | |
| 14:17 | 14:19 | | | |
| 14:23 | 14:23 | | | |
| 15:2 | 15:2 | | | |
| 16:3 | 16:6 | | | |
| 17:12 | 18:3 | | | |
| 18:5 | 18:8 | | | |
| 18:11 | 18:14 | | | |
| 24:22 | 24:22 | | | |
| 25:5 | 25:6 | | | |
| 25:8 | 25:11 | | | |
| 25:13 | 25:14 | | | |
| 25:16 | 25:16 | | | |
| 25:19 | 25:20 | | | |
| 27:15 | 27:19 | | | |
| 29:5 | 29:6 | | | |
| 29:13 | 29:15 | | | |
| 42:4 | 42:17 | | | |
| 42:24 | 43:9 | | | |
| 46:18 | 46:23 | | | |
| 51:1 | 51:2 | | | |
| 52:19 | 52:19 | | | |
| 52:21 | 53:2 | | | |
| 53:5 | 53:5 | | | |
| 53:7 | 53:9 | | | |
| 53:11 | 53:11 | | | |
| 53:13 | 53:16 | | | |
| 54:7 | 54:8 | | | |
| 54:10 | 54:11 | | | |
| 55:9 | 55:15 | | | |
| 55:18 | 55:19 | | | |
| 56:2 | 56:6 | | | |
| 56:9 | 56:10 | | | |
| 56:12 | 56:16 | | | |

| Jack Kelly (Vol. I) March 28, 2012[2] | | Plaintiff's Objection to Designation | Tellabs' Response | Ruling |
|---|---|---|---|---|
| Start Page/Line | Start Page/Line | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 56:18 | 56:19 | | | |
| 56:21 | 56:22 | | | |
| 57:16 | 57:19 | | | |
| 57:22 | 57:23 | | | |
| 58:9 | 58:12 | | | |
| 58:15 | 58:15 | | | |

| Jack Kelly (Vol. II) July 19, 2013[3] | | Plaintiff's Objection to Designation | Tellabs' Response | Ruling |
|---|---|---|---|---|
| Start Page/Line | End Page/Line | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 108:18 | 109:10 | | | |
| 112:15 | 112:17 | | | |
| 112:19 | 113:12 | | | |
| 121:22 | 122:1 | | | |
| 122:7 | 122:14 | | | |
| 123:7 | 123:13 | | | |
| 124:3 | 124:9 | | | |
| 125:22 | 126:16 | | | |
| 126:21 | 127:3 | | | |
| 127:8 | 127:13 | | | |
| 128:20 | 129:4 | | | |
| 130:13 | 131:1 | | | |
| 131:11 | 131:19 | | | |
| 131:24 | 132:6 | | | |
| 132:11 | 132:17 | | | |
| 132:23 | 133:6 | | | |

---

[3]     Jack Kelly is Vice President and Chief Technology Office at  CoAdna.  Tellabs intends to call Dr. Kelly as a witness at trial; however, in the event Dr. Kelly does not appear at trial, Tellabs will use the following excerpts from Dr. Kelly's 07/19/2013 deposition transcript.

| Jack Kelly (Vol. II) July 19, 2013[3] | | Plaintiff's Objection to Designation | Tellabs' Response | Ruling |
|---|---|---|---|---|
| 149:15 | 149:24 | | | |

| Thomas Strasser October 30, 2013 | | Plaintiff's Objection to Designation | Tellabs' Response | Ruling |
|---|---|---|---|---|
| Start Page/Line | End Page/Line | | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 7:7 | 7:10 | | | |
| 8:18 | 8:25 | | | |
| 9:21 | 9:25 | | | |
| 12:25 | 13:6 | | | |
| 13:16 | 13:19 | | | |
| 13:22 | 13:23 | | | |
| 14:4 | 14:7 | | | |
| 14:18 | 15:4 | | | |
| 16:12 | 16:18 | | | |
| 19:7 | 19:11 | | | |
| 19:13 | 19:18 | | | |
| 22:1 | 22:6 | | | |
| 24:9 | 24:11 | | | |
| 24:14 | 24:16 | | | |
| 25:3 | 25:10 | | | |
| 25:13 | 25:17 | | | |
| 27:11 | 27:14 | | | |
| 27:16 | 27:22 | | | |
| 27:24 | 28:2 | | | |
| 31:10 | 31:12 | | | |
| 31:14 | 31:15 | | | |
| 31:16 | 31:20 | | | |
| 31:22 | 31:23 | | | |
| 35:7 | 35:11 | | | |
| 39:25 | 40:9 | | | |
| 41:11 | 41:23 | | | |
| 42:18 | 42:22 | | | |
| 43:10 | 43:15 | | | |
| 74:12 | 74:17 | | | |
| 74:20 | 74:23 | | | |

Dated:  January 16, 2014

*/s/  Mark A. Dodd*

_____

James P. Bradley
Attorney-in-Charge
Texas Bar No. 02826000
Email: jbradley@sidley.com
Mark A. Dodd
Texas Bar No. 24040815
Email: mdodd@sidley.com
Kelley A. Conaty
Texas Bar No. 24040716
Email: kconaty@sidley.com
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, Texas 75201
(214) 981-3306 Telephone
(214) 981-3400 Facsimile

Richard F. O'Malley
(Lead Attorney)
Lisa A. Schneider
Robert D. Leighton
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL  60603
(312) 853-7000 Telephone
(312) 853-7036 Facsimile

*Attorneys For Defendants Tellabs, Inc.,*
*Tellabs Operations, Inc., and Tellabs North*
*America, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3), on January 16, 2014.

*/s/  Mark A. Dodd*
_____