# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Cheetah Omni LLC,**<br><br>    Plaintiff,<br><br>vs.<br><br>**Alcatel-Lucent.**<br><br>    Defendant. | **HONORABLE TIMOTHY B. DYK**<br><br>**CIVIL ACTION NO. 6:11CV390**<br><br>***JURY TRIAL DEMANDED*** |

## CHEETAH OMNI LLC'S DEPOSITION DESIGNATIONS

Plaintiff, Cheetah Omni, LLC ("Cheetah"), files its Deposition Designations. Cheetah reserves the right to identify additional witnesses and designate additional deposition testimony once it has had the opportunity to review Defendant Tellab's Deposition Designations. Cheetah reserves the right to supplement these designations as may be appropriate.



| Renato Cavour (July 23, 2013) | | | |
|---|---|---|---|
| **Cheetah Designations** | | **Tellabs** | |
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 4:5 | 4:8 | | |
| 4:22 | 4:23 | | |
| 5:14 | 5:15 | | |
| 5:19 | 5:22 | | |
| 6:1 | 6:3 | | |
| 6:16 | 6:16 | | |
| 8:4 | 8:7 | | |
| 8:10 | 8:14 | | |
| 8:16 | 8:25 | | |
| 9:1 | 9:5 | | |
| 11:19 | 11:23 | | |
| 13:2 | 13:6 | | |
| 15:3 | 15:21 | | |
| 15:24 | 15:25 | | |
| 16:1 | 16:13 | | |
| 18:18 | 18:20 | | |
| 18:23 | 18:23 | | |
| 19:11 | 19:22 | | |
| 24:9 | 24:25 | | |
| 25:10 | 25:12 | | |
| 25:15 | 25:16 | | |
| 25:18 | 25:20 | | |
| 25:25 | 25:25 | | |
| 26:1 | 26:25 | | |
| 27:1 | 27:4 | | |
| 27:10 | 27:25 | | |
| 28:1 | 28:4 | | |
| 28:22 | 28:25 | | |
| 29:2 | 29:3 | | |
| 29:13 | 2916 | | |
| 29:22 | 29:25 | | |
| 30:1 | 30:4 | | |
| 31:1 | 31:4 | | |
| 31:7 | 31:7 | | |
| 31:9 | 31:10 | | |
| 31:14 | 31:25 | | |
| 32:1 | 32:1 | | |



| Renato Cavour (July 23, 2013) | | | |
|---|---|---|---|
| **Cheetah Designations** | | **Tellabs** | |
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 32:4 | 32:4 | | |
| 32:6 | 32:7 | | |
| 32:10 | 32:10 | | |
| 32:19 | 32:23 | | |
| 33:1 | 33:2 | | |
| 33:4 | 33:6 | | |
| 33:9 | 33:9 | | |
| 33:11 | 33:13 | | |
| 33:17 | 33:17 | | |
| 42:22 | 42:25 | | |
| 43:1 | 43:2 | | |
| 45:1 | 45:23 | | |
| 46:3 | 46:8 | | |
| 47:6 | 47:16 | | |
| 47:20 | 47:25 | | |
| 48:1 | 48:1 | | |
| 48:20 | 48:23 | | |
| 49:3 | 49:7 | | |
| 49:9 | 49:14 | | |
| 49:18 | 49:20 | | |
| 49:22 | 49:25 | | |
| 50:11 | 50:17 | | |
| 50:22 | 50:23 | | |
| 51:17 | 51:21 | | |
| 52:2 | 52:5 | | |
| 57:8 | 57:11 | | |
| 57:15 | 57:17 | | |



| Jack Kelly, Ph.D. (March 28, 2012) | | | |
|---|---|---|---|
| **Cheetah Designations** | | **Tellabs** | |
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 7:25 | 7:25 | | |
| 8:1 | 8:6 | | |
| 8:25 | 8:25 | | |
| 9:1 | 9:2 | | |
| 9:16 | 9:18 | | |
| 9:25 | 9:25 | | |
| 10:1 | 10:8 | | |
| 10:25 | 10:25 | | |
| 11:1 | 11:23 | | |
| 13:5 | 13:8 | | |
| 13:10 | 13:13 | | |
| 14:17 | 14:25 | | |
| 15:1 | 15:2 | | |
| 15:10 | 15:25 | | |
| 16:1 | 16:6 | | |
| 17:7 | 17:11 | | |
| 18:15 | 18:16 | | |
| 18:21 | 18:23 | | |
| 22:22 | 22:25 | | |
| 23:3 | 23:5 | | |
| 23:7 | 23:10 | | |
| 23:14 | 23:17 | | |
| 23:19 | 23:23 | | |
| 23:25 | 23:25 | | |
| 24:1 | 24:6 | | |
| 24:22 | 24:22 | | |
| 25:5 | 25:11 | | |
| 25:13 | 25:14 | | |
| 25:16 | 25:16 | | |
| 25:19 | 25:23 | | |
| 26:8 | 26:9 | | |
| 26:12 | 26:14 | | |
| 26:16 | 26:16 | | |
| 26:18 | 26:21 | | |
| 33:18 | 33:21 | | |
| 34:2 | 34:2 | | |
| 34:4 | 34:5 | | |
| 34:7 | 34:8 | | |



| Jack Kelly, Ph.D.  (March 28, 2012) |||| 
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 34:10 | 34:10 | | |
| 34:12 | 34:13 | | |
| 34:15 | 34:16 | | |
| 34:18 | 34:20 | | |
| 34:22 | 34:22 | | |
| 34:25 | 34:25 | | |
| 35:1 | 35:7 | | |
| 35:20 | 35:22 | | |
| 39:6 | 39:25 | | |
| 40:1 | 40:5 | | |
| 40:23 | 40:25 | | |
| 41:3 | 41:6 | | |
| 41:8 | 41:10 | | |
| 42:4 | 42:17 | | |
| 51:1 | 51:9 | | |
| 52:9 | 52:24 | | |
| 53:11 | 53:16 | | |
| 55:9 | 55:15 | | |
| 55:18 | 55:19 | | |
| 55:21 | 55:25 | | |
| 56:1 | 56:4 | | |
| 56:14 | 56;16 | | |
| 56:19 | 56:19 | | |
| 56:22 | 56:22 | | |
| 57:16 | 57:19 | | |
| 57:22 | 57:23 | | |
| 58:9 | 58:12 | | |
| 58:15 | 58:15 | | |
| 58:17 | 58:25 | | |
| 59:1 | 59:4 | | |



| Kenneth E. Noreen (March 15, 2013) |||| 
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 4:21 | 4:23 | | |
| 6:2 | 6:13 | | |
| 6:17 | 7:10 | | |
| 11:6 | 11:11 | | |
| 16:25 | 17:2 | | |
| 23:13 | 23:15 | | |
| 23:24 | 24:24 | | |
| 25:11 | 25:13 | | |
| 25:16 | 26:5 | | |
| 31:25 | 32:2 | | |
| 38:11 | 38:14 | | |
| 38:20 | 38:24 | | |
| 40:10 | 40:21 | | |
| 40:24 | 40:25 | | |
| 41:2 | 41:3 | | |
| 41:6 | 41:8 | | |
| 41:10 | 41:12 | | |
| 41:15 | 41:22 | | |
| 50:9 | 50:10 | | |
| 50:14 | 50:16 | | |
| 50:18 | 50:20 | | |
| 50:24 | 51:2 | | |
| 73:21 | 74:10 | | |
| 75:25 | 75:25 | | |
| 76:7 | 76:8 | | |
| 86:6 | 86:7 | | |
| 95:16 | 95:19 | | |
| 96:15 | 99:1 | | |
| 104:4 | 104:7 | | |
| 104:10 | 104:12 | | |
| 104:14 | 104:17 | | |
| 104:22 | 105:1 | | |
| 105:16 | 105:23 | | |
| 106:11 | 106:13 | | |
| 106:17 | 106:23 | | |
| 114:17 | 114:25 | | |
| 115:10 | 115:24 | | |
| 116:2 | 116:3 | | |
| 116:5 | 116:8 | | |



| Kenneth E. Noreen (March 15, 2013) ||||
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 116:12 | 116:17 | | |
| 117:3 | 117:5 | | |
| 117:20 | 117:23 | | |
| 118:1 | 118:6 | | |
| 118:12 | 118:13 | | |
| 118:19 | 118:21 | | |
| 118:24 | 118:25 | | |
| 119:2 | 119:3 | | |
| 119:7 | 119:12 | | |
| 120:4 | 120:7 | | |
| 120:12 | 121:1 | | |
| 121:3 | 121:4 | | |
| 121:9 | 121:18 | | |
| 121:20 | 121:21 | | |
| 122:2 | 122:2 | | |
| 122:4 | 122:4 | | |
| 122:7 | 122:8 | | |
| 127:15 | 128:17 | | |
| 150:20 | 150:23 | | |
| 150:25 | 151:1 | | |
| 151:5 | 151:7 | | |



| Robert T. Risden, Jr. (July 23, 2013) |||| 
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 4:21 | 4:23 | | |
| 5:12 | 6:9 | | |
| 7:6 | 7:23 | | |
| 10:6 | 10:15 | | |
| 10:24 | 11:6 | | |
| 11:25 | 12:15 | | |
| 19:4 | 19:6 | | |
| 19:14 | 20:25 | | |
| 21:3 | 21:4 | | |
| 21:22 | 22:5 | | |
| 22:9 | 22:9 | | |
| 26:23 | 27:10 | | |
| 27:13 | 27:16 | | |
| 27:18 | 27:21 | | |
| 28:11 | 28:13 | | |
| 31:2 | 31:4 | | |
| 31:15 | 32:1 | | |
| 32:9 | 32:10 | | |
| 32:14 | 32:19 | | |
| 32:21 | 33:9 | | |
| 33:13 | 33:13 | | |
| 33:20 | 33:21 | | |
| 33:23 | 34:2 | | |
| 34:5 | 34:5 | | |
| 34:7 | 34:16 | | |
| 34:19 | 34:19 | | |
| 34:21 | 34:22 | | |
| 34:25 | 34:25 | | |
| 39:16 | 40:20 | | |
| 42:9 | 43:4 | | |
| 43:8 | 43:10 | | |
| 43:12 | 43:21 | | |
| 44:5 | 44:7 | | |
| 44:11 | 44:12 | | |
| 44:14 | 44:14 | | |
| 44:17 | 45:3 | | |
| 45:5 | 45:9 | | |
| 45:13 | 45:21 | | |



| Thomas A. Strasser (October 30, 2013) | | | |
|---|---|---|---|
| **Cheetah Designations** | | **Tellabs** | |
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 7:7 | 7:10 | | |
| 9:21 | 9:25 | | |
| 10:1 | 10:5 | | |
| 23:9 | 23:25 | | |
| 24:2 | 24:2 | | |
| 24:4 | 24:8 | | |
| 40:1 | 40:9 | | |
| 43:10 | 43:25 | | |
| 44:1 | 44:5 | | |
| 45:14 | 45:15 | | |
| 45:17 | 45:18 | | |
| 46:17 | 46:19 | | |
| 46:22 | 46:25 | | |
| 47:1 | 47:1 | | |
| 47:4 | 47:7 | | |
| 47:12 | 47:14 | | |
| 47:16 | 47:18 | | |
| 48:11 | 48:12 | | |
| 48:15 | 48:17 | | |
| 66:12 | 66:16 | | |
| 66:18 | 66:22 | | |



| Yajun Wang (August 9, 2012) | | | |
|---|---|---|---|
| **Cheetah Designations** | | **Tellabs** | |
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 5:24 | 6:5 | | |
| 10:10 | 10:13 | | |
| 14:3 | 14:16 | | |
| 14:24 | 14:24 | | |
| 21:10 | 21:18 | | |
| 22:17 | 23:2 | | |
| 28:23 | 29:5 | | |
| 29:10 | 29:11 | | |
| 29:13 | 29:17 | | |
| 29:22 | 29:24 | | |
| 30:15 | 30:17 | | |
| 30:21 | 30:22 | | |
| 39:12 | 39:22 | | |
| 39:24 | 40:8 | | |
| 42:3: | 42:13 | | |
| 42:20 | 43:5 | | |
| 53:9 | 53:14 | | |
| 83:17 | 85:12 | | |
| 85:16 | 85:18 | | |
| 88:3 | 88:6 | | |
| 83:11 | 83:14 | | |
| 89:14 | 89:18 | | |
| 93:8 | 93:14 | | |
| 96:9 | 96:11 | | |
| 96:16 | 96:18 | | |
| 97:10 | 97:13 | | |
| 97:18 | 97:23 | | |
| 98:1 | 98:3 | | |
| 98:8 | 98:10 | | |
| 98:12 | 98:13 | | |
| 98:18 | 98:19 | | |
| 98:21 | 98:21 | | |
| 98:23 | 98:24 | | |
| 99:2 | 99:2 | | |
| 99:4 | 99:5 | | |
| 99:23 | 99:25 | | |
| 100:2 | 100:5 | | |



|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **BROOKS KUSHMAN P.C.** |
| Dated:   1/16/2014 |  |
|  | By:  /s/ Thomas A. Lewry |

Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel:  (248) 358-4400 – Fax:  (248) 358-3351
Email: tlewry@brookskushman.com
         jleroy@brookskushman.com
         rtuttle@brookskushman.com
         jhalan@brookskushman.com
         csmith@brookskushman.com

T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
1127 Judson Road, Suite 220
PO Box 1231
Longview, Texas 75606
Tel:  (903) 757-6400 – Fax:  (903) 757-2323
Email:  jw@jwfirm.com
          wh@jwfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com

*Attorneys for Plaintiff*



## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 16th January 2014.

By:  /s/ Thomas A. Lewry
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel:  (248) 358-4400 – Fax:  (248) 358-3351
Email: tlewry@brookskushman.com
          jleroy@brookskushman.com
          rtuttle@brookskushman.com
          jhalan@brookskushman.com
          csmith@brookskushman.com

*Attorneys for Plaintiff*

