UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC**<br>            Plaintiff,<br><br>vs.<br><br>**ALCATEL-LUCENT USA, INC. ET AL.**<br>            Defendants. | U.S. Circuit Judge Timothy B. Dyk<br><br>Civil Action No. 6:11-cv-390<br><br>Jury Demanded |

### CHEETAH OMNI, LLC'S OBJECTIONS AND COUNTER-DESIGNATIONS TO TELLABS' SECOND SUPPLEMENTAL DEPOSITION DESIGNATIONS

Plaintiff reserves the right to supplement these objections and counter-designations as may be appropriate.

| Larry Fabiny June 12, 2012 | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Response | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 8:3 | 8:9 | | | | | |
| 62:12 | 62:24 | | | | | |
| 83:11 | 83:12 | | | | | |
| 83:16 | 84:2 | | | | | |
| 84:11 | 85:1 | | | | | |
| 85:4 | 85:6 | R,P | 85:6 | 85:8 | | |
| 85:9 | 85:25 | R,P | 86:7 | 86:25 | | |
| 87:4 | 87:5 | | | | | |
| 87:15 | 88:11 | R,P | 88:12<br>89:1 | 88:25<br>89:5 | | |
| 89:22 | 90:11 | | | | | |
| 90:16 | 90:18 | | | | | |

Objections Key:
A = Argumentative        P = Prejudice/Cumulative
F = Foundation           R = Relevance
H = Hearsay              S = Speculation
* Conditional            V = Vague

| James Harlan March 20, 2013 | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Response | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 9:2 | 9:9 | | | | | |
| 9:22 | 9:24 | | | | | |
| 10:9 | 10:13 | | 11:17 | 11:19 | | |
| 21:19 | 22:8 | | 22:14 | 23:4 | | |
| 23:5 | 23:10 | | | | | |
| 23:14 | 23:16 | | | | | |
| 25:5 | 25:11 | | | | | |
| 29:9 | 29:25 | | | | | |
| 30:25 | 31:2 | | 31:3 | 31:10 | | |
| 31:11 | 31:22 | | | | | |
| 36:16 | 36:18 | | | | | |
| 37:4 | 37:6 | | | | | |
| 37:24 | 38:2 | | | | | |
| 40:22 | 41:1 | | | | | |
| 41:3 | 41:12 | | | | | |
| 41:18 | 41:24 | F,H | | | | |
| 42:6 | 42:8 | | 42:9 | 42:16 | | |
| 42:17 | 42:20 | | | | | |
| 43:10 | 44:11 | F,H | | | | |
| 44:23 | 47:4 | F,H | | | | |
| 47:23 | 48:3 | | | | | |
| 48:18 | 48:22 | F,H | | | | |
| 49:6 | 49:10 | F,H | | | | |
| 49:16 | 49:17 | F,H | | | | |
| 49:22 | 50:14 | F,H | | | | |
| 50:16 | 51:1 | F,H | | | | |
| 51:7 | 51:10 | | | | | |
| 51:16 | 51:25 | F,H | | | | |
| 52:9 | 52:11 | | | | | |
| 52:14 | 53:18 | F | | | | |
| 53:23 | 54:5 | F,H | | | | |
| 54:11 | 54:17 | | | | | |
| 54:19 | 54:19 | | | | | |
| 58:13 | 58:21 | F,H | | | | |
| 58:23 | 58:23 | | | | | |
| 59:6 | 59:7 | | | | | |
| 59:9 | 59:18 | | | | | |

Objections Key:
A = Argumentative            P = Prejudice/Cumulative
F = Foundation               R = Relevance
H = Hearsay                  S = Speculation
\* Conditional               V = Vague

2

| **James Harlan March 20, 2013** | | **Cheetah's Objections to Designation** | **Cheetah's Counter-Designations** | | **Tellabs' Response** | **Ruling** |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 59:21 | 59:21 | | | | | |
| 61:4 | 61:6 | | 61:7 | 61:10 | | |
| 61:16 | 62:2 | | | | | |
| 64:23 | 65:7 | R,F,H | | | | |
| 65:14 | 65:20 | R,F,H | | | | |
| 65:22 | 66:9 | R,F,H | | | | |
| 67:14 | 68:1 | | | | | |
| 68:15 | 68:18 | F | | | | |
| 68:21 | 68:24 | F | | | | |
| 70:10 | 70:15 | R,F | | | | |
| 70:19 | 71:7 | R,F | | | | |
| 71:10 | 71:11 | R,F | | | | |
| 75:15 | 76:1 | | | | | |
| 76:14 | 76:20 | R,F | | | | |

Objections Key:
A = Argumentative          P = Prejudice/Cumulative
F = Foundation             R = Relevance
H = Hearsay                S = Speculation
\* Conditional             V = Vague

| Erich Ippen September 26, 2013[1] | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Response | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 7:24 | 8:2 | | | | | |
| 22:12 | 23:2 | | | | | |
| 25:1 | 25:6 | | 25:14<br>25:19 | 25:17<br>26:2 | | |
| 26:3 | 26:7 | | | | | |
| 26:9 | 26:11 | | | | | |
| 26:16 | 26:24 | | | | | |
| 27:1 | 27:6 | | | | | |
| 27:8 | 27:8 | | 27:17 | 28:3 | | |
| 28:15 | 28:20 | | | | | |
| 28:22 | 28:23 | | 28:24<br>29:2 | 28:25<br>29:4 | | |
| 30:14 | 30:19 | | | | | |
| 31:6 | 31:15 | | | | | |
| 34:20 | 34:24 | | | | | |
| 35:6 | 35:9 | | | | | |
| 35:11 | 35:12 | | | | | |
| 36:1 | 36:4 | | | | | |
| 36:6 | 36:7 | | | | | |
| 36:15 | 36:19 | | | | | |
| 36:21 | 36:22 | | | | | |
| 37:1 | 37:2 | | | | | |
| 37:4 | 37:4 | | | | | |
| 38:4 | 38:5 | | | | | |
| 38:7 | 38:7 | | | | | |
| 42:3 | 42:17 | | | | | |
| 42:23 | 43:2 | | | | | |
| 44:20 | 45:21 | | | | | |
| 45:25 | 46:7 | | | | | |
| 46:19 | 46:22 | | 46:23<br>47:25 | 47:11<br>48:24 | | |
| 52:13 | 53:5 | | | | | |
| 61:3 | 61:20 | P,F | | | | |

---

[1]   Erich Ippen has been designated as Cheetah's Validity Expert. Tellabs intends to call Dr. Ippen as a witness at trial; however, in the event Dr. Ippen does not appear at trial, Tellabs will use the following excerpts from Dr. Ippen's 09/26/2013 deposition transcript.

Objections Key:
A = Argumentative        P = Prejudice/Cumulative
F = Foundation           R = Relevance
H = Hearsay              S = Speculation
* Conditional            V = Vague

4

| Erich Ippen September 26, 2013[1] | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Response | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 73:8 | 73:21 | | | | | |
| 74:8 | 74:17 | | | | | |
| 74:19 | 74:24 | | 75:2<br>75:24<br>78:2 | 75:5<br>76:2<br>78:6 | | |
| 80:6 | 80:8 | | | | | |
| 80:12 | 81:4 | | | | | |
| 81:18 | 81:24 | | | | | |
| 82:13 | 82:16 | | | | | |
| 82:18 | 83:2 | | | | | |
| 87:2 | 87:17 | | 87:18 | 88:2 | | |
| 89:2 | 89:6 | P | | | | |
| 89:8 | 89:8 | P | | | | |
| 90:16 | 91:3 | | | | | |
| 94:25 | 95:1 | R,P,F | | | | |
| 95:3 | 95:16 | R,P,F | | | | |
| 95:24 | 96:1 | P | | | | |
| 96:6 | 96:9 | | | | | |
| 97:13 | 97:21 | | | | | |
| 98:24 | 99:3 | | 106:9 | 106:15 | | |
| 106:16 | 106:20 | P | | | | |
| 109:24 | 110:3 | P | 110:4 | 110:8 | | |
| 110:17 | 111:9 | R | 114:5 | 114:16 | | |
| 114:17 | 114:19 | | | | | |
| 114:21 | 115:7 | | 115:8 | 115:12 | | |

Objections Key:
A = Argumentative    P = Prejudice/Cumulative
F = Foundation       R = Relevance
H = Hearsay          S = Speculation
* Conditional        V = Vague

5

| Jack Kelly (Vol. I) March 28, 2012[2] | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Response | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | Start Page/Line | | Start Page/Line | Start Page/Line | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 7:25 | 8:1 | | | | | |
| 8:5 | 8:6 | | | | | |
| 9:16 | 9:18 | | | | | |
| 9:22 | 10:8 | | 11:3<br>13:5<br>13:10 | 11:23<br>13:8<br>13:13 | | |
| 14:17 | 14:19 | | | | | |
| 14:23 | 14:23 | | | | | |
| 15:2 | 15:2 | | 15:10 | 16:2 | | |
| 16:3 | 16:6 | | | | | |
| 17:12 | 18:3 | | | | | |
| 18:5 | 18:8 | | | | | |
| 18:11 | 18:14 | | | | | |
| 24:22 | 24:22 | | | | | |
| 25:5 | 25:6 | | | | | |
| 25:8 | 25:11 | | | | | |
| 25:13 | 25:14 | | | | | |
| 25:16 | 25:16 | | | | | |
| 25:19 | 25:20 | | 25:22<br>26:8<br>26:16<br>26:18 | 25:23<br>26:9<br>26:16<br>26:21 | | |
| 27:15 | 27:19 | | | | | |
| 29:5 | 29:6 | | | | | |
| 29:13 | 29:15 | | | | | |
| 42:4 | 42:17 | | | | | |
| 42:24 | 43:9 | | 43:10 | 43:16 | | |
| 46:18 | 46:23 | | | | | |
| 51:1 | 51:2 | | | | | |
| 52:19 | 52:19 | | | | | |

---

[2]   Jack Kelly, Ph.D. is Vice President and Chief Technology Officer at CoAdna. Tellabs intends to call Dr. Kelly as a witness at trial; however, in the event Dr. Kelly does not appear at trial, Tellabs will use the following excerpts from Dr. Kelly's 03/28/2012 deposition transcript.

Objections Key:
A = Argumentative         P = Prejudice/Cumulative
F = Foundation            R = Relevance
H = Hearsay               S = Speculation
* Conditional             V = Vague

| Jack Kelly (Vol. I) March 28, 2012[2] | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Response | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | Start Page/Line | | Start Page/Line | Start Page/Line | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 52:21 | 53:2 | | | | | |
| 53:5 | 53:5 | | | | | |
| 53:7 | 53:9 | | | | | |
| 53:11 | 53:11 | | | | | |
| 53:13 | 53:16 | | | | | |
| 54:7 | 54:8 | | | | | |
| 54:10 | 54:11 | | | | | |
| 55:9 | 55:15 | | | | | |
| 55:18 | 55:19 | | | | | |
| 56:2 | 56:6 | | | | | |
| 56:9 | 56:10 | | | | | |
| 56:12 | 56:16 | | | | | |
| 56:18 | 56:19 | | | | | |
| 56:21 | 56:22 | | | | | |
| 57:16 | 57:19 | | | | | |
| 57:22 | 57:23 | | | | | |
| 58:9 | 58:12 | | | | | |
| 58:15 | 58:15 | | 58:17<br>59:25 | 59:7<br>60:5 | | |

Objections Key:
A = Argumentative    P = Prejudice/Cumulative
F = Foundation       R = Relevance
H = Hearsay          S = Speculation
* Conditional        V = Vague

| Jack Kelly (Vol. II) July 19, 2013[3] | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Response | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 108:18 | 109:10 | | 107:22 | 108:17 | | |
| 112:15 | 112:17 | | | | | |
| 112:19 | 113:12 | | | | | |
| 121:22 | 122:1 | | | | | |
| 122:7 | 122:14 | | 122:14 | 123:6 | | |
| 123:7 | 123:13 | | | | | |
| 124:3 | 124:9 | | 125:6 | 125:8 | | |
| 125:22 | 126:16 | | 126:17 | 126:20 | | |
| 126:21 | 127:3 | | 127:4 | 127:7 | | |
| 127:8 | 127:13 | | 128:7 | 128:20 | | |
| 128:20 | 129:4 | | 129:5 | 129:9 | | |
| 130:13 | 131:1 | | 131:2 | 131:4 | | |
| 131:11 | 131:19 | | 131:20 | 131:23 | | |
| 131:24 | 132:6 | | 132:7 | 132:10 | | |
| 132:11 | 132:17 | | 132:18 | 132:22 | | |
| 132:23 | 133:6 | | 133:7<br>134:6<br>136:3<br>137:8<br>138:3<br>139:10<br>144:5<br>146:23<br>147:23 | 133:11<br>134:9<br>136:12<br>137:14<br>138:4<br>139:13<br>144:17<br>147:21<br>149:14 | | |
| 149:15 | 149:24 | | 150:7<br>150:20 | 150:17<br>150:24 | | |

---

[3] Jack Kelly is Vice President and Chief Technology Office at CoAdna. Tellabs intends to call Dr. Kelly as a witness at trial; however, in the event Dr. Kelly does not appear at trial, Tellabs will use the following excerpts from Dr. Kelly's 07/19/2013 deposition transcript.

Objections Key:
A = Argumentative     P = Prejudice/Cumulative
F = Foundation        R = Relevance
H = Hearsay           S = Speculation
* Conditional         V = Vague

| Thomas Strasser October 30, 2013 | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Response | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 7:7 | 7:10 | | | | | |
| 8:18 | 8:25 | | | | | |
| 9:21 | 9:25 | | | | | |
| 12:25 | 13:6 | | | | | |
| 13:16 | 13:19 | | | | | |
| 13:22 | 13:23 | | | | | |
| 14:4 | 14:7 | R,F,H,V | | | | |
| 14:18 | 15:4 | | 15:16 | 15:23 | | |
| 16:12 | 16:18 | F,R | | | | |
| 19:7 | 19:11 | H,R | | | | |
| 19:13 | 19:18 | | 19:19 | 19:24 | | |
| 22:1 | 22:6 | H,R,F | 23:10<br>23:14<br>23:16<br>23:24 | 23:11<br>23:15<br>23:23<br>23:25 | | |
| 24:9 | 24:11 | F,H,R,P | 24:4<br>24:13 | 24:8<br>24:14 | | |
| 24:14 | 24:16 | | | | | |
| 25:3 | 25:10 | V,F,H,R | | | | |
| 25:13 | 25:17 | | | | | |
| 27:11 | 27:14 | V,F,H,R | | | | |
| 27:16 | 27:22 | V,F,H,R | | | | |
| 27:24 | 28:2 | | 30:8<br>3014 | 30:11<br>30:17 | | |
| 31:10 | 31:12 | F,H,R,P | | | | |
| 31:14 | 31:15 | F,H,R,P | | | | |
| 31:16 | 31:20 | | | | | |
| 31:22 | 31:23 | | | | | |
| 35:7 | 35:11 | H,R | | | | |
| 39:25 | 40:9 | | | | | |
| 41:11 | 41:23 | | 41:23 | 41:25 | | |
| 42:18 | 42:22 | | 42:22 | 42:24 | | |
| 43:10 | 43:15 | | 43:18 | 43:23 | | |
| 43:24 | 44:5 | | | | | |
| 44:10 | 44:18 | | 44:24<br>45:1<br>45:14 | 44:25<br>45:6<br>45:15 | | |

Objections Key:
A = Argumentative    P = Prejudice/Cumulative
F = Foundation       R = Relevance
H = Hearsay          S = Speculation
* Conditional        V = Vague

9

| Thomas Strasser October 30, 2013 | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Response | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| | | | 45:17 | 45:18 | | |
| | | | 46:17 | 46:18 | | |
| | | | 46:22 | 46:25 | | |
| | | | 47:1 | 47:1 | | |
| | | | 47:4 | 47:7 | | |
| | | | 47:12 | 47:14 | | |
| | | | 47:16 | 47:18 | | |
| | | | 48:11 | 48:12 | | |
| | | | 48:15 | 48:17 | | |
| | | | 48:23 | 48:25 | | |
| | | | 49:1 | 49:8 | | |
| | | | 66:12 | 66:22 | | |
| | | | 67:6 | 66:25 | | |
| | | | 68:3 | 68:5 | | |
| | | | 68:13 | 68:25 | | |
| | | | 69:1 | 69:4 | | |
| | | | 69:7 | 69:14 | | |
| | | | 71:6 | 71:15 | | |
| | | | 71:18 | 71:25 | | |
| | | | 72:1 | 72:1 | | |
| | | | 73:15 | 73:20 | | |
| 74:12 | 74:17 | | 74:23 | 74:25 | | |
| 74:20 | 74:23 | | | | | |

Objections Key:
A = Argumentative    P = Prejudice/Cumulative
F = Foundation       R = Relevance
H = Hearsay          S = Speculation
* Conditional        V = Vague

10

Dated:  January 27, 2014

Respectfully submitted,

By:  /s/ Thomas A. Lewry
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel:  (248) 358-4400 – Fax:  (248) 358-3351
Email: tlewry@brookskushman.com
         jleroy@brookskushman.com
         rtuttle@brookskushman.com
         jhalan@brookskushman.com
         csmith@brookskushman.com


T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
1127 Judson Road, Suite 220
PO Box 1231
Longview, Texas 75606
Tel:  (903) 757-6400 – Fax:  (903) 757-2323
Email:  jw@jwfirm.com
         wh@jwfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com

11

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on **January 27, 2014**.

         /s/ Thomas A. Lewry