UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC**<br>        Plaintiff,<br><br>vs.<br><br>**ALCATEL-LUCENT USA, INC. ET AL.**<br>        Defendants. | U.S. Circuit Judge Timothy B. Dyk<br><br>Civil Action No. 6:11-cv-390<br><br>Jury Demanded |

### DEFENDANTS TELLABS OPERATIONS, INC.'S, TELLABS INC.'S, AND TELLABS NORTH AMERICA, INC.'S OBJECTIONS AND COUNTER-DESIGNATIONS TO CHEETAH OMNI, LLC'S DEPOSITION DESIGNATIONS

Please take notice that Defendants Tellabs Operations, Inc., Tellabs, Inc., and Tellabs North America, Inc. (collectively, "Tellabs") hereby make the following objections and counter-designations to Plaintiff's trial deposition designations filed on January 16, 2014. Tellabs reserves the right to amend its objections and deposition designations to respond to issues raised and/or resolved after the submission of this list. Tellabs also reserves the right to designate the depositions of any witnesses that Plaintiff removes from its Witness List identified as "will call" and/or "may call." In making any designations, Tellabs is not in any way waiving any objections to the admissibility of any of Plaintiff's designations.

**Tellabs' Objection Key to Deposition Designations:**

| Abbreviation | Objection |
|---|---|
| AA | Asked and Answered |
| AFE | Assumes facts not in evidence |
| BS | Beyond the Scope of Rule 30(b)(6) designation |
| C | Compound |
| CT | Counsel Testifying |
| EO | Improper Expert Opinion |
| I | Can be used for impeachment purposes only |
| IAC/NE | Improper attorney commentary; Not Evidence |
| L | Leading |
| LC | Contains legal conclusion |
| LF | Lacks Foundation |
| LO | Improper Lay Opinion |
| ME | Misstates / Misquotes evidence |
| MS/MIL | Subject to Motion to Strike or Motion in Limine |
| NR | Non-Responsive |
| O | Contains inappropriate opinion |
| OS | Outside the scope of the deposition subpoena topics |
| S | Speculation |
| VA | Vague / Ambiguous |
| 106 | Incomplete; Completeness |
| 402 | Irrelevant; Relevance |
| 403 | Unduly prejudicial (FRE 403); Misleading / prejudicial / More Prejudicial than Probative (FRE 403); Confusion; Out of Context |
| 602 | Lacks Personal Knowledge |
| 802 | Hearsay |
| 901 | Authentication |

| Renato Cavour (July 23, 2013) | | | |
|---|---|---|---|
| **Cheetah Designations** | | **Tellabs** | |
| Begin | End | Objections | Counter-Designations |
| 4:5 | 4:8 | | |
| 4:22 | 4:23 | | |
| | | | 5:5-13 |
| 5:14 | 5:15 | | |
| | | | 5:16-18 |
| 5:19 | 5:22 | | |
| 6:1 | 6:3 | | |
| 6:16 | 6:16 | | |
| | | | 7:2-8:3 |
| 8:4 | 8:7 | | |
| 8:10 | 8:14 | | |
| 8:16 | 8:25 | | |

| Renato Cavour (July 23, 2013) ||||
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 9:1 | 9:5 | | |
| | | | 11:8-18 |
| 11:19 | 11:23 | | |
| 13:2 | 13:6 | | |
| | | | 13:19-22 |
| | | | 13:25-14:3 |
| | | | 14:5-6 |
| | | | 14:9-17 |
| | | | 14:23-15:2 |
| 15:3 | 15:21 | | |
| | | | 15:22-23 |
| 15:24 | 15:25 | | |
| 16:1 | 16:13 | C; LC | |
| | | | 16:14-17 |
| | | | 16:21-17:2 |
| 18:18 | 18:20 | | |
| 18:23 | 18:23 | | |
| 19:11 | 19:22 | | |
| | | | 25:1 |
| | | | 25:5 |
| | | | 25:7-9 |
| 24:9 | 24:25 | | |
| 25:10 | 25:12 | | |
| 25:15 | 25:16 | | |
| 25:18 | 25:20 | LC; VA | |
| 25:25 | 25:25 | | |
| 26:1 | 26:25 | 26:13-15; 403; VA | |
| 27:1 | 27:4 | | |
| 27:10 | 27:25 | | |
| 28:1 | 28:4 | | |
| 28:22 | 28:25 | LC; 403; VA | |
| 29:2 | 29:3 | LC; 403; VA | |
| | | | 29:5-7 |
| | | | 29:10 |
| | | | 29:12 |
| 29:13 | 29:16 | | |
| | | | 29:17-21 |
| 29:22 | 29:25 | | |
| 30:1 | 30:4 | | |
| 31:1 | 31:4 | LF; 403 | |
| 31:7 | 31:7 | LF; 403 | |
| 31:9 | 31:10 | S | |

3

| Renato Cavour (July 23, 2013) |||||
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 31:14 | 31:25 | 31:14-16; S<br>31:23-25; VA; LC | |
| 32:1 | 32:1 | VA; LC | |
| 32:4 | 32:4 | VA; LC | |
| 32:6 | 32:7 | LC; VA | |
| 32:10 | 32:10 | LC; VA | |
| 32:19 | 32:23 | | |
| 33:1 | 33:2 | | |
| 33:4 | 33:6 | LC; VA | |
| 33:9 | 33:9 | LC; VA | |
| 33:11 | 33:14 | 602; S | |
| 33:17 | 33:17 | 602; S | |
| | | | 33:19-34:23 |
| | | | 35:2 |
| | | | 39:9-12 |
| | | | 40:7-8 |
| | | | 40:12-14 |
| | | | 40:16-17 |
| | | | 40:20-21 |
| 42:22 | 42:25 | | |
| 43:1 | 43:2 | | |
| | | | 43:7-12 |
| | | | 43:22-44:1 |
| 45:1 | 45:23 | | |
| 46:3 | 46:8 | | |
| 47:6 | 47:16 | 47:13-16; LF; VA; 403 | |
| 47:20 | 47:25 | LF; VA; 403 | |
| 48:1 | 48:1 | LF; VA; 403 | |
| | | | 48:3-11 |
| | | | 48:15-18 |
| 48:20 | 48:23 | VA; LC | |
| 49:3 | 49:7 | VA; LC | |
| 49:9 | 49:14 | 49:12-14; LF; S | |
| 49:18 | 49:20 | LF; S | |
| 49:22 | 49:25 | | |
| | | | 50:1-10 |
| 50:11 | 50:17 | 50:15-17; VA; LC | |
| 50:22 | 50:23 | VA; LC | |
| 51:17 | 51:21 | | |
| 52:2 | 52:5 | | |
| | | | 52:6-9 |

| Renato Cavour (July 23, 2013) | | | |
|---|---|---|---|
| **Cheetah Designations** | | **Tellabs** | |
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| | | | 52:13-18 |
| | | | 55:20-24 |
| | | | 56:5 |
| | | | 56:7-23 |
| 57:8 | 57:11 | | |
| 57:15 | 57:17 | | |

| Jack Kelly, Ph.D. (March 28, 2012) |||||
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 7:25 | 7:25 | | |
| 8:1 | 8:6 | 8:2-4<br>402 | |
| 8:25 | 8:25 | | |
| 9:1 | 9:2 | | |
| 9:16 | 9:18 | | |
| 9:25 | 9:25 | | |
| 10:1 | 10:8 | | |
| 10:25 | 10:25 | | |
| 11:1 | 11:23 | | |
| 13:5 | 13:8 | | |
| 13:10 | 13:13 | | |
| 14:17 | 14:25 | 14:20-22; 14:24-25<br>402 | |
| 15:1 | 15:2 | 15:1<br>402 | |
| 15:10 | 15:25 | | |
| 16:1 | 16:6 | | |
| 17:7 | 17:11 | | |
| 18:15 | 18:16 | | |
| 18:21 | 18:23 | | |
| 22:22 | 22:25 | | |
| 23:3 | 23:5 | | |
| 23:7 | 23:10 | | |
| 23:14 | 23:17 | | |
| 23:19 | 23:23 | | |
| 23:25 | 23:25 | | |
| 24:1 | 24:6 | | |
| 24:22 | 24:22 | | |
| 25:5 | 25:11 | 25:7<br>402 | |
| 25:13 | 25:14 | | |
| 25:16 | 25:16 | | |
| 25:19 | 25:23 | 25:21<br>402 | |
| 26:8 | 26:9 | | |
| 26:12 | 26:14 | 26:13<br>402 | |
| 26:16 | 26:16 | | |
| 26:18 | 26:21 | | |
| 33:18 | 33:21 | 402 | |

| Jack Kelly, Ph.D.  (March 28, 2012) |||||
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 34:2 | 34:2 | 402 | |
| 34:4 | 34:5 | 402 | |
| 34:7 | 34:8 | 402 | |
| 34:10 | 34:10 | 402 | |
| 34:12 | 34:13 | 402 | |
| 34:15 | 34:16 | 402 | |
| 34:18 | 34:20 | 402 | |
| 34:22 | 34:22 | 402 | |
| 34:25 | 34:25 | 402 | |
| 35:1 | 35:7 | 402 | |
| 35:20 | 35:22 | 402 | |
| 39:6 | 39:25 | 39:25<br>402 | |
| 40:1 | 40:5 | | |
| 40:23 | 40:25 | | |
| 41:3 | 41:6 | | |
| 41:8 | 41:10 | | |
| 42:4 | 42:17 | | |
| 51:1 | 51:9 | 51:3-9<br>CT, IAC/NE, ME, NR | |
| 52:9 | 52:24 | 52:20<br>402 | |
| 53:11 | 53:16 | 53:12<br>402 | |
| 55:9 | 55:15 | | |
| 55:18 | 55:19 | | |
| 55:21 | 55:25 | | |
| 56:1 | 56:4 | | |
| 56:14 | 56;16 | | |
| 56:19 | 56:19 | | |
| 56:22 | 56:22 | | |
| 57:16 | 57:19 | | |
| 57:22 | 57:23 | | |
| 58:9 | 58:12 | | |
| 58:15 | 58:15 | | |
| 58:17 | 58:25 | | |
| 59:1 | 59:4 | | |

| Kenneth E. Noreen (March 15, 2013) |||| 
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 4:21 | 4:23 | | |
| | | | 5:9-14 |
| 6:2 | 6:13 | | |
| 6:17 | 7:10 | | |
| 11:6 | 11:11 | | |
| 16:25 | 17:2 | | |
| 23:13 | 23:15 | | |
| 23:24 | 24:24 | | |
| 25:11 | 25:13 | | |
| 25:16 | 26:5 | | |
| | | | 26:6-8 |
| | | | 29:7-21 |
| 31:25 | 32:2 | | |
| 38:11 | 38:14 | | |
| 38:20 | 38:24 | | |
| 40:10 | 40:21 | | |
| 40:24 | 40:25 | | |
| 41:2 | 41:3 | | |
| 41:6 | 41:8 | | |
| 41:10 | 41:12 | | |
| 41:15 | 41:22 | | |
| | | | 42:10-12 |
| | | | 42:15-21 |
| | | | 45:9-18 |
| | | | 46:5-9 |
| | | | 48:20-21 |
| | | | 48:25-49:3 |
| | | | 49:5-7 |
| 50:9 | 50:10 | | |
| 50:14 | 50:16 | | |
| 50:18 | 50:20 | | |
| 50:24 | 51:2 | | |
| | | | 52:17-21 |
| | | | 52:23-53:12 |
| | | | 54:2-10 |
| | | | 54:25-55:7 |
| 73:21 | 74:10 | | |
| | | | 74:11-15 |
| | | | 75:13-16 |
| 75:25 | 75:25 | | |

| Kenneth E. Noreen (March 15, 2013) ||||
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 76:7 | 76:8 | | |
| | | | 76:10-77:10 |
| | | | 78:12-15 |
| | | | 78:23-25 |
| 86:6 | 86:7 | 106 | |
| 95:16 | 95:19 | VA; 403 | |
| 96:15 | 99:1 | | |
| | | | 99:2-19 |
| | | | 100:23-24 |
| | | | 101:6-11 |
| | | | 103:13-14 |
| | | | 103:19-104:1 |
| | | | |
| 104:4 | 104:7 | VA; 403 | |
| 104:10 | 104:12 | | |
| 104:14 | 104:17 | | |
| 104:22 | 105:1 | | |
| 105:16 | 105:23 | | |
| 106:11 | 106:13 | | |
| 106:17 | 106:23 | | |
| 114:17 | 114:25 | | |
| 115:10 | 115:24 | | |
| 116:2 | 116:3 | | |
| 116:5 | 116:8 | | |
| 116:12 | 116:17 | | |
| 117:3 | 117:5 | | |
| 117:20 | 117:23 | | |
| 118:1 | 118:6 | | |
| 118:12 | 118:13 | | |
| 118:19 | 118:21 | | |
| 118:24 | 118:25 | | |
| 119:2 | 119:3 | | |
| 119:7 | 119:12 | | |
| 120:4 | 120:7 | LF; 602; BS | |
| 120:12 | 121:1 | LF; 602; BS | |
| 121:3 | 121:4 | LF; 602; BS; VA; 403 | |
| 121:9 | 121:18 | LF; 602; BS; VA; 403 | |
| 121:20 | 121:21 | LF; 602; BS; VA; 403 | |
| 122:2 | 122:2 | LF; 602; BS; VA; 403 | |
| 122:4 | 122:4 | LF; 602; BS; VA; 403 | |
| 122:7 | 122:8 | LF; 602; BS; VA; 403 | |
| | | | 122:10-123:10 |

| Kenneth E. Noreen (March 15, 2013) |||||
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
|  |  |  | 126:6-15 |
| 127:15 | 128:17 |  |  |
|  |  |  | 128:18-19 |
|  |  |  | 128:22 |
|  |  |  | 128:24-129:1 |
|  |  |  | 129:5-129:19 |
|  |  |  | 130:10-131:3 |
|  |  |  | 131:7-12 |
|  |  |  | 131:23-132:4 |
|  |  |  | 132:21-24 |
|  |  |  | 134:3-16 |
| 150:20 | 150:23 |  |  |
| 150:25 | 151:1 |  |  |
| 151:5 | 151:7 |  |  |
|  |  |  | 152:3-10 |

| Robert T. Risden, Jr. (July 23, 2013) | | | |
|---|---|---|---|
| **Cheetah Designations** | | **Tellabs** | |
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 4:21 | 4:23 | | |
| | | | 5:3-11 |
| 5:12 | 6:9 | | |
| 7:6 | 7:23 | 7:20-23<br>BS; 403 | |
| | | | 8:6-9 |
| | | | 9:10-17 |
| | | | 9:21-10:4 |
| 10:6 | 10:15 | | |
| 10:24 | 11:6 | | |
| | | | 11:15-24 |
| 11:25 | 12:15 | | |
| | | | 17:15-19:3 |
| 19:4 | 19:6 | | |
| | | | 19:7-13 |
| 19:14 | 20:25 | 20:23-25<br>AFE; 403 | |
| 21:3 | 21:4 | | |
| 21:22 | 22:5 | | |
| 22:9 | 22:9 | | |
| 26:23 | 27:10 | | |
| 27:13 | 27:16 | | |
| 27:18 | 27:21 | | |
| | | | 27:22-28:5 |
| | | | 28:8-9 |
| 28:11 | 28:13 | | |
| 31:2 | 31:4 | 106; 403 | |
| | | | 31:5-14 |
| 31:15 | 32:1 | 106; 403 | |
| 32:9 | 32:10 | 403 | |
| 32:14 | 32:19 | 403 | |
| 32:21 | 33:9 | 32:21 – 33:4<br>403<br><br>33:5-9<br>AFE; S; VA | |
| 33:13 | 33:13 | | |
| 33:20 | 33:21 | | |
| 33:23 | 34:2 | AFE; S; VA; 403 | |
| 34:5 | 34:5 | 403 | |
| 34:7 | 34:16 | 34:7-16 | |

| Robert T. Risden, Jr. (July 23, 2013) |||| 
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
|  |  | 403 |  |
|  |  | 34:10-12 LO; 402; 403 |  |
| 34:19 | 34:19 | 403 |  |
| 34:21 | 34:22 | 403 |  |
| 34:25 | 34:25 |  |  |
|  |  |  | 37:14-25 |
| 39:16 | 40:20 |  |  |
|  |  |  | 41:6-17 |
| 42:9 | 43:4 |  |  |
| 43:8 | 43:10 |  |  |
| 43:12 | 43:21 |  |  |
| 44:5 | 44:7 | 602; LF; BS |  |
| 44:11 | 44:12 | 602; LF; BS | * |
| 44:14 | 44:14 | 602; LF; BS |  |
| 44:17 | 45:3 | 602; LF; BS |  |
| 45:5 | 45:9 | AFE; BS; S; 602; 403 |  |
| 45:13 | 45:21 | AFE; BS; S; 602; 403 |  |
|  |  |  | 46:23-47:2 |
|  |  |  | 47:21-25 |
|  |  |  | 48:2-3 |
|  |  |  | 48:6 |
|  |  |  | 48:23-49:8 |
|  |  |  | 49:19-24 |
|  |  |  | 50:3-5 |
|  |  |  | 50:7-51:7 |
|  |  |  | 51:10-13 |

| Thomas A. Strasser (October 30, 2013) |||| 
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 7:7 | 7:10 | | |
| 9:21 | 9:25 | | |
| 10:1 | 10:5 | | |
| 23:9 | 23:25 | 23:13 402 | |
| 24:2 | 24:2 | 402 | |
| 24:4 | 24:8 | | |
| 40:1 | 40:9 | | |
| 43:10 | 43:25 | 43:24-25 106 | |
| 44:1 | 44:5 | 106 | |
| | | | 44:6-7 |
| | | | 44:9-18 |
| 45:14 | 45:15 | | |
| 45:17 | 45:18 | | |
| 46:17 | 46:19 | | |
| 46:22 | 46:25 | | |
| 47:1 | 47:1 | | |
| 47:4 | 47:7 | | |
| 47:12 | 47:14 | | |
| 47:16 | 47:18 | | |
| 48:11 | 48:12 | | |
| 48:15 | 48:17 | | |
| 66:12 | 66:16 | | |
| 66:18 | 66:22 | | |

| Yajun Wang (August 9, 2012) |||| 
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| 5:24 | 6:5 | | |
| 10:10 | 10:13 | 901; IAC/NE; 402; 403 | |
| 14:3 | 14:16 | | |
| 14:24 | 14:24 | | |
| 21:10 | 21:18 | 901; LF | |
| | | | 22:12-16 |
| 22:17 | 23:2 | | |
| | | | 24:21 – 25:1 |
| | | | 25:11-19 |
| 28:23 | 29:5 | | |
| 29:10 | 29:11 | | |
| 29:13 | 29:17 | | |
| 29:22 | 29:24 | | |
| 30:15 | 30:17 | S; VA | |
| 30:21 | 30:22 | S; VA | |
| | | | 32:21-23 |
| | | | 33:7-19 |
| | | | 36:25 – 37:1 |
| | | | 37:9-14 |
| | | | 38:1-6 |
| | | | 39:3-6 |
| 39:12 | 39:22 | | |
| 39:24 | 40:8 | | |
| | | | 40:9-10 |
| | | | 40:15-21 |
| | | | 41:5-9 |
| 42:3: | 42:13 | | |
| 42:20 | 43:5 | | |
| | | | 43:21-22 |
| | | | 44:11-12 |
| | | | 44:14-22 |
| | | | 47:3-5 |
| | | | 47:9-10 |
| | | | 47:19-22 |
| | | | 48:23 – 49:25 |
| | | | 50:5-11 |
| | | | 50:14-18 |
| | | | 52:21-25 |
| 53:9 | 53:14 | | |
| | | | 53:15-20 |

| Yajun Wang (August 9, 2012) |||||
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** ||
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| | | | 53:23-25 |
| | | | 54:7-11 |
| | | | 69:3-9 |
| | | | 70:1-7 |
| 83:17 | 85:12 | 402; 403; LF; 901 | |
| 85:16 | 85:18 | 402; 403; LF; 901 | |
| 88:3 | 88:6 | OS; 402; 403; VA | |
| 83 [sic] 88:11 | 83 [sic] 88:14 | OS; 402; 403 | |
| 89:14 | 89:18 | 402; 403 | |
| 93:8 | 93:14 | 901 | |
| | | | 94:22-23 |
| | | | 94:25-95:7 |
| 96:9 | 96:11 | OS; S; VA; 402; 403 | |
| 96:16 | 96:18 | OS; S; VA; 402; 403 | |
| 97:10 | 97:13 | OS; VA; 402; 403 | |
| 97:18 | 97:23 | OS; VA; 402; 403 | |
| 98:1 | 98:3 | OS; S; 402; 403 | |
| 98:8 | 98:10 | OS; S; 402; 403 | |
| 98:12 | 98:13 | OS; S; 402; 403 | |
| 98:18 | 98:19 | OS; S; 402; 403 | |
| 98:21 | 98:21 | OS; S; 402; 403 | |
| 98:23 | 98:24 | OS; S; 402; 403 | |
| 99:2 | 99:2 | OS; S; 402; 403 | |
| 99:4 | 99:5 | OS; S; 402; 403 | |
| 99:23 | 99:25 | OS; S; 402; 403 | |
| 100:2 | 100:5 | OS; S; 402; 403 | |

| Yajun Wang (September 12, 2013) | | | |
|---|---|---|---|
| | | | Tellabs |
| Begin | End | Objections | Counter-Designations |
| | | | 5:21-6:18 |
| | | | 7:10-13 |
| | | | 7:17-8:3 |
| | | | 8:14-9:3 |
| | | | 9:15-18 |
| | | | 9:21-10:17 |
| | | | 12:16-21 |
| | | | 15:21-25 |
| | | | 16:13-15 |
| | | | 16:19-21 |
| | | | 17:12-15 |
| | | | 17:18-22 |
| | | | 27:10-19 |
| | | | 27:21-23 |
| | | | 31:8-22 |
| | | | 32:1-5 |
| | | | 34:4-12 |
| | | | 37:8-13 |
| | | | 40:5-24 |
| | | | 42:1 |
| | | | 42:9-14 |
| | | | 42:20-43:2 |
| | | | 43:4-8 |
| | | | 43:22-44:3 |
| | | | 45:23-46:6 |
| | | | 47:15-21 |
| | | | 47:25-48:3 |
| | | | 48:5-24 |
| | | | 50:2-51:2 |
| | | | 51:7-18 |
| | | | 51:21-23 |
| | | | 52:11-53:2 |
| | | | 53:6-10 |
| | | | 54:20-56:20 |
| | | | 57:3-8 |
| | | | 60:22-61:9 |
| | | | 62:7-10 |
| | | | 62:14-20 |
| | | | 63:18-22 |
| | | | 63:25-64:4 |
| | | | 64:6-9 |

| | | Tellabs ||
|---|---|---|---|
| **Begin** | **End** | **Objections** | **Counter-Designations** |
| | | | 64:14-18 |
| | | | 66:2-12 |
| | | | 67:9-22 |
| | | | 68:1-10 |
| | | | 70:15-71:11 |
| | | | 71:22-24 |
| | | | 72:3-6 |
| | | | 72:16-74:2 |
| | | | 74:11-19 |
| | | | 75:3-13 |
| | | | 77:21-78:25 |

Table title: **Yajun Wang (September 12, 2013)**

| | |
|---|---|
| Dated: January 27, 2014 | */s/ Mark A. Dodd* |
| | James P. Bradley |
| | Attorney-in-Charge |
| | Texas Bar No. 02826000 |
| | Email: jbradley@sidley.com |
| | Mark A. Dodd |
| | Texas Bar No. 24040815 |
| | Email: mdodd@sidley.com |
| | Kelley A. Conaty |
| | Texas Bar No. 24040716 |
| | Email: kconaty@sidley.com |
| | **SIDLEY AUSTIN LLP** |
| | 717 N. Harwood, Suite 3400 |
| | Dallas, Texas 75201 |
| | (214) 981-3306 Telephone |
| | (214) 981-3400 Facsimile |
| | |
| | Richard F. O'Malley |
| | (Lead Attorney) |
| | Lisa A. Schneider |
| | Robert D. Leighton |
| | **SIDLEY AUSTIN LLP** |
| | One South Dearborn |
| | Chicago, IL 60603 |
| | (312) 853-7000 Telephone |
| | (312) 853-7036 Facsimile |
| | |
| | ***Attorneys For Defendants Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc.*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3), on January 27, 2014.

/s/  Mark A. Dodd