## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **Cheetah Omni LLC,** | |
| *Plaintiff*, | HONORABLE LEONARD DAVIS |
| vs. | Case No. 6:11CV390 |
| **Alcatel-Lucent USA Inc., et al.** | JURY TRIAL DEMANDED |
| *Defendants*. | |

# NOTICE REGARDING UPDATED SETTLEMENT NEGOTIATIONS BETWEEN CHEETAH OMNI LLC AND FUJITSU NETWORK COMMUNICATIONS, INC.

In compliance with the Court's Order (Dkt. #399), Cheetah Omni LLC and Fujitsu Network Communications, Inc. file this Notice to notify the Court as to the status of their Settlement Agreement.

Dated: January 29, 2014

    Respectfully submitted,

    By: /s/ Thomas A. Lewry
    Thomas A. Lewry (MI Bar No. P36399)
    (Lead Attorney)
    John S. Le Roy (MI Bar No. P61964)
    Robert C.J. Tuttle (MI Bar No. P25222)
    John M. Halan (MI Bar No. P37616)
    Christopher C. Smith (MI Bar No. P73936)
    **Brooks Kushman P.C.**
    1000 Town Center, 22nd Floor
    Southfield, Michigan 48075-1238
    Tel: (248) 358-4400 – Fax: (248) 358-3351



Email: tlewry@brookskushman.com
jleroy@brookskushman.com
rtuttle@brookskushman.com
jhalan@brookskushman.com
csmith@brookskushman.com

T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
1127 Judson Road, Suite 220
PO Box 1231
Longview, Texas 75606
Tel:  (903) 757-6400 – Fax:  (903) 757-2323
Email:  jw@jwfirm.com
wh@jwfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com

*Attorneys for Plaintiff Cheetah Omni LLC*

2



**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on **January 29, 2014.**

                                        */s/ Thomas A. Lewry*

