UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>Alcatel-Lucent USA Inc., et al.,<br><br>*Defendants*. | Case No. 6:11-cv-390 |

MINUTE ENTRY
for
SUMMARY JUDGMENT HEARING
**DATE:**  January 23, 2014

| **TIMOTHY B. DYK**<br>**Judge Presiding** | Law Clerk:  Sanjiv Laud<br>Electronic Court Recorder Operator:<br>Reggie Walker |
|---|---|
| **OPEN:**   1:00 PM | **ADJOURN:**    2:20 PM |

| TIME: | MINUTES: |
|---|---|
| **1:00 PM** | The court held a hearing on the Motion for Summary Judgment of Non-Infringement filed by Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc. (collectively Tellabs), ECF No. 345.<br><br>Thomas Lewry of Brooks Kushman P.C. argued for Plaintiff Cheetah Omni LLC.<br><br>Richard O'Malley and Mark Dodd of Sidley Austin LLP argued for Defendant Tellabs. |
| | An electronic copy of the recording has been uploaded to the docket. A transcript of the recording will be filed in due course. |
| | The court **ORDERED** supplemental briefing on the question of what constitutes good cause for amending infringement contentions under the Local Rules for the Eastern District of Texas, Appendix M: Patent Rules. The parties shall file letter briefs of no more than 5 pages by January 31, 2014. |

| TIME: | MINUTES: |
|---|---|
| **2:20 PM** | The court concluded the hearing. |

_____

Timothy B. Dyk
United States Circuit Judge[*]

---

[*] Of the Federal Circuit, sitting by designation.

Case 6:11-cv-00390-TBD   Document 425   Filed 01/23/14   Page 3 of 3 PageID #: 9361