UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHEETAH OMNI LLC**<br>       Plaintiff,<br><br>  vs.<br><br>**ALCATEL-LUCENT USA, INC. ET AL.**<br>       Defendants. | U.S. Circuit Judge Timothy B. Dyk<br><br>Civil Action No. 6:11-cv-390<br><br>Jury Demanded |

**PLAINTIFF, CHEETAH OMNI, LLC'S OBJECTIONS TO TELLABS'
COUNTER-DESIGNATIONS TO DEPOSITION DESIGNATIONS**

Plaintiff reserves the right to supplement these objections as may be appropriate.

**Tellabs' Objection Key to Deposition Designations:**

| Abbreviation | Objection |
|---|---|
| AA | Asked and Answered |
| AFE | Assumes facts not in evidence |
| BS | Beyond the Scope of Rule 30(b)(6) designation |
| C | Compound |
| CT | Counsel Testifying |
| EO | Improper Expert Opinion |
| I | Can be used for impeachment purposes only |
| IAC/NE | Improper attorney commentary; Not Evidence |
| L | Leading |
| LC | Contains legal conclusion |
| LF | Lacks Foundation |
| LO | Improper Lay Opinion |
| ME | Misstates / Misquotes evidence |
| MS/MIL | Subject to Motion to Strike or Motion in Limine |
| NR | Non-Responsive |
| O | Contains inappropriate opinion |
| OS | Outside the scope of the deposition subpoena topics |
| S | Speculation |
| VA | Vague / Ambiguous |
| 106 | Incomplete; Completeness |
| 402 | Irrelevant; Relevance |
| 403 | Unduly prejudicial (FRE 403); Misleading / prejudicial / More Prejudicial than Probative (FRE 403); Confusion; Out of Context |
| 602 | Lacks Personal Knowledge |
| 802 | Hearsay |
| 901 | Authentication |

Cheetah's Objections Key:

```
                        N = No Designation (Counter-Designation Improper)
* Conditional           P = Prejudice/Cumulative
A = Argumentative       R = Relevance
F = Foundation          S = Speculation
H = Hearsay             V = Vague
```

1

| Cheetah Designations | | Tellabs | | Cheetah's Objections to Tellabs' Counter-Designations |
|---|---|---|---|---|
| **Renato Cavour (July 23, 2013)** | | | | |
| Begin | End | Objections | Counter-Designations | |
| 4:5 | 4:8 | | | |
| 4:22 | 4:23 | | | |
| | | | 5:5-13 | |
| 5:14 | 5:15 | | | |
| | | | 5:16-18 | |
| 5:19 | 5:22 | | | |
| 6:1 | 6:3 | | | |
| 6:16 | 6:16 | | | |
| | | | 7:2-8:3 | R |
| 8:4 | 8:7 | | | |
| 8:10 | 8:14 | | | |
| 8:16 | 8:25 | | | |
| 9:1 | 9:5 | | | |
| | | | 11:8-18 | |
| 11:19 | 11:23 | | | |
| 13:2 | 13:6 | | | |
| | | | 13:19-22 | |
| | | | 13:25-14:3 | |
| | | | 14:5-6 | |
| | | | 14:9-17 | F |
| | | | 14:23-15:2 | |
| 15:3 | 15:21 | | | |
| | | | 15:22-23 | |
| 15:24 | 15:25 | | | |
| 16:1 | 16:13 | C; LC | | |
| | | | 16:14-17 | |
| | | | 16:21-17:2 | |
| 18:18 | 18:20 | | | |
| 18:23 | 18:23 | | | |
| 19:11 | 19:22 | | | |
| | | | 25:1 | |
| | | | 25:5 | |
| | | | 25:7-9 | |
| 24:9 | 24:25 | | | |
| 25:10 | 25:12 | | | |
| 25:15 | 25:16 | | | |
| 25:18 | 25:20 | LC; VA | | |

Cheetah's Objections Key:

\* Conditional  
A = Argumentative  
F = Foundation  
H = Hearsay  
N = No Designation (Counter-Designation Improper)  
P = Prejudice/Cumulative  
R = Relevance  
S = Speculation  
V = Vague

2

| Renato Cavour (July 23, 2013) ||||
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** | **Cheetah's Objections to Tellabs' Counter-Designations** |
| **Begin** | **End** | **Objections** | **Counter-Designations** | |
| 25:25 | 25:25 | | | |
| 26:1 | 26:25 | 26:13-15; 403; VA | | |
| 27:1 | 27:4 | | | |
| 27:10 | 27:25 | | | |
| 28:1 | 28:4 | | | |
| 28:22 | 28:25 | LC; 403; VA | | |
| 29:2 | 29:3 | LC; 403; VA | | |
| | | | 29:5-7 | |
| | | | 29:10 | |
| | | | 29:12 | |
| 29:13 | 29:16 | | | |
| | | | 29:17-21 | |
| 29:22 | 29:25 | | | |
| 30:1 | 30:4 | | | |
| 31:1 | 31:4 | LF; 403 | | |
| 31:7 | 31:7 | LF; 403 | | |
| 31:9 | 31:10 | S | | |
| 31:14 | 31:25 | 31:14-16; S<br>31:23-25; VA; LC | | |
| 32:1 | 32:1 | VA; LC | | |
| 32:4 | 32:4 | VA; LC | | |
| 32:6 | 32:7 | LC; VA | | |
| 32:10 | 32:10 | LC; VA | | |
| 32:19 | 32:23 | | | |
| 33:1 | 33:2 | | | |
| 33:4 | 33:6 | LC; VA | | |
| 33:9 | 33:9 | LC; VA | | |
| 33:11 | 33:14 | 602; S | | |
| 33:17 | 33:17 | 602; S | | |
| | | | 33:19-34:23 | |
| | | | 35:2 | |
| | | | 39:9-12 | P,R,F |
| | | | 40:7-8 | P,R,F |
| | | | 40:12-14 | |
| | | | 40:16-17 | P,R,F |
| | | | 40:20-21 | |
| 42:22 | 42:25 | | | |
| 43:1 | 43:2 | | | |
| | | | 43:7-12 | |

Cheetah's Objections Key:

N = No Designation (Counter-Designation Improper)

\* Conditional    P = Prejudice/Cumulative
A = Argumentative    R = Relevance
F = Foundation    S = Speculation
H = Hearsay    V = Vague

3

| Cheetah Designations | | Tellabs | | Cheetah's Objections to Tellabs' Counter-Designations |
|---|---|---|---|---|
| **Begin** | **End** | **Objections** | **Counter-Designations** | |
| | | | 43:22-44:1 | |
| 45:1 | 45:23 | | | |
| 46:3 | 46:8 | | | |
| 47:6 | 47:16 | 47:13-16; LF; VA; 403 | | |
| 47:20 | 47:25 | LF; VA; 403 | | |
| 48:1 | 48:1 | LF; VA; 403 | | |
| | | | 48:3-11 | |
| | | | 48:15-18 | |
| 48:20 | 48:23 | VA; LC | | |
| 49:3 | 49:7 | VA: LC | | |
| 49:9 | 49:14 | 49:12-14; LF; S | | |
| 49:18 | 49:20 | LF; S | | |
| 49:22 | 49:25 | | | |
| | | | 50:1-10 | |
| 50:11 | 50:17 | 50:15-17; VA; LC | | |
| 50:22 | 50:23 | VA; LC | | |
| 51:17 | 51:21 | | | |
| 52:2 | 52:5 | | | |
| | | | 52:6-9 | |
| | | | 52:13-18 | |
| | | | 55:20-24 | F |
| | | | 56:5 | |
| | | | 56:7-23 | F |
| 57:8 | 57:11 | | | |
| 57:15 | 57:17 | | | |

Cheetah's Objections Key:

\* Conditional  
A = Argumentative  
F = Foundation  
H = Hearsay  
N = No Designation (Counter-Designation Improper)  
P = Prejudice/Cumulative  
R = Relevance  
S = Speculation  
V = Vague  

4

| Jack Kelly, Ph.D.  (March 28, 2012) ||||||
|---|---|---|---|---|
| **Cheetah Designations** || **Tellabs** || **Cheetah's Objections to Tellabs' Counter-Designations** |
| **Begin** | **End** | **Objections** | **Counter-Designations** | |
| 7:25 | 7:25 | | | |
| 8:1 | 8:6 | 8:2-4<br>402 | | |
| 8:25 | 8:25 | | | |
| 9:1 | 9:2 | | | |
| 9:16 | 9:18 | | | |
| 9:25 | 9:25 | | | |
| 10:1 | 10:8 | | | |
| 10:25 | 10:25 | | | |
| 11:1 | 11:23 | | | |
| 13:5 | 13:8 | | | |
| 13:10 | 13:13 | | | |
| 14:17 | 14:25 | 14:20-22; 14:24-25<br>402 | | |
| 15:1 | 15:2 | 15:1<br>402 | | |
| 15:10 | 15:25 | | | |
| 16:1 | 16:6 | | | |
| 17:7 | 17:11 | | | |
| 18:15 | 18:16 | | | |
| 18:21 | 18:23 | | | |
| 22:22 | 22:25 | | | |
| 23:3 | 23:5 | | | |
| 23:7 | 23:10 | | | |
| 23:14 | 23:17 | | | |
| 23:19 | 23:23 | | | |
| 23:25 | 23:25 | | | |
| 24:1 | 24:6 | | | |
| 24:22 | 24:22 | | | |
| 25:5 | 25:11 | 25:7<br>402 | | |
| 25:13 | 25:14 | | | |
| 25:16 | 25:16 | | | |
| 25:19 | 25:23 | 25:21<br>402 | | |
| 26:8 | 26:9 | | | |
| 26:12 | 26:14 | 26:13<br>402 | | |

Cheetah's Objections Key:

          N = No Designation (Counter-Designation Improper)
\* Conditional    P = Prejudice/Cumulative
A = Argumentative    R = Relevance
F = Foundation    S = Speculation
H = Hearsay    V = Vague

5

| Jack Kelly, Ph.D.  (March 28, 2012) ||||||
|---|---|---|---|---|
| **Cheetah Designations** || **Tellabs** || **Cheetah's Objections to Tellabs' Counter-Designations** |
| **Begin** | **End** | **Objections** | **Counter-Designations** | |
| 26:16 | 26:16 | | | |
| 26:18 | 26:21 | | | |
| 33:18 | 33:21 | 402 | | |
| 34:2 | 34:2 | 402 | | |
| 34:4 | 34:5 | 402 | | |
| 34:7 | 34:8 | 402 | | |
| 34:10 | 34:10 | 402 | | |
| 34:12 | 34:13 | 402 | | |
| 34:15 | 34:16 | 402 | | |
| 34:18 | 34:20 | 402 | | |
| 34:22 | 34:22 | 402 | | |
| 34:25 | 34:25 | 402 | | |
| 35:1 | 35:7 | 402 | | |
| 35:20 | 35:22 | 402 | | |
| 39:6 | 39:25 | 39:25<br>402 | | |
| 40:1 | 40:5 | | | |
| 40:23 | 40:25 | | | |
| 41:3 | 41:6 | | | |
| 41:8 | 41:10 | | | |
| 42:4 | 42:17 | | | |
| 51:1 | 51:9 | 51:3-9<br>CT, IAC/NE, ME, NR | | |
| 52:9 | 52:24 | 52:20<br>402 | | |
| 53:11 | 53:16 | 53:12<br>402 | | |
| 55:9 | 55:15 | | | |
| 55:18 | 55:19 | | | |
| 55:21 | 55:25 | | | |
| 56:1 | 56:4 | | | |
| 56:14 | 56;16 | | | |
| 56:19 | 56:19 | | | |
| 56:22 | 56:22 | | | |
| 57:16 | 57:19 | | | |
| 57:22 | 57:23 | | | |
| 58:9 | 58:12 | | | |
| 58:15 | 58:15 | | | |

Cheetah's Objections Key:

* Conditional
A = Argumentative
F = Foundation
H = Hearsay

N = No Designation (Counter-Designation Improper)
P = Prejudice/Cumulative
R = Relevance
S = Speculation
V = Vague

6

## Jack Kelly, Ph.D.  (March 28, 2012)

| Cheetah Designations | | Tellabs | | Cheetah's Objections to Tellabs' Counter-Designations |
|---|---|---|---|---|
| **Begin** | **End** | **Objections** | **Counter-Designations** | |
| 58:17 | 58:25 | | | |
| 59:1 | 59:4 | | | |

## Kenneth E. Noreen (March 15, 2013)

| Cheetah Designations | | Tellabs | | Cheetah's Objections to Tellabs' Counter-Designations |
|---|---|---|---|---|
| **Begin** | **End** | **Objections** | **Counter-Designations** | |
| 4:21 | 4:23 | | | |
| | | | 5:9-14 | |
| 6:2 | 6:13 | | | |
| 6:17 | 7:10 | | | |
| 11:6 | 11:11 | | | |
| 16:25 | 17:2 | | | |
| 23:13 | 23:15 | | | |
| 23:24 | 24:24 | | | |
| 25:11 | 25:13 | | | |
| 25:16 | 26:5 | | | |
| | | | 26:6-8 | |
| | | | 29:7-21 | |
| 31:25 | 32:2 | | | |
| 38:11 | 38:14 | | | |
| 38:20 | 38:24 | | | |
| 40:10 | 40:21 | | | |
| 40:24 | 40:25 | | | |
| 41:2 | 41:3 | | | |
| 41:6 | 41:8 | | | |
| 41:10 | 41:12 | | | |
| 41:15 | 41:22 | | | |
| | | | 42:10-12 | |
| | | | 42:15-21 | |
| | | | 45:9-18 | |
| | | | 46:5-9 | |
| | | | 48:20-21 | |
| | | | 48:25-49:3 | |
| | | | 49:5-7 | |
| 50:9 | 50:10 | | | |
| 50:14 | 50:16 | | | |

Cheetah's Objections Key:

\* Conditional  
A = Argumentative  
F = Foundation  
H = Hearsay  

N = No Designation (Counter-Designation Improper)  
P = Prejudice/Cumulative  
R = Relevance  
S = Speculation  
V = Vague  

7

| Kenneth E. Noreen (March 15, 2013) ||||| 
|---|---|---|---|---|
| **Cheetah Designations** || **Tellabs** || **Cheetah's Objections to Tellabs' Counter-Designations** |
| **Begin** | **End** | **Objections** | **Counter-Designations** | |
| 50:18 | 50:20 | | | |
| 50:24 | 51:2 | | | |
| | | | 52:17-21 | |
| | | | 52:23-53:12 | |
| | | | 54:2-10 | |
| | | | 54:25-55:7 | |
| 73:21 | 74:10 | | | |
| | | | 74:11-15 | |
| | | | 75:13-16 | |
| 75:25 | 75:25 | | | |
| 76:7 | 76:8 | | | |
| | | | 76:10-77:10 | |
| | | | 78:12-15 | |
| | | | 78:23-25 | |
| 86:6 | 86:7 | 106 | | |
| 95:16 | 95:19 | VA; 403 | | |
| 96:15 | 99:1 | | | |
| | | | 99:2-19 | S (99:12-16) |
| | | | 100:23-24 | S |
| | | | 101:6-11 | S |
| | | | 103:13-14 | S |
| | | | 103:19-104:1 | S |
| | | | | |
| 104:4 | 104:7 | VA; 403 | | |
| 104:10 | 104:12 | | | |
| 104:14 | 104:17 | | | |
| 104:22 | 105:1 | | | |
| 105:16 | 105:23 | | | |
| 106:11 | 106:13 | | | |
| 106:17 | 106:23 | | | |
| 114:17 | 114:25 | | | |
| 115:10 | 115:24 | | | |
| 116:2 | 116:3 | | | |
| 116:5 | 116:8 | | | |
| 116:12 | 116:17 | | | |
| 117:3 | 117:5 | | | |
| 117:20 | 117:23 | | | |
| 118:1 | 118:6 | | | |
| 118:12 | 118:13 | | | |

Cheetah's Objections Key:

\* Conditional  
A = Argumentative  
F = Foundation  
H = Hearsay  

N = No Designation (Counter-Designation Improper)  
P = Prejudice/Cumulative  
R = Relevance  
S = Speculation  
V = Vague  

8

| Kenneth E. Noreen (March 15, 2013) ||||  |
|---|---|---|---|---|
| **Cheetah Designations** || **Tellabs** || **Cheetah's Objections to Tellabs' Counter-Designations** |
| **Begin** | **End** | **Objections** | **Counter-Designations** |  |
| 118:19 | 118:21 |  |  |  |
| 118:24 | 118:25 |  |  |  |
| 119:2 | 119:3 |  |  |  |
| 119:7 | 119:12 |  |  |  |
| 120:4 | 120:7 | LF; 602; BS |  |  |
| 120:12 | 121:1 | LF; 602; BS |  |  |
| 121:3 | 121:4 | LF; 602; BS; VA; 403 |  |  |
| 121:9 | 121:18 | LF; 602; BS; VA; 403 |  |  |
| 121:20 | 121:21 | LF; 602; BS; VA; 403 |  |  |
| 122:2 | 122:2 | LF; 602; BS; VA; 403 |  |  |
| 122:4 | 122:4 | LF; 602; BS; VA; 403 |  |  |
| 122:7 | 122:8 | LF; 602; BS; VA; 403 |  |  |
|  |  |  | 122:10-123:10 |  |
|  |  |  | 126:6-15 |  |
| 127:15 | 128:17 |  |  |  |
|  |  |  | 128:18-19 |  |
|  |  |  | 128:22 |  |
|  |  |  | 128:24-129:1 |  |
|  |  |  | 129:5-129:19 |  |
|  |  |  | 130:10-131:3 |  |
|  |  |  | 131:7-12 |  |
|  |  |  | 131:23-132:4 |  |
|  |  |  | 132:21-24 |  |
|  |  |  | 134:3-16 |  |
| 150:20 | 150:23 |  |  |  |
| 150:25 | 151:1 |  |  |  |
| 151:5 | 151:7 |  |  |  |
|  |  |  | 152:3-10 |  |

Cheetah's Objections Key:

               N = No Designation (Counter-Designation Improper)
* Conditional    P = Prejudice/Cumulative
A = Argumentative    R = Relevance
F = Foundation    S = Speculation
H = Hearsay    V = Vague

9

| Robert T. Risden, Jr. (July 23, 2013) ||||| 
|---|---|---|---|---|
| **Cheetah Designations** || **Tellabs** || **Cheetah's Objections to Tellabs' Counter-Designations** |
| **Begin** | **End** | **Objections** | **Counter-Designations** | |
| 4:21 | 4:23 | | | |
| | | | 5:3-11 | |
| 5:12 | 6:9 | | | |
| 7:6 | 7:23 | 7:20-23<br>BS; 403 | | |
| | | | 8:6-9 | |
| | | | 9:10-17 | |
| | | | 9:21-10:4 | |
| 10:6 | 10:15 | | | |
| 10:24 | 11:6 | | | |
| | | | 11:15-24 | |
| 11:25 | 12:15 | | | |
| | | | 17:15-19:3 | |
| 19:4 | 19:6 | | | |
| | | | 19:7-13 | |
| 19:14 | 20:25 | 20:23-25<br>AFE; 403 | | |
| 21:3 | 21:4 | | | |
| 21:22 | 22:5 | | | |
| 22:9 | 22:9 | | | |
| 26:23 | 27:10 | | | |
| 27:13 | 27:16 | | | |
| 27:18 | 27:21 | | | |
| | | | 27:22-28:5 | |
| | | | 28:8-9 | |
| 28:11 | 28:13 | | | |
| 31:2 | 31:4 | 106; 403 | | |
| | | | 31:5-14 | |
| 31:15 | 32:1 | 106; 403 | | |
| 32:9 | 32:10 | 403 | | |
| 32:14 | 32:19 | 403 | | |
| 32:21 | 33:9 | 32:21 – 33:4<br>403<br><br>33:5-9<br>AFE; S; VA | | |
| 33:13 | 33:13 | | | |
| 33:20 | 33:21 | | | |
| 33:23 | 34:2 | AFE; S; VA; 403 | | |

Cheetah's Objections Key:

            N = No Designation (Counter-Designation Improper)
\* Conditional    P = Prejudice/Cumulative
A = Argumentative    R = Relevance
F = Foundation    S = Speculation
H = Hearsay    V = Vague

10

| Robert T. Risden, Jr. (July 23, 2013) ||||||
|---|---|---|---|---|
| **Cheetah Designations** || **Tellabs** || **Cheetah's Objections to Tellabs' Counter-Designations** |
| **Begin** | **End** | **Objections** | **Counter-Designations** | |
| 34:5 | 34:5 | 403 | | |
| 34:7 | 34:16 | 34:7-16<br>403<br><br>34:10-12<br>LO; 402; 403 | | |
| 34:19 | 34:19 | 403 | | |
| 34:21 | 34:22 | 403 | | |
| 34:25 | 34:25 | | | |
| | | | 37:14-25 | R, P (Cumulative) |
| 39:16 | 40:20 | | | |
| | | | 41:6-17 | |
| 42:9 | 43:4 | | | |
| 43:8 | 43:10 | | | |
| 43:12 | 43:21 | | | |
| 44:5 | 44:7 | 602; LF; BS | | |
| 44:11 | 44:12 | 602; LF; BS | | |
| 44:14 | 44:14 | 602; LF; BS | | |
| 44:17 | 45:3 | 602; LF; BS | | |
| 45:5 | 45:9 | AFE; BS; S; 602; 403 | | |
| 45:13 | 45:21 | AFE; BS; S; 602; 403 | | |
| | | | 46:23-47:2 | |
| | | | 47:21-25 | |
| | | | 48:2-3 | |
| | | | 48:6 | |
| | | | 48:23-49:8 | V (Misleading without designating 48:21-22) |
| | | | 49:19-24 | |
| | | | 50:3-5 | |
| | | | 50:7-51:7 | |

Cheetah's Objections Key:

        N = No Designation (Counter-Designation Improper)
* Conditional    P = Prejudice/Cumulative
A = Argumentative    R = Relevance
F = Foundation    S = Speculation
H = Hearsay    V = Vague

11

| Robert T. Risden, Jr. (July 23, 2013) ||||
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** | **Cheetah's Objections to Tellabs' Counter-Designations** |
| **Begin** | **End** | **Objections**     **Counter-Designations** | |
| | | 51:10-13 | |

| Thomas A. Strasser (October 30, 2013) |||||
|---|---|---|---|---|
| **Cheetah Designations** || **Tellabs** || **Cheetah's Objections to Tellabs' Counter-Designations** |
| **Begin** | **End** | **Objections** | **Counter-Designations** | |
| 7:7 | 7:10 | | | |
| 9:21 | 9:25 | | | |
| 10:1 | 10:5 | | | |
| 23:9 | 23:25 | 23:13<br>402 | | |
| 24:2 | 24:2 | 402 | | |
| 24:4 | 24:8 | | | |
| 40:1 | 40:9 | | | |
| 43:10 | 43:25 | 43:24-25<br>106 | | |
| 44:1 | 44:5 | 106 | | |
| | | | 44:6-7 | |
| | | | 44:9-18 | |
| 45:14 | 45:15 | | | |
| 45:17 | 45:18 | | | |
| 46:17 | 46:19 | | | |
| 46:22 | 46:25 | | | |
| 47:1 | 47:1 | | | |
| 47:4 | 47:7 | | | |
| 47:12 | 47:14 | | | |
| 47:16 | 47:18 | | | |
| 48:11 | 48:12 | | | |
| 48:15 | 48:17 | | | |
| 66:12 | 66:16 | | | |
| 66:18 | 66:22 | | | |

Cheetah's Objections Key:

N = No Designation (Counter-Designation Improper)
* Conditional          P = Prejudice/Cumulative
A = Argumentative      R = Relevance
F = Foundation         S = Speculation
H = Hearsay            V = Vague

Cheetah's Objections Key:

|  |  |
|---|---|
|  | N = No Designation (Counter-Designation Improper) |
| * Conditional | P = Prejudice/Cumulative |
| A = Argumentative | R = Relevance |
| F = Foundation | S = Speculation |
| H = Hearsay | V = Vague |

13

| Yajun Wang (August 9, 2012) ||||
|---|---|---|---|
| **Cheetah Designations** || **Tellabs** || **Cheetah's Objections to Tellabs' Counter-Designations** |
| **Begin** | **End** | **Objections** | **Counter-Designations** | |
| 5:24 | 6:5 | | | |
| 10:10 | 10:13 | 901; IAC/NE; 402; 403 | | |
| 14:3 | 14:16 | | | |
| 14:24 | 14:24 | | | |
| 21:10 | 21:18 | 901; LF | | |
| | | | 22:12-16 | R,P |
| 22:17 | 23:2 | | | |
| | | | 24:21 – 25:1 | |
| | | | 25:11-19 | |
| 28:23 | 29:5 | | | |
| 29:10 | 29:11 | | | |
| 29:13 | 29:17 | | | |
| 29:22 | 29:24 | | | |
| 30:15 | 30:17 | S; VA | | |
| 30:21 | 30:22 | S; VA | | |
| | | | 32:21-23 | |
| | | | 33:7-19 | |
| | | | 36:25 – 37:1 | |
| | | | 37:9-14 | |
| | | | 38:1-6 | |
| | | | 39:3-6 | V,R |
| 39:12 | 39:22 | | | |
| 39:24 | 40:8 | | | |
| | | | 40:9-10 | |
| | | | 40:15-21 | |
| | | | 41:5-9 | |
| 42:3: | 42:13 | | | |
| 42:20 | 43:5 | | | |
| | | | 43:21-22 | |
| | | | 44:11-12 | |
| | | | 44:14-22 | |
| | | | 47:3-5 | |
| | | | 47:9-10 | |
| | | | 47:19-22 | |
| | | | 48:23 – 49:25 | P,R |
| | | | 50:5-11 | P,R |
| | | | 50:14-18 | P,R |
| | | | 52:21-25 | P,R |

Cheetah's Objections Key:

                N = No Designation (Counter-Designation Improper)  
\* Conditional      P = Prejudice/Cumulative  
A = Argumentative  R = Relevance  
F = Foundation      S = Speculation  
H = Hearsay        V = Vague

14

| Yajun Wang (August 9, 2012) ||||| 
|---|---|---|---|---|
| **Cheetah Designations** || **Tellabs** || **Cheetah's Objections to Tellabs' Counter-Designations** |
| **Begin** | **End** | **Objections** | **Counter-Designations** | |
| 53:9 | 53:14 | | | |
| | | | 53:15-20 | P,R |
| | | | 53:23-25 | P,R |
| | | | 54:7-11 | P,R |
| | | | 69:3-9 | P,R |
| | | | 70:1-7 | P,R |
| 83:17 | 85:12 | 402; 403; LF; 901 | | |
| 85:16 | 85:18 | 402; 403; LF; 901 | | |
| 88:3 | 88:6 | OS; 402; 403; VA | | |
| 83 [sic] 88:11 | 83 [sic] 88:14 | OS; 402; 403 | | |
| 89:14 | 89:18 | 402; 403 | | |
| 93:8 | 93:14 | 901 | | |
| | | | 94:22-23 | |
| | | | 94:25-95:7 | |
| 96:9 | 96:11 | OS; S; VA; 402; 403 | | |
| 96:16 | 96:18 | OS; S; VA; 402; 403 | | |
| 97:10 | 97:13 | OS; VA; 402; 403 | | |
| 97:18 | 97:23 | OS; VA; 402; 403 | | |
| 98:1 | 98:3 | OS; S; 402; 403 | | |
| 98:8 | 98:10 | OS; S; 402; 403 | | |
| 98:12 | 98:13 | OS; S; 402; 403 | | |
| 98:18 | 98:19 | OS; S; 402; 403 | | |
| 98:21 | 98:21 | OS; S; 402; 403 | | |
| 98:23 | 98:24 | OS; S; 402; 403 | | |
| 99:2 | 99:2 | OS; S; 402; 403 | | |
| 99:4 | 99:5 | OS; S; 402; 403 | | |
| 99:23 | 99:25 | OS; S; 402; 403 | | |
| 100:2 | 100:5 | OS; S; 402; 403 | | |

Cheetah's Objections Key:

          N = No Designation (Counter-Designation Improper)

\* Conditional     P = Prejudice/Cumulative
A = Argumentative  R = Relevance
F = Foundation     S = Speculation
H = Hearsay        V = Vague

| | | | Tellabs | Cheetah's Objections to Tellabs' Counter-Designations |
|---|---|---|---|---|
| Begin | End | Objections | Counter-Designations | |
| | | | \multicolumn{2}{l}{**Yajun Wang (September 12, 2013)**} |

| Begin | End | Objections | Counter-Designations | Cheetah's Objections to Tellabs' Counter-Designations |
|---|---|---|---|---|
| | | | 5:21-6:18 | N |
| | | | 7:10-13 | N |
| | | | 7:17-8:3 | N |
| | | | 8:14-9:3 | N |
| | | | 9:15-18 | N |
| | | | 9:21-10:17 | N |
| | | | 12:16-21 | N |
| | | | 15:21-25 | N |
| | | | 16:13-15 | N |
| | | | 16:19-21 | N |
| | | | 17:12-15 | N |
| | | | 17:18-22 | N |
| | | | 27:10-19 | N |
| | | | 27:21-23 | N |
| | | | 31:8-22 | N |
| | | | 32:1-5 | N |
| | | | 34:4-12 | N |
| | | | 37:8-13 | N |
| | | | 40:5-24 | N |
| | | | 42:1 | N |
| | | | 42:9-14 | N |
| | | | 42:20-43:2 | N |
| | | | 43:4-8 | N |
| | | | 43:22-44:3 | N |
| | | | 45:23-46:6 | N |
| | | | 47:15-21 | N |
| | | | 47:25-48:3 | N |
| | | | 48:5-24 | N |
| | | | 50:2-51:2 | N |
| | | | 51:7-18 | N |
| | | | 51:21-23 | N |
| | | | 52:11-53:2 | N |
| | | | 53:6-10 | N |
| | | | 54:20-56:20 | N |
| | | | 57:3-8 | N |
| | | | 60:22-61:9 | N |
| | | | 62:7-10 | N |
| | | | 62:14-20 | N |
| | | | 63:18-22 | N |

Cheetah's Objections Key:

          N = No Designation (Counter-Designation Improper)

\* Conditional        P = Prejudice/Cumulative
A = Argumentative   R = Relevance
F = Foundation       S = Speculation
H = Hearsay          V = Vague

16

| | | Tellabs | | Cheetah's Objections to Tellabs' Counter-Designations |
|---|---|---|---|---|
| Begin | End | Objections | Counter-Designations | |

### Yajun Wang (September 12, 2013)

| Begin | End | Objections | Counter-Designations | Cheetah's Objections |
|---|---|---|---|---|
| | | | 63:25-64:4 | N |
| | | | 64:6-9 | N |
| | | | 64:14-18 | N |
| | | | 66:2-12 | N |
| | | | 67:9-22 | N |
| | | | 68:1-10 | N |
| | | | 70:15-71:11 | N |
| | | | 71:22-24 | N |
| | | | 72:3-6 | N |
| | | | 72:16-74:2 | N |
| | | | 74:11-19 | N |
| | | | 75:3-13 | N |
| | | | 77:21-78:25 | N |

Cheetah's Objections Key:

\* Conditional  
A = Argumentative  
F = Foundation  
H = Hearsay  

N = No Designation (Counter-Designation Improper)  
P = Prejudice/Cumulative  
R = Relevance  
S = Speculation  
V = Vague  

17

Dated:  January 31, 2014

Respectfully submitted,

By:  /s/ Thomas A. Lewry
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel:  (248) 358-4400 – Fax:  (248) 358-3351
Email: tlewry@brookskushman.com
          jleroy@brookskushman.com
          rtuttle@brookskushman.com
          jhalan@brookskushman.com
          csmith@brookskushman.com


T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
1127 Judson Road, Suite 220
PO Box 1231
Longview, Texas 75606
Tel:  (903) 757-6400 – Fax:  (903) 757-2323
Email:  jw@jwfirm.com
          wh@jwfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on  **January 31, 2014**  .

      /s/ Thomas A. Lewry