UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**CHEETAH OMNI LLC**
            Plaintiff,

    vs.

**ALCATEL-LUCENT USA, INC. ET AL.**
            Defendants.

**Civil Action No. 6:11-cv-390**
**U.S. Circuit Judge Timothy B. Dyk**
**Jury Demanded**

### TELLABS, INC.'S, TELLABS OPERATIONS, INC.'S, AND TELLABS NORTH AMERICA, INC.'S OBJECTIONS TO CHEETAH OMNI LLC'S DEPOSITION COUNTER-DESIGNATIONS

Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc. reserve the right

to supplement these objections and counter-designations as may be appropriate.


Objections Key:
A = Argumentative     P = Prejudice/Cumulative
F = Foundation        R = Relevance
H = Hearsay           S = Speculation
*Conditional          V = Vague
106 = Incomplete      LC = Calls for legal conclusion

| Larry Fabiny June 12, 2012 | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Objections to Cheetah's Counter-Designations | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 8:3 | 8:9 | | | | | |
| 62:12 | 62:24 | | | | | |
| 83:11 | 83:12 | | | | | |
| 83:16 | 84:2 | | | | | |
| 84:11 | 85:1 | | | | | |
| 85:4 | 85:6 | R,P | 85:6 | 85:8 | | |
| 85:9 | 85:25 | R,P | 86:7 | 86:25 | | |
| 87:4 | 87:5 | | | | | |
| 87:15 | 88:11 | R,P | 88:12 89:1 | 88:25 89:5 | | |
| 89:22 | 90:11 | | | | | |
| 90:16 | 90:18 | | | | | |

| James Harlan March 20, 2013 | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Objections to Cheetah's Counter-Designations | Ruling [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | |
| 9:2 | 9:9 | | | | | |
| 9:22 | 9:24 | | | | | |
| 10:9 | 10:13 | | 11:17 | 11:19 | | |
| 21:19 | 22:8 | | 22:14 | 23:4 | | |
| 23:5 | 23:10 | | | | | |
| 23:14 | 23:16 | | | | | |
| 25:5 | 25:11 | | | | | |
| 29:9 | 29:25 | | | | | |
| 30:25 | 31:2 | | 31:3 | 31:10 | F, H, S | |
| 31:11 | 31:22 | | | | | |
| 36:16 | 36:18 | | | | | |
| 37:4 | 37:6 | | | | | |
| 37:24 | 38:2 | | | | | |
| 40:22 | 41:1 | | | | | |
| 41:3 | 41:12 | | | | | |
| 41:18 | 41:24 | F,H | | | | |
| 42:6 | 42:8 | | 42:9 | 42:16 | F, H, S | |
| 42:17 | 42:20 | | | | | |
| 43:10 | 44:11 | F,H | | | | |
| 44:23 | 47:4 | F,H | | | | |
| 47:23 | 48:3 | | | | | |
| 48:18 | 48:22 | F,H | | | | |
| 49:6 | 49:10 | F,H | | | | |
| 49:16 | 49:17 | F,H | | | | |
| 49:22 | 50:14 | F,H | | | | |
| 50:16 | 51:1 | F,H | | | | |
| 51:7 | 51:10 | | | | | |
| 51:16 | 51:25 | F,H | | | | |
| 52:9 | 52:11 | | | | | |
| 52:14 | 53:18 | F | | | | |
| 53:23 | 54:5 | F,H | | | | |
| 54:11 | 54:17 | | | | | |
| 54:19 | 54:19 | | | | | |
| 58:13 | 58:21 | F,H | | | | |
| 58:23 | 58:23 | | | | | |
| 59:6 | 59:7 | | | | | |

| James Harlan March 20, 2013 | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Objections to Cheetah's Counter-Designations | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 59:9 | 59:18 | | | | | |
| 59:21 | 59:21 | | | | | |
| 61:4 | 61:6 | | 61:7 | 61:10 | F, H, R, S, LC | |
| 61:16 | 62:2 | | | | | |
| 64:23 | 65:7 | R,F,H | | | | |
| 65:14 | 65:20 | R,F,H | | | | |
| 65:22 | 66:9 | R,F,H | | | | |
| 67:14 | 68:1 | | | | | |
| 68:15 | 68:18 | F | | | | |
| 68:21 | 68:24 | F | | | | |
| 70:10 | 70:15 | R,F | | | | |
| 70:19 | 71:7 | R,F | | | | |
| 71:10 | 71:11 | R,F | | | | |
| 75:15 | 76:1 | | | | | |
| 76:14 | 76:20 | R,F | | | | |

| Erich Ippen September 26, 2013[1] | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Objections to Cheetah's Counter-Designations | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 7:24 | 8:2 | | | | | |
| 22:12 | 23:2 | | | | | |
| 25:1 | 25:6 | | 25:14 | 25:17 | R | |
| | | | 25:19 | 26:2 | R | |
| 26:3 | 26:7 | | | | | |
| 26:9 | 26:11 | | | | | |
| 26:16 | 26:24 | | | | | |
| 27:1 | 27:6 | | | | | |
| 27:8 | 27:8 | | 27:17 | 28:3 | | |
| 28:15 | 28:20 | | | | | |
| 28:22 | 28:23 | | 28:24 29:2 | 28:25 29:4 | | |
| 30:14 | 30:19 | | | | | |
| 31:6 | 31:15 | | | | | |
| 34:20 | 34:24 | | | | | |
| 35:6 | 35:9 | | | | | |
| 35:11 | 35:12 | | | | | |
| 36:1 | 36:4 | | | | | |
| 36:6 | 36:7 | | | | | |
| 36:15 | 36:19 | | | | | |
| 36:21 | 36:22 | | | | | |
| 37:1 | 37:2 | | | | | |
| 37:4 | 37:4 | | | | | |
| 38:4 | 38:5 | | | | | |
| 38:7 | 38:7 | | | | | |
| 42:3 | 42:17 | | | | | |
| 42:23 | 43:2 | | | | | |
| 44:20 | 45:21 | | | | | |
| 45:25 | 46:7 | | | | | |
| 46:19 | 46:22 | | 46:23 | 47:11 | | |

---

[1]     Erich Ippen has been designated as Cheetah's Validity Expert.  Tellabs intends to call Dr. Ippen as a witness at trial; however, in the event Dr. Ippen does not appear at trial, Tellabs will use the following excerpts from Dr. Ippen's 09/26/2013 deposition transcript.

| Erich Ippen September 26, 2013[1] | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Objections to Cheetah's Counter-Designations | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| | | | 47:25 | 48:24 | V | |
| 52:13 | 53:5 | | | | | |
| 61:3 | 61:20 | P,F | | | | |
| 73:8 | 73:21 | | | | | |
| 74:8 | 74:17 | | | | | |
| 74:19 | 74:24 | | 75:2 | 75:5 | | |
| | | | 75:24 | 76:2 | P (*see* 78:2-6) | |
| | | | 78:2 | 78:6 | | |
| 80:6 | 80:8 | | | | | |
| 80:12 | 81:4 | | | | | |
| 81:18 | 81:24 | | | | | |
| 82:13 | 82:16 | | | | | |
| 82:18 | 83:2 | | | | | |
| 87:2 | 87:17 | | 87:18 | 88:2 | | |
| 89:2 | 89:6 | P | | | | |
| 89:8 | 89:8 | P | | | | |
| 90:16 | 91:3 | | | | | |
| 94:25 | 95:1 | R,P,F | | | | |
| 95:3 | 95:16 | R,P,F | | | | |
| 95:24 | 96:1 | P | | | | |
| 96:6 | 96:9 | | | | | |
| 97:13 | 97:21 | | | | | |
| 98:24 | 99:3 | | 106:9 | 106:15 | | |
| 106:16 | 106:20 | P | | | | |
| 109:24 | 110:3 | P | 110:4 | 110:8 | | |
| 110:17 | 111:9 | R | 114:5 | 114:16 | | |
| 114:17 | 114:19 | | | | | |
| 114:21 | 115:7 | | 115:8 | 115:12 | | |

| Jack Kelly (Vol. I) March 28, 2012[2] | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Objections to Cheetah's Counter-Designations | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | Start Page/Line | | Start Page/Line | Start Page/Line | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 7:25 | 8:1 | | | | | |
| 8:5 | 8:6 | | | | | |
| 9:16 | 9:18 | | | | | |
| 9:22 | 10:8 | | 11:3 13:5 13:10 | 11:23 13:8 13:13 | | |
| 14:17 | 14:19 | | | | | |
| 14:23 | 14:23 | | | | | |
| 15:2 | 15:2 | | 15:10 | 16:2 | | |
| 16:3 | 16:6 | | | | | |
| 17:12 | 18:3 | | | | | |
| 18:5 | 18:8 | | | | | |
| 18:11 | 18:14 | | | | | |
| 24:22 | 24:22 | | | | | |
| 25:5 | 25:6 | | | | | |
| 25:8 | 25:11 | | | | | |
| 25:13 | 25:14 | | | | | |
| 25:16 | 25:16 | | | | | |
| 25:19 | 25:20 | | 25:22 26:8 26:16 26:18 | 25:23 26:9 26:16 26:21 | P, R 106 (counter-counter-designations 6:12 and 26:14) | |
| 27:15 | 27:19 | | | | | |
| 29:5 | 29:6 | | | | | |
| 29:13 | 29:15 | | | | | |
| 42:4 | 42:17 | | | | | |
| 42:24 | 43:9 | | 43:10 | 43:16 | | |

---

[2]    Jack Kelly, Ph.D. is Vice President and Chief Technology Officer at CoAdna.  Tellabs intends to call Dr. Kelly as a witness at trial; however, in the event Dr. Kelly does not appear at trial, Tellabs will use the following excerpts from Dr. Kelly's 03/28/2012 deposition transcript.

| Jack Kelly (Vol. I) March 28, 2012[2] | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Objections to Cheetah's Counter-Designations | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | Start Page/Line | | Start Page/Line | Start Page/Line | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 46:18 | 46:23 | | | | | |
| 51:1 | 51:2 | | | | | |
| 52:19 | 52:19 | | | | | |
| 52:21 | 53:2 | | | | | |
| 53:5 | 53:5 | | | | | |
| 53:7 | 53:9 | | | | | |
| 53:11 | 53:11 | | | | | |
| 53:13 | 53:16 | | | | | |
| 54:7 | 54:8 | | | | | |
| 54:10 | 54:11 | | | | | |
| 55:9 | 55:15 | | | | | |
| 55:18 | 55:19 | | | | | |
| 56:2 | 56:6 | | | | | |
| 56:9 | 56:10 | | | | | |
| 56:12 | 56:16 | | | | | |
| 56:18 | 56:19 | | | | | |
| 56:21 | 56:22 | | | | | |
| 57:16 | 57:19 | | | | | |
| 57:22 | 57:23 | | | | | |
| 58:9 | 58:12 | | | | | |
| 58:15 | 58:15 | | 58:17 | 59:5 | | |
| | | | 59:6 | 59:7 | P, R, V | |
| | | | 59:25 | 60:5 | P, R, V | |

| Jack Kelly (Vol. II) July 19, 2013[3] | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Objections to Cheetah's Counter-Designations | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 108:18 | 109:10 | | 107:22 | 108:17 | | |
| 112:15 | 112:17 | | | | | |
| 112:19 | 113:12 | | | | | |
| 121:22 | 122:1 | | | | | |
| 122:7 | 122:14 | | 122:14 | 123:6 | | |
| 123:7 | 123:13 | | | | | |
| 124:3 | 124:9 | | 125:6 | 125:8 | | |
| 125:22 | 126:16 | | 126:17 | 126:20 | | |
| 126:21 | 127:3 | | 127:4 | 127:7 | | |
| 127:8 | 127:13 | | 128:7 | 128:13 | | |
| | | | 128:14 | 128:20 | P, R, V | |
| 128:20 | 129:4 | | 129:5 | 129:9 | | |
| 130:13 | 131:1 | | 131:2 | 131:4 | | |
| 131:11 | 131:19 | | 131:20 | 131:23 | | |
| 131:24 | 132:6 | | 132:7 | 132:10 | | |
| 132:11 | 132:17 | | 132:18 | 132:22 | | |
| 132:23 | 133:6 | | 133:7 | 133:11 | | |
| | | | 134:6 | 134:9 | R | |
| | | | 136:3 | 136:12 | | |
| | | | 137:8 | 137:14 | | |
| | | | 138:3 | 138:4 | | |
| | | | 139:10 | 139:13 | | |
| | | | 144:5 | 144:17 | | |
| | | | 146:23 | 147:21 | | |
| | | | 147:23 | 149:14 | | |
| 149:15 | 149:24 | | 150:7 | 150:17 | | |
| | | | 150:20 | 150:24 | | |

[3]   Jack Kelly is Vice President and Chief Technology Office at CoAdna.  Tellabs intends to call Dr. Kelly as a witness at trial; however, in the event Dr. Kelly does not appear at trial, Tellabs will use the following excerpts from Dr. Kelly's 07/19/2013 deposition transcript.

| Thomas Strasser October 30, 2013 | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Objections to Cheetah's Counter-Designations | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained [ ] Overruled [ ] Obj. w/d [ ] Desig. w/d [ ] Amended |
| 7:7 | 7:10 | | | | | |
| 8:18 | 8:25 | | | | | |
| 9:21 | 9:25 | | | | | |
| 12:25 | 13:6 | | | | | |
| 13:16 | 13:19 | | | | | |
| 13:22 | 13:23 | | | | | |
| 14:4 | 14:7 | R,F,H,V | | | | |
| 14:18 | 15:4 | | 15:16 | 15:23 | | |
| 16:12 | 16:18 | F,R | | | | |
| 19:7 | 19:11 | H,R | | | | |
| 19:13 | 19:18 | | 19:19 | 19:24 | | |
| 22:1 | 22:6 | H,R,F | 23:10 23:14 23:16 23:24 | 23:11 23:15 23:23 23:25 | | |
| 24:9 | 24:11 | F,H,R,P | 24:4 24:13 | 24:8 24:14 | | |
| 24:14 | 24:16 | | | | | |
| 25:3 | 25:10 | V,F,H,R | | | | |
| 25:13 | 25:17 | | | | | |
| 27:11 | 27:14 | V,F,H,R | | | | |
| 27:16 | 27:22 | V,F,H,R | | | | |
| 27:24 | 28:2 | | 30:8 30:14 | 30:11 30:17 | F, H F, H | |
| 31:10 | 31:12 | F,H,R,P | | | | |
| 31:14 | 31:15 | F,H,R,P | | | | |
| 31:16 | 31:20 | | | | | |
| 31:22 | 31:23 | | | | | |
| 35:7 | 35:11 | H,R | | | | |
| 39:25 | 40:9 | | | | | |
| 41:11 | 41:23 | | 41:23 | 41:25 | R | |
| 42:18 | 42:22 | | 42:22 | 42:24 | R | |
| 43:10 | 43:15 | | 43:18 | 43:23 | | |
| 43:24 | 44:5 | | | | | |

| Thomas Strasser October 30, 2013 | | Cheetah's Objections to Designation | Cheetah's Counter-Designations | | Tellabs' Objections to Cheetah's Counter-Designations | Ruling |
|---|---|---|---|---|---|---|
| Start Page/Line | End Page/Line | | Start Page/Line | End Page/Line | | [ ] Sustained<br>[ ] Overruled<br>[ ] Obj. w/d<br>[ ] Desig. w/d<br>[ ] Amended |
| 44:10 | 44:18 | | 44:24 | 44:25 | | |
| | | | 45:1 | 45:6 | | |
| | | | 45:14 | 45:15 | R, P | |
| | | | 45:17 | 45:18 | R, P | |
| | | | 46:17 | 46:18 | R, P | |
| | | | 46:22 | 46:25 | R, P | |
| | | | 47:1 | 47:1 | R, P | |
| | | | 47:4 | 47:7 | R, P | |
| | | | 47:12 | 47:14 | R, P | |
| | | | 47:16 | 47:18 | R, P | |
| | | | 48:11 | 48:12 | R, P | |
| | | | 48:15 | 48:17 | R, P | |
| | | | 48:23 | 48:25 | R, P | |
| | | | 49:1 | 49:8 | R, P | |
| | | | 66:12 | 66:22 | | |
| | | | 67:6 | 66:25 | F, H, R, P | |
| | | | 68:3 | 68:5 | F, H, R, P | |
| | | | 68:13 | 68:25 | F, H, R, P | |
| | | | 69:1 | 69:4 | F, H, R, P | |
| | | | 69:7 | 69:14 | F, H, R, P | |
| | | | 71:6 | 71:15 | F, H, R, P | |
| | | | 71:18 | 71:25 | F, H, R, P | |
| | | | 72:1 | 72:1 | F, H, R, P | |
| | | | 73:15 | 73:20 | | |
| 74:12 | 74:17 | | 74:23 | 74:25 | | |
| 74:20 | 74:23 | | | | | |

Respectfully submitted,

Dated:  January 31, 2014                    /s/  *Mark A. Dodd*

James P. Bradley
Texas Bar No. 02826000
Email: jbradley@sidley.com
Mark Dodd
Texas Bar No. 24040815
Email: mdodd@sidley.com
Kelley Conaty
Texas Bar No. 24040716
kconaty@sidley.com
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Tel: (214) 981-3306
Fax: (214) 981-3400

Richard F. O'Malley
(Lead Attorney)
Lisa A. Schneider
Robert D. Leighton
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL  60603
Tel: 312-853-7000
Fax: 312-853-7036

*Attorneys For Defendants Tellabs, Inc.,*
*Tellabs Operations Inc., and Tellabs North*
*America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 31, 2014.

/s/ *Mark A. Dodd*