UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>Alcatel-Lucent USA Inc., et al.,<br><br>    *Defendants*. | Case No. 6:11-cv-390 |

**ORDER**

Before the court is defendants Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc.'s (collectively "Tellabs") unopposed motion to extend the deadline to file a motion for attorney's fees, ECF No. 432. Tellabs asks that the deadline be extended until thirty days after the Supreme Court issues its decisions in *Octane Fitness, LLC v. Icon Health & Fitness, Inc.*, No. 12-1184, and *Highmark Inc. v. Allcare Health Management Systems, Inc.*, No. 12-1163, two pending cases that concern the awarding of attorney's fees in patent cases. Tellabs' motion is hereby **GRANTED**. The deadline to file a motion for attorney's fees in this case is extended to the date thirty days after the Supreme Court issues its decision in *Octane* or *Highmark*, whichever comes later. Signed and ordered February 6, 2014.

_____
Hon. Timothy B. Dyk
United States Circuit Judge[*]

---

[*]    Of the United States Court of Appeals for the Federal Circuit, sitting by designation.