UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Cheetah Omni LLC,

 *Plaintiff*,

v.

Alcatel-Lucent USA Inc., et al.,

 *Defendants*.

Case No. 6:11-cv-390

**FINAL JUDGMENT AS TO TELLABS DEFENDANTS**

For the reasons stated in the Court's separate Opinion and Order (ECF No. 431) granting summary judgment of non-infringement to defendants Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc. (collectively "Tellabs"), plaintiff Cheetah Omni LLC's claims against Tellabs are hereby **DISMISSED WITH PREJUDICE**. As further stated in the Opinion and Order on summary judgment, the court finds there is no just reason for delay, and this judgment shall be a final judgment as to Cheetah's claims against Tellabs. *See* Fed. R. Civ. P. 54(b). Tellabs' counterclaims are **DISMISSED AS MOOT**. Signed and ordered February 7, 2014.

_____
Hon. Timothy B. Dyk
United States Circuit Judge[*]

---

[*]   Of the United States Court of Appeals for the Federal Circuit, sitting by designation.

1