UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC,<br><br> *Plaintiff*,<br><br>v.<br><br>Alcatel-Lucent USA Inc., et al.,<br><br> *Defendants*. | Case No. 6:11-cv-390 |

**AMENDED FINAL JUDGMENT AS TO TELLABS DEFENDANTS**

For the reasons stated in the Court's separate Opinion and Order (ECF No. 431) granting summary judgment of non-infringement to defendants Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc. (collectively "Tellabs"), plaintiff Cheetah Omni LLC's claims against Tellabs under U.S. Patent Nos. 6,856,459 and 6,940,647 are hereby **DISMISSED WITH PREJUDICE**. As further stated in the Opinion and Order on summary judgment, the court finds there is no just reason for delay, and this judgment shall be a final judgment as to Cheetah's claims against Tellabs under those patents. *See* Fed. R. Civ. P. 54(b). Tellabs' counterclaims are **DISMISSED AS MOOT**. Signed and ordered February 21, 2014.

_____

Hon. Timothy B. Dyk
United States Circuit Judge[*]

---

[*] Of the United States Court of Appeals for the Federal Circuit, sitting by designation.

1