## CERTIFICATE OF CONFERENCE

   I hereby certify that the parties met and conferred with respect to this bill of costs as required by Local Rule CV-54. Tellabs submitted the proposed bill of costs to opposing counsel for counsel's review in light of the applicable law and Tellabs met and conferred with opposing counsel via teleconference on February 18, 2014.  Counsel for Tellabs during the teleconference were Richard F. O'Malley and Robert D. Leighton.  Cheetah was represented by Thomas Lewry and Johnny Ward.  On February 19-21, 2014, the parties exchanged numerous e-mails on this subject which resulted in compromises on a number of positions.  However, the parties were unable to reach agreement on Tellabs' fees for exemplification of documents in electronic format and fees for professional audio-visual presentations.  Because the parties were unable to reach agreement as to all matters, Tellabs files the foregoing as a partially contested bill of costs.

                /s/  Richard F. O'Malley