

RE: EDTX 3-6-14 Cheetah Omni 6-11cv390

appeal
to:
Debbie
03/06/2014 01:03 PM
Hide Details
From: appeal

To: Debbie

This is an automated message acknowledging receipt of your email.
No response to this acknowledgement is required.

Sincerely,

Office of the Clerk
United States Court of Appeals for the Federal Circuit
Washington, DC