UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cheetah Omni LLC, | |
| *Plaintiff*, | |
| v. | Case No. 6:11-cv-390 |
| Alcatel-Lucent USA Inc., et al., | |
| *Defendants*. | |

**ORDER CONTINUING STAY OF FUJITSU DEADLINES**

Before the court is Cheetah Omni LLC's unopposed Motion to Continue the Stay of Deadlines as to Fujitsu Network Communications, Inc., April 2, 2014, ECF No. 452. The motion is **GRANTED**. All deadlines with respect to Cheetah's claims against Fujitsu are stayed for an additional forty-nine (49) days, up to and including May 22, 2014. If a stipulation of dismissal has not been filed by that time, the parties shall inform the court of the status of their settlement. Signed and ordered April 3, 2014.

_____

Hon. Timothy B. Dyk
United States Circuit Judge[*]

---

[*] Of the United States Court of Appeals for the Federal Circuit, sitting by designation.

1