# Exhibit 2

to

Tellabs, Inc.'s, Tellabs Operations, Inc.'s, and
Tellabs North America, Inc.'s Supplemental Brief Regarding the Impact
of the Settlement between Cheetah Omni LLC and Finisar Corp. in the
Eastern District of Michigan (Case No. 2:11-cv-15625)

PAT/CPY/TMK

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:11-cv-15625-PDB-MKM

Finisar Corporation v. Cheetah Omni, LLC
Assigned to: District Judge Paul D. Borman
Referred to: Magistrate Judge Mona K. Majzoub
Cause: 28:2201 Declaratory Judgement

Date Filed: 12/23/2011
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Special Master**

**Richard D. Grauer**     represented by **Richard D. Grauer**
12928 Vernon Ave.
Huntington Woods, MI 48070
248-439-1202
Fax: (248) 548-0497
Email: rick@graueradr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Finisar Corporation**     represented by **David C. Radulescu**
Radulescu LLP
136 Madison Avenue
6th Floor
New York, NY 10016
646-502-5950
Fax: 212-849-7100
Email: david@radulescullp.com
*ATTORNEY TO BE NOTICED*

**Jon R. Steiger**
Quinn, Emanuel,
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Email: jonsteiger@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Michael C. Simoni**
Miller, Canfield
150 West Jefferson
Suite 2500
Detroit, MI 48226
313-963-6420
Fax: 313-496-7500
Email: simoni@millercanfield.com

*ATTORNEY TO BE NOTICED*

**Tigran Vardanian**
Radulescu LLP
136 Madison Avenue
6th Floor
New York, NY 10016
646-502-5950
Email: tigran@radulescullp.com
*ATTORNEY TO BE NOTICED*

**A. Michael Palizzi**
Miller, Canfield,
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226-4415
313-496-7645
Email: palizzi@millercanfield.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cheetah Omni, LLC**　　　　　　represented by　**Christopher C. Smith**
Brooks Kushman, P. C.
1000 Town Center
Twenty-Second Floor
Southfield, MI 48075
248-358-4400
Fax: 248-358-3351
Email: csmith@brookskushman.com
*ATTORNEY TO BE NOTICED*

**John M. Halan**
Brooks Kushman
1000 Town Center
22nd Floor
Southfield, MI 48075
248-358-4400
Email: jhalan@brookskushman.com
*ATTORNEY TO BE NOTICED*

**John S. LeRoy**
Brooks Kushman
1000 Town Center
22nd Floor
Southfield, MI 48075
248-358-4400
Email: jleroy@brookskushman.com
*ATTORNEY TO BE NOTICED*

        **Robert C.J. Tuttle**
Brooks Kushman
1000 Town Center
22nd Floor
Southfield, MI 48075
248-358-4400
Email: rtuttle@brookskushman.com
*ATTORNEY TO BE NOTICED*

**Thomas A. Lewry**
Brooks Kushman
1000 Town Center
22nd Floor
Southfield, MI 48075
248-358-4400
Email: tlewry@brookskushman.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cheetah Omni, LLC**  represented by  **Christopher C. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John M. Halan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John S. LeRoy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert C.J. Tuttle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas A. Lewry**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Finisar Corporation**  represented by  **David C. Radulescu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon R. Steiger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Simoni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tigran Vardanian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**A. Michael Palizzi**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/23/2011 | 1 | COMPLAINT *FOR DECLARATORY JUDGMENT* filed by Finisar Corporation against Cheetah Omni, LLC with Jury Demand. Plaintiff requests summons issued. Receipt No: 0645-3311740 - Fee: $ 350. County of 1st Plaintiff: Santa Clara County - County Where Action Arose: Washtenaw - County of 1st Defendant: Washtenaw County. [Previously dismissed case: No] [Possible companion case(s): None] (Attachments: # 1 Index of Exhibits, # 2 Exhibit A--Patent No. 6,888,661, # 3 Exhibit B--Patent No. 6,847,479, # 4 Exhibit C--Patent No. 6,445,502, # 5 Exhibit D--Patent No. 6,721,473) (Palizzi, A.) (Entered: 12/23/2011) |
| 12/23/2011 | 2 | SUMMONS Issued for *Cheetah Omni, LLC* (KKra) (Entered: 12/23/2011) |
| 12/23/2011 | 3 | Patent Report Sent To Washington (Palizzi, A.) (Entered: 12/23/2011) |
| 12/23/2011 | 4 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Finisar Corporation (Palizzi, A.) (Entered: 12/23/2011) |
| 12/23/2011 | 5 | NOTICE by Finisar Corporation *of Screening Letter to Judge Borman* (Palizzi, A.) (Entered: 12/23/2011) |
| 01/09/2012 | 6 | NOTICE of Appearance by Christopher C. Smith on behalf of Cheetah Omni, LLC. (Smith, Christopher) (Entered: 01/09/2012) |
| 01/09/2012 | 7 | NOTICE of Appearance by John S. LeRoy on behalf of Cheetah Omni, LLC. (LeRoy, John) (Entered: 01/09/2012) |
| 01/09/2012 | 8 | NOTICE of Appearance by Thomas A. Lewry on behalf of Cheetah Omni, LLC. (Lewry, Thomas) (Entered: 01/09/2012) |
| 01/10/2012 | 9 | NOTICE of Appearance by Jon R. Steiger on behalf of Finisar Corporation. (Steiger, Jon) (Entered: 01/10/2012) |
| 01/10/2012 | 10 | NOTICE of Appearance by Jon R. Steiger on behalf of Finisar Corporation. (DWor) (Entered: 01/11/2012) |
| 01/12/2012 | 11 | NOTICE by Finisar Corporation re 5 Notice (Other) *Letter to Judge Borman re employment of Michael Sadowitz* (Palizzi, A.) (Entered: 01/12/2012) |

| 01/12/2012 | 12 | STIPULATION AND ORDER to waive service of the complaint and extend time to answer re 1 Complaint,( **Responses due by 2/27/2012**) Signed by District Judge Paul D. Borman. (DGoo) (Entered: 01/12/2012) |
|---|---|---|
| 01/26/2012 | 13 | NOTICE by Cheetah Omni, LLC *(letter to Judge Borman in response to Dkt. Nos. 5 and11 re employment of M. Sadowitz* (Lewry, Thomas) (Entered: 01/26/2012) |
| 02/24/2012 | 14 | MOTION for Order *(Injunction of Cheetah Omni's Co-Pending Claims Against Finisar's Customers)*, MOTION for Leave to File *to File a Summary Judgment Motion* by Finisar Corporation. (Simoni, Michael) (Entered: 02/24/2012) |
| 02/24/2012 | 15 | DECLARATION by Eric A. Swanson re 14 MOTION for Order *(Injunction of Cheetah Omni's Co-Pending Claims Against Finisar's Customers)* MOTION for Leave to File *to File a Summary Judgment Motion* filed by Finisar Corporation (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Swanson Curriculum Vitae, # 3 Exhibit B - Patent No. 6,888,661, # 4 Exhibit C - Patent No. 6,847,479, # 5 Exhibit D - Patent No. 6,445,502, # 6 Exhibit E - Patent No. 6,721,473, # 7 Exhibit F - Wavelength Selective Switches for ROADM Applications Manual, # 8 Exhibit G - WaveShaper Manual, # 9 Exhibit H - Definition of "grating" from thefreedictionary.com, # 10 Exhibit I - Introduction to DWDM Technology) (Simoni, Michael) (Entered: 02/24/2012) |
| 02/27/2012 | 16 | ANSWER to Complaint with Affirmative Defenses with Jury Demand by Cheetah Omni, LLC. (Lewry, Thomas) (Entered: 02/27/2012) |
| 02/28/2012 | 17 | NOTICE of hearing on 14 MOTION for Order *(Injunction of Cheetah Omni's Co-Pending Claims Against Finisar's Customers)* MOTION for Leave to File *to File a Summary Judgment Motion*. **Responses due by 3/26/2012 Replies due by 4/16/2012 Motion Hearing set for 6/13/2012 02:00 PM before District Judge Paul D. Borman** (DGoo) (Entered: 02/28/2012) |
| 03/01/2012 | 18 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Cheetah Omni, LLC (Lewry, Thomas) (Entered: 03/01/2012) |
| 03/23/2012 | 19 | MOTION for Judgment *on the Pleadings* by Finisar Corporation. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A--Infringement Charts, # 3 Exhibit B--Subpoena to Finisar Corp) (Palizzi, A.) (Entered: 03/23/2012) |
| 03/26/2012 | 20 | NOTICE of hearing on 19 MOTION for Judgment *on the Pleadings*. **Responses due by 4/23/2012 Replies due by 5/14/2012 Motion Hearing set for 6/13/2012 02:00 PM before District Judge Paul D. Borman** (DGoo) (Entered: 03/26/2012) |
| 03/26/2012 | 21 | MOTION to Dismiss *and Brief in Support to Dismiss Counts IX-XIV of Finisar's Complaint* by Cheetah Omni, LLC. (Lewry, Thomas) (Entered: 03/26/2012) |
| 03/26/2012 | 22 | RESPONSE to 14 MOTION for Order *(Injunction of Cheetah Omni's Co-Pending Claims Against Finisar's Customers)* MOTION for Leave to File *to* |

| | | |
|---|---|---|
| | | *File a Summary Judgment Motion* filed by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - ALU Claim Charts for the '479 and '661 Patents, # 3 Exhibit 2 - 1/4/12 Docket Control Order (Dkt. #107), # 4 Exhibit 3 - Finisar Subpoena, # 5 Exhibit 4 - Finisar's Objections to Cheetah's Subpoena Duces Tecum, # 6 Exhibit 5 - Fininsar White Paper - Programmable, # 7 Exhibit 6 - 3/15/11 AM Trial Transcript) (Lewry, Thomas) (Entered: 03/26/2012) |
| 03/26/2012 | 23 | MOTION for Order *(1) Declining Declaratory Judgment Jurisdiction Or, in the Alternative, (2) Staying This Action or Transferring it to the Eastern District of Texas* by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A-U.S. Patent No. 6,847,479, # 3 Exhibit B-Amended Complaint from Cheetah Omni LLC v. Alcatel Lucent USA, Inc. et al.) (Lewry, Thomas) (Entered: 03/26/2012) |
| 03/28/2012 | 24 | NOTICE of hearing on 23 MOTION for Order *(1) Declining Declaratory Judgment Jurisdiction Or, in the Alternative, (2) Staying This Action or Transferring it to the Eastern District of Texas*, 21 MOTION to Dismiss *and Brief in Support to Dismiss Counts IX-XIV of Finisar's Complaint*. **Responses due by 4/26/2012 Replies due by 5/17/2012 Motion Hearing set for 6/13/2012 02:00 PM before District Judge Paul D. Borman** (DGoo) (Entered: 03/28/2012) |
| 04/16/2012 | 25 | NOTICE TO APPEAR: **Scheduling Conference set for 5/9/2012 04:00 PM before District Judge Paul D. Borman** (DGoo) (Entered: 04/16/2012) |
| 04/16/2012 | 26 | REPLY to Response re 14 MOTION for Order *(Injunction of Cheetah Omni's Co-Pending Claims Against Finisar's Customers)* MOTION for Leave to File *to File a Summary Judgment Motion* filed by Finisar Corporation. (Attachments: # 1 Index of Exhibits, # 2 Exhibit B - Finisar Wavelength Selective Switches for ROADM Applications, # 3 Exhibit C - January 10, 2012 Email) (Simoni, Michael) (Entered: 04/16/2012) |
| 04/16/2012 | 27 | EXHIBIT *A, Part 1* re 26 Reply to Response to Motion, by Finisar Corporation (Attachments: # 1 Exhibit A1 - Alcatel-Lucent Infringement Chart) (Simoni, Michael) (Entered: 04/16/2012) |
| 04/16/2012 | 28 | EXHIBIT *A, Part 2* re 26 Reply to Response to Motion, by Finisar Corporation (Attachments: # 1 Exhibit A2 - Alcatel-Lucent Infringement Charts) (Simoni, Michael) (Entered: 04/16/2012) |
| 04/23/2012 | 29 | RESPONSE to 19 MOTION for Judgment *on the Pleadings* filed by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1-ALU charts, # 3 Exhibit 2-Fujitsu charts, # 4 Exhibit 3-Futurewei charts, # 5 Exhibit 4-Nokia charts) (Lewry, Thomas) (Entered: 04/23/2012) |
| 04/26/2012 | 30 | RESPONSE to 21 MOTION to Dismiss *and Brief in Support to Dismiss Counts IX-XIV of Finisar's Complaint*, 23 MOTION for Order *(1) Declining Declaratory Judgment Jurisdiction Or, in the Alternative, (2) Staying This Action or Transferring it to the Eastern District of Texas* MOTION for Order *(1) Declining Declaratory Judgment Jurisdiction Or, in the Alternative, (2) Staying This Action or Transferring it to the Eastern District of Texas* filed by Finisar Corporation. (Attachments: # 1 Index of Exhibits, # 2 Exhibit, # 3 |

|  |  | Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit) (Radulescu, David) (Entered: 04/26/2012) |
|---|---|---|
| 05/04/2012 | 31 | DISCOVERY plan jointly filed pursuant to Federal Rules of Civil Procedure 26(f) (Palizzi, A.) (Entered: 05/04/2012) |
| 05/07/2012 |  | TEXT-ONLY NOTICE: Hearing on 5/9/12 is Cancelled re 25 Notice to Appear (DGoo) (Entered: 05/07/2012) |
| 05/09/2012 | 32 | [STRICKEN] NOTICE by Cheetah Omni, LLC *of Cheetah Omni's Disclosures Pursuant to Rule 26(a)(1)* (LeRoy, John) Modified on 5/10/2012 (KKra). (Entered: 05/09/2012) |
| 05/10/2012 |  | NOTICE of Error directed to: John S. LeRoy re 32 Notice (Other). Document is prohibited discovery, disclosure or a certificate of service thereof. Document was stricken. [No Image Associated with this docket entry] (KKra) (Entered: 05/10/2012) |
| 05/14/2012 | 33 | REPLY to Response re 19 MOTION for Judgment *on the Pleadings* filed by Finisar Corporation. (Radulescu, David) (Entered: 05/14/2012) |
| 05/15/2012 | 34 | NOTICE of Appearance by David C. Radulescu on behalf of Finisar Corporation. (Radulescu, David) (Entered: 05/15/2012) |
| 05/16/2012 |  | Set/Reset Deadlines as to 14 MOTION for Order *(Injunction of Cheetah Omni's Co-Pending Claims Against Finisar's Customers)* MOTION for Leave to File *to File a Summary Judgment Motion*, 23 MOTION for Order *(1) Declining Declaratory Judgment Jurisdiction Or, in the Alternative, (2) Staying This Action or Transferring it to the Eastern District of Texas* MOTION for Order *(1) Declining Declaratory Judgment Jurisdiction Or, in the Alternative, (2) Staying This Action or Transferring it to the Eastern District of Texas*, 21 MOTION to Dismiss *and Brief in Support to Dismiss Counts IX-XIV of Finisar's Complaint*, 19 MOTION for Judgment *on the Pleadings*. **Motion Hearing RESCHEDULED for 10/4/2012 02:00 PM before District Judge Paul D. Borman** (DGoo) (Entered: 05/16/2012) |
| 05/18/2012 | 35 | SCHEDULING ORDER: **Cut-off for Fact Discovery Regarding Finisar's non-infringement arguments for the proposed summary judgment motion due by 6/13/2012** Signed by District Judge Paul D. Borman. (Refer to image for additional dates) (DGoo) (Entered: 05/18/2012) |
| 05/18/2012 | 36 | STIPULATION AND ORDER for extension of time for filing of reply briefs by defendant, Set Motion and R&R Deadlines/Hearings as to 23 MOTION for Order *(1) Declining Declaratory Judgment Jurisdiction Or, in the Alternative, (2) Staying This Action or Transferring it to the Eastern District of Texas* MOTION for Order *(1) Declining Declaratory Judgment Jurisdiction Or, in the Alternative, (2) Staying This Action or Transferring it to the Eastern District of Texas*, 21 MOTION to Dismiss *and Brief in Support to Dismiss Counts IX-XIV of Finisar's Complaint* :( **Replies due by 5/21/2012**) Signed by District Judge Paul D. Borman. (DGoo) (Entered: 05/18/2012) |
| 05/21/2012 | 37 | REPLY to Response re 21 MOTION to Dismiss *and Brief in Support to* |

| | | |
|---|---|---|
| | | *Dismiss Counts IX-XIV of Finisar's Complaint* filed by Cheetah Omni, LLC. (Lewry, Thomas) (Entered: 05/21/2012) |
| 05/21/2012 | 38 | REPLY to Response re 23 MOTION for Order *(1) Declining Declaratory Judgment Jurisdiction Or, in the Alternative, (2) Staying This Action or Transferring it to the Eastern District of Texas* MOTION for Order *(1) Declining Declaratory Judgment Jurisdiction Or, in the Alternative, (2) Staying This Action or Transferring it to the Eastern District of Texas* filed by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1-Table of Claims in Texas, # 3 Exhibit 2-Docket Control Order (Texas action)) (Lewry, Thomas) (Entered: 05/21/2012) |
| 05/25/2012 | 39 | STIPULATION *for Entry of Protective Order Under Fed. R. Civ.P. 26(c)* by Finisar Corporation (Simoni, Michael) (Entered: 05/25/2012) |
| 05/30/2012 | 40 | PROTECTIVE ORDER governing exchange of information deemed protected by the parties. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 05/30/2012) |
| 06/25/2012 | 41 | NOTICE by Finisar Corporation *Requesting Conference to Discuss Scheduling Order* (Palizzi, A.) (Entered: 06/25/2012) |
| 06/28/2012 | 42 | MOTION to Stay *the Calendar Pending the Court's Ruling on Cheetah's Motions to Dismiss and Other Pending Motions* by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1-Subpoena to Finisar Corp. for documents dated 12/23/11, # 3 Exhibit 2-Subpoena to Finisar Corp. for deposition dated 5/15/12) (Lewry, Thomas) (Entered: 06/28/2012) |
| 06/28/2012 | 43 | SEALED EXHIBIT *3-excerpts from Fabiny Deposition* re 42 MOTION to Stay *the Calendar Pending the Court's Ruling on Cheetah's Motions to Dismiss and Other Pending Motions* by Cheetah Omni, LLC. (Attachments: # 1 Exhibit 3-excerpts from Fibany Deposition) (Lewry, Thomas) (Entered: 06/28/2012) |
| 06/29/2012 | 44 | NOTICE TO APPEAR: **Status Conference set for 7/6/2012 01:00 PM before District Judge Paul D. Borman** (DGoo) (Entered: 06/29/2012) |
| 07/03/2012 | 45 | ORDER Requiring Cheetah Omni, LLC to Disclose the Names of its Members. Signed by District Judge Paul D. Borman. (McGee, R) (Entered: 07/03/2012) |
| 07/03/2012 | 46 | RESPONSE to 45 Order by Cheetah Omni, LLC. (Lewry, Thomas) (Entered: 07/03/2012) |
| 07/05/2012 | 47 | RESPONSE to 42 MOTION to Stay *the Calendar Pending the Court's Ruling on Cheetah's Motions to Dismiss and Other Pending Motions* filed by Finisar Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Radulescu, David) (Entered: 07/05/2012) |
| 07/05/2012 | 48 | ORDER denying 23 Motion for Order declining declaratory judgment jurisdiction and staying this action or transferring. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 07/05/2012) |
| 07/06/2012 | 49 | ORDER denying 21 Motion to Dismiss. Signed by District Judge Paul D. |

| | | |
|---|---|---|
| | | Borman. (DGoo) (Entered: 07/06/2012) |
| 07/06/2012 | | Minute Entry - Status Conference held on 7/6/2012 before District Judge Paul D. Borman. (Court Reporter Christin Russell) (DGoo) (Entered: 07/06/2012) |
| 07/06/2012 | 50 | ORDER denying 42 Motion to Stay. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 07/06/2012) |
| 07/20/2012 | 51 | TRANSCRIPT of Status Conference held on 7/6/12. (Court Reporter/Transcriber: Christin E. Russell) (Number of Pages: 43) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 8/10/2012. Redacted Transcript Deadline set for 8/20/2012. Release of Transcript Restriction set for 10/18/2012. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Russell, C.) (Entered: 07/20/2012) |
| 08/03/2012 | 52 | MOTION *for Leave to Add a Counterclaim* by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A-Counterclaim for Patent Infringement, # 3 Exhibit B-Request of concurrence email of 7-24-12, # 4 Exhibit C-In re Laitram Machinery, Inc.) (Lewry, Thomas) (Entered: 08/03/2012) |
| 08/09/2012 | | TEXT-ONLY NOTICE: Hearing on 10/4/12 is Cancelled re Set Motion and R&R Deadlines/Hearings,,, (DGoo) (Entered: 08/09/2012) |
| 08/10/2012 | 53 | ORDER REFERRING MOTION to Magistrate Judge Mona K. Majzoub: 52 MOTION *for Leave to Add a Counterclaim* filed by Cheetah Omni, LLC. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 08/10/2012) |
| 08/11/2012 | 54 | NOTICE by Finisar Corporation *Regarding Briefing Schedule for Cheetah Omni, LLC's Motion for Leave to Add a Counterclaim (Dkt. # 52) in View of Finisar's Pending Motion for a Judgement on the Pleadings (Dkt. # 19)* (Radulescu, David) (Entered: 08/11/2012) |
| 08/13/2012 | 55 | Notice of Determination of Motion Without Oral Argument re 52 MOTION *for Leave to Add a Counterclaim* (LBar) (Entered: 08/13/2012) |
| 08/20/2012 | 56 | RESPONSE to 52 MOTION *for Leave to Add a Counterclaim* filed by Finisar Corporation. (Attachments: # 1 Exhibit A) (Radulescu, David) (Entered: 08/20/2012) |
| 08/23/2012 | 57 | SEALED Covenant Not to Sue Finisar Corporation by Cheetah Omni, LLC. (Lewry, Thomas) (Entered: 08/23/2012) |
| 08/30/2012 | 58 | NOTICE of Appearance by Robert C.J. Tuttle on behalf of Cheetah Omni, LLC. (Tuttle, Robert) (Entered: 08/30/2012) |
| 08/30/2012 | 59 | NOTICE of Appearance by John M. Halan on behalf of Cheetah Omni, LLC. (Halan, John) (Entered: 08/30/2012) |
| | | |

| | | |
|---|---|---|
| 08/30/2012 | 60 | REPLY to Response re 52 MOTION *for Leave to Add a Counterclaim* filed by Cheetah Omni, LLC. (Attachments: # 1 Exhibit D - Turbin v. Secure Care, 2012 WL 706449) (Lewry, Thomas) (Entered: 08/30/2012) |
| 09/19/2012 | 61 | MOTION to Compel *Finisar Corporation to Comply with the Disclosure Requirements of Local Rule 83.4* by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A-Statement of Disclosure of Corporation Affiliations and Financial Interest, # 3 Exhibit B-Email exchanges between counsel, # 4 Exhibit C-Defendant Alcatel-Lucent USA Inc.s Corporate Disclosure Statement, # 5 Exhibit D-Ciena Corporations Rule 7.1 Corporate Disclosure Statement, # 6 Exhibit E-Corporate Disclosure Statement of Fujitsu Network Communications, Inc., # 7 Exhibit F-Tellabs, Inc.s Corporate Disclosure Statement, # 8 Exhibit G-Tellabs Operations, Inc.s Corporate Disclosure Statement, # 9 Exhibit H-Tellabs North America, Inc.s Corporate Disclosure Statement, # 10 Exhibit I-Defendant Nokia Siemens Network US LLCs Rule 7.1 Corporate Disclosure Statement, # 11 Exhibit J-Futureweis Corporate Disclosure Statement) (Tuttle, Robert) (Entered: 09/19/2012) |
| 09/27/2012 | 62 | ORDER REFERRING MOTION to Magistrate Judge Mona K. Majzoub: 61 MOTION to Compel *Finisar Corporation to Comply with the Disclosure Requirements of Local Rule 83.4* filed by Cheetah Omni, LLC. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 09/27/2012) |
| 10/01/2012 | 63 | Notice of Determination of Motion Without Oral Argument re 61 MOTION to Compel *Finisar Corporation to Comply with the Disclosure Requirements of Local Rule 83.4* (LBar) (Entered: 10/01/2012) |
| 10/08/2012 | 64 | NOTICE by Cheetah Omni, LLC of withdrawal of 61 MOTION to Compel *Finisar Corporation to Comply with the Disclosure Requirements of Local Rule 83.4* . (Lewry, Thomas) (Entered: 10/08/2012) |
| 10/10/2012 | 65 | NOTICE by Finisar Corporation *requesting a status conference with the Court* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Radulescu, David) (Entered: 10/10/2012) |
| 10/26/2012 | 66 | NOTICE TO APPEAR: **Status Conference set for 11/9/2012 11:00 AM before District Judge Paul D. Borman** (DGoo) (Entered: 10/26/2012) |
| 10/31/2012 | 67 | NOTICE of hearing on 14 MOTION for Order *(Injunction of Cheetah Omni's Co-Pending Claims Against Finisar's Customers)* MOTION for Leave to File *to File a Summary Judgment Motion*. **Motion Hearing set for 11/9/2012 11:00 AM before District Judge Paul D. Borman** (DGoo) (Entered: 10/31/2012) |
| 10/31/2012 | 68 | STIPULATION AND ORDER amending scheduling order extending joint claim construction and prehearing statement until 11/8/2012 re 35 Scheduling Order, Signed by District Judge Paul D. Borman. (DGoo) (Entered: 10/31/2012) |
| 10/31/2012 | 69 | NOTICE by Cheetah Omni, LLC re 65 Notice (Other) *(response letter to Judge Borman)* (Attachments: # 1 Exhibit 1-TX Docket Control Order, # 2 Exhibit 2-email T. Lewry to T. Vardanian, # 3 Exhibit 3-email T. Vardanian to T. Lewry) (Lewry, Thomas) (Entered: 10/31/2012) |

| | | |
|---|---|---|
| 11/01/2012 | 70 | ORDER Granting 52 Motion for Leave to Add a Counterclaim - Signed by Magistrate Judge Mona K. Majzoub. (LBar) (Entered: 11/01/2012) |
| 11/02/2012 | 71 | COUNTERCLAIM *For Patent Infringement* filed by Cheetah Omni, LLC against Finisar Corporation (Attachments: # 1 Index of Exhibits, # 2 Exhibit A-U.S. Pat. No. 6,888,661, # 3 Exhibit B-U.S. Pat. No. 6,847,479) (Lewry, Thomas) (Entered: 11/02/2012) |
| 11/07/2012 | | RESCHEDULED:( **Status Conference set for 11/9/2012 01:00 PM before District Judge Paul D. Borman**), 14 MOTION for Order *(Injunction of Cheetah Omni's Co-Pending Claims Against Finisar's Customers)* MOTION for Leave to File *to File a Summary Judgment Motion*.( **Motion Hearing set for 11/9/2012 01:00 PM before District Judge Paul D. Borman**) (DGoo) (Entered: 11/07/2012) |
| 11/08/2012 | 72 | ORDER REFERRING MOTION to Magistrate Judge Mona K. Majzoub: 19 MOTION for Judgment *on the Pleadings* filed by Finisar Corporation. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 11/08/2012) |
| 11/08/2012 | 73 | NOTICE by Cheetah Omni, LLC, Finisar Corporation *JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Radulescu, David) (Entered: 11/08/2012) |
| 11/09/2012 | | Minute Entry - Motion Hearing held on 11/9/2012 re 14 MOTION for Order *(Injunction of Cheetah Omni's Co-Pending Claims Against Finisar's Customers)* MOTION for Leave to File *to File a Summary Judgment Motion* filed by Finisar Corporation before District Judge Paul D. Borman. Disposition: granted(Court Reporter Leann Lizza) (DGoo) (Entered: 11/09/2012) |
| 11/13/2012 | 74 | SECOND STIPULATION AND ORDER TO AMEND SCHEDULING ORDER. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 11/13/2012) |
| 11/14/2012 | 75 | Notice of Determination of Motion Without Oral Argument re 19 MOTION for Judgment *on the Pleadings* (LBar) (Entered: 11/14/2012) |
| 11/14/2012 | 76 | TRANSCRIPT of Motion Hearing held on 11/09/2012. (Court Reporter: Leann S. Lizza) (Number of Pages: 67) The parties have 21 days to file with the court and Court Reporter a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 12/5/2012. Redacted Transcript Deadline set for 12/17/2012. Release of Transcript Restriction set for 2/12/2013. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Lizza, L.) (Entered: 11/14/2012) |
| 11/19/2012 | 77 | OPINION and ORDER granting 14 Motion for Order; denying 14 Motion for Leave to File a summary judgment motion at this time. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 11/19/2012) |
| 11/19/2012 | 78 | ANSWER to 71 Counterclaim by Finisar Corporation. (Radulescu, David) |

| | | |
|---|---|---|
| | | (Entered: 11/19/2012) |
| 11/26/2012 | 79 | Emergency MOTION *TO COMPEL CHEETAH OMNI, LLC TO COMPLY WITH INJUNCTION, FOR A RULING HOLDING CHEETAH OMNI, LLC IN CONTEMPT, AWARD OF FEES AND SANCTIONS* by Finisar Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Radulescu, David) (Entered: 11/26/2012) |
| 11/27/2012 | | TEXT-ONLY ORDER re 79 Emergency MOTION *TO COMPEL CHEETAH OMNI, LLC TO COMPLY WITH INJUNCTION, FOR A RULING HOLDING CHEETAH OMNI, LLC IN CONTEMPT, AWARD OF FEES AND SANCTIONS* filed by Finisar Corporation., Set Motion and R&R Deadlines/Hearings as to 79 Emergency MOTION *TO COMPEL CHEETAH OMNI, LLC TO COMPLY WITH INJUNCTION, FOR A RULING HOLDING CHEETAH OMNI, LLC IN CONTEMPT, AWARD OF FEES AND SANCTIONS* :( **Responses due by NOON 11/30/2012**) Signed by District Judge Paul D. Borman. (DGoo) (Entered: 11/27/2012) |
| 11/27/2012 | 80 | RESPONSE to 79 Emergency MOTION *TO COMPEL CHEETAH OMNI, LLC TO COMPLY WITH INJUNCTION, FOR A RULING HOLDING CHEETAH OMNI, LLC IN CONTEMPT, AWARD OF FEES AND SANCTIONS (Cheetah's Brief in Opposition)* filed by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A-11-20-12 email between Cheetah's counsel and Texas Defendants, # 3 Exhibit B-11-21-12 email between Finisar and Cheetah's counsel, # 4 Exhibit C-11-27-12 email between Cheetah's counsel and Texas Defendants) (Lewry, Thomas) (Entered: 11/27/2012) |
| 11/27/2012 | 81 | MOTION for Reconsideration *of Order Granting Plaintiff Finisar's Motion For an Injunction of Cheetah Omni's Co-Pending Claims Against Finisar's Customers in the Eastern District of Texas* by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1-Federal-Mogul Decision, # 3 Exhibit 2-Mohammed Islam Declaration, # 4 Exhibit 3-FTC Report) (Lewry, Thomas) (Entered: 11/27/2012) |
| 11/28/2012 | 82 | REPLY to Response re 79 Emergency MOTION *TO COMPEL CHEETAH OMNI, LLC TO COMPLY WITH INJUNCTION, FOR A RULING HOLDING CHEETAH OMNI, LLC IN CONTEMPT, AWARD OF FEES AND SANCTIONS* filed by Finisar Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Radulescu, David) (Entered: 11/28/2012) |
| 11/30/2012 | | TEXT-ONLY ORDER re 19 MOTION FOR JUDGMENT ON THE PLEADINGS, Defendant is ordered to file, on or before December 10, 2012, an Amended Answer to 27, 33, 39, 49, 55, 61, 70, 75, 84, and 89 of Plaintiff's Complaint; such amended answers must specifically admit or deny the allegations contained in said paragraphs pursuant to Fed.R.Civ.P. 8(b)(1)(B). The Court will reserve its ruling re 19 pending review of Defendant's Amended Answer - Signed by Magistrate Judge Mona K. Majzoub. (LBar) (Entered: 11/30/2012) |
| 12/03/2012 | 83 | SUPPLEMENTAL BRIEF re 79 Emergency MOTION *TO COMPEL* |

| | | |
|---|---|---|
| | | *CHEETAH OMNI, LLC TO COMPLY WITH INJUNCTION, FOR A RULING HOLDING CHEETAH OMNI, LLC IN CONTEMPT, AWARD OF FEES AND SANCTIONS* filed by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits A-Stipulation to Stay (E.D. Texas case, Dkt. #185)) (Lewry, Thomas) (Entered: 12/03/2012) |
| 12/04/2012 | 84 | ORDER denying 81 Motion for Reconsideration. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 12/04/2012) |
| 12/05/2012 | 85 | AMENDED ANSWER to Complaint 1 Complaint,, with Affirmative Defenses with Jury Demand by Cheetah Omni, LLC. (Lewry, Thomas) (Entered: 12/05/2012) |
| 12/05/2012 | 86 | NOTICE by Finisar Corporation of withdrawal of 79 Emergency MOTION *TO COMPEL CHEETAH OMNI, LLC TO COMPLY WITH INJUNCTION, FOR A RULING HOLDING CHEETAH OMNI, LLC IN CONTEMPT, AWARD OF FEES AND SANCTIONS* . (Palizzi, A.) (Entered: 12/05/2012) |
| 12/05/2012 | 87 | NOTICE by Cheetah Omni, LLC *of Order Partially Staying Case* (Attachments: # 1 Exhibit A-Order Partially Staying Case (USDC, E.D. TX Dkt. #186)) (Lewry, Thomas) (Entered: 12/05/2012) |
| 12/10/2012 | 88 | REPORT AND RECOMMENDATION denying re 19 MOTION for Judgment *on the Pleadings* filed by Finisar Corporation Signed by Magistrate Judge Mona K. Majzoub. (DGoo) (Entered: 12/10/2012) |
| 12/14/2012 | 89 | Joint MOTION for Leave to File Excess Pages *for Claim Construction Briefing for Both Parties* by Cheetah Omni, LLC. (Lewry, Thomas) (Entered: 12/14/2012) |
| 12/14/2012 | 90 | MARKMAN BRIEF by Cheetah Omni, LLC (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - USPN 6,847,479, # 3 Exhibit B - USPN 6,888,661, # 4 Exhibit C - Excerpts from the 11-27-12 Walker Dep Transcript, # 5 Exhibit D - Titus NASA Paper, # 6 Exhibit E - Finisar White Paper, # 7 Exhibit F - Excerpts from the 10-29-12 Islam Dep Transcript, # 8 Exhibit G - USPTO Sufficient Number Claim Query, # 9 Exhibit H - USPTO Finisar Sufficient Number Claim Query) (Lewry, Thomas) (Entered: 12/14/2012) |
| 12/17/2012 | 91 | ORDER granting 89 Motion for Leave to File Excess Pages(not to exceed 25 pages). Signed by District Judge Paul D. Borman. (DGoo) (Entered: 12/17/2012) |
| 12/17/2012 | 92 | NOTICE OF CORRECTION (LBar) (Main Document 92 replaced on 12/17/2012) (LBar). (Entered: 12/17/2012) |
| 12/17/2012 | 93 | NOTICE of Correction re 92 (LBar) (Entered: 12/17/2012) |
| 12/19/2012 | 94 | NOTICE of Appearance by Tigran Vardanian on behalf of Finisar Corporation. (Vardanian, Tigran) (Entered: 12/19/2012) |
| 12/20/2012 | 95 | STIPULATION AND ORDER of dismissal of certain claims without prejudice. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 12/20/2012) |
| | | |

| | | |
|---|---|---|
| 01/16/2013 | 96 | STIPULATION AND ORDER TO AMEND SCHEDULING ORDER. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 01/16/2013) |
| 01/28/2013 | 97 | ORDER Adopting 88 Report and Recommendation,and DENYING 19 Motion for Judgment filed by Finisar Corporation Signed by District Judge Paul D. Borman. (DGoo) (Entered: 01/28/2013) |
| 01/28/2013 | 98 | STIPULATION AND ORDER OF APPOINTMENT OF RICHARD GRAUER as SPECIAL MASTER. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 01/28/2013) |
| 01/28/2013 | 99 | MARKMAN BRIEF by Finisar Corporation (Attachments: # 1 Index of Exhibits, # 2 Declaration of James Walker, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5) (Vardanian, Tigran) Modified on 2/25/2013 (DTyl). [FINISAR'S CLAIM CONSTRUCTION BRIEF] (Entered: 01/28/2013) |
| 01/28/2013 | 100 | EXHIBIT *Exhibits 6-38 to Finisar's Markman Brief* re 99 Markman Brief by Finisar Corporation (Attachments: # 1 Exhibit 7, # 2 Exhibit 8, # 3 Exhibit 9, # 4 Exhibit 10, # 5 Exhibit 11, # 6 Exhibit 12, # 7 Exhibit 13, # 8 Exhibit 14, # 9 Exhibit 15, # 10 Exhibit 16, # 11 Exhibit 17, # 12 Exhibit 18, # 13 Exhibit 19, # 14 Exhibit 20, # 15 Exhibit 21, # 16 Exhibit 22, # 17 Exhibit 23, # 18 Exhibit 24, # 19 Exhibit 25, # 20 Exhibit 26, # 21 Exhibit 27, # 22 Exhibit 28, # 23 Exhibit 29, # 24 Exhibit 30, # 25 Exhibit 31, # 26 Exhibit 32, # 27 Exhibit 33, # 28 Exhibit 34, # 29 Exhibit 35, # 30 Exhibit 36, # 31 Exhibit 37, # 32 Exhibit 38) (Vardanian, Tigran) (Entered: 01/29/2013) |
| 01/29/2013 | 101 | Emergency MOTION to Compel *Appearance of Finisar Witness at His Deposition* by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1-Finisar initial disclosures, # 3 Exhibit 2-May 2012 email string, # 4 Exhibit 3-Letter (TAL) to Radulescu re Finisar deposition, # 5 Exhibit 4-Dec. 2012 email string re Deposition of Steve Frisken, # 6 Exhibit 5-Radulescu email, # 7 Exhibit 6-Cheetah 1st document requests 1-16, # 8 Exhibit 7-Finisar's response to document request 16, # 9 Exhibit 8-Jan. 2013 email re documents, # 10 Exhibit 10-Dr. Frisken Deposition Notice) (Lewry, Thomas) (Entered: 01/29/2013) |
| 01/29/2013 | 102 | SEALED EXHIBIT *No. 9* re 101 Emergency MOTION to Compel *Appearance of Finisar Witness at His Deposition* by Cheetah Omni, LLC. (Attachments: # 1 Exhibit 9-Fabiny deposition (confidential)) (Lewry, Thomas) (Entered: 01/29/2013) |
| 01/29/2013 | | Set/Reset Deadlines as to 101 Emergency MOTION to Compel *Appearance of Finisar Witness at His Deposition*. **Responses due by 2/4/2013** (DGoo) (Entered: 01/29/2013) |
| 01/29/2013 | 103 | ORDER REFERRING MOTION to Magistrate Judge Mona K. Majzoub: 101 Emergency MOTION to Compel *Appearance of Finisar Witness at His Deposition* filed by Cheetah Omni, LLC. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 01/29/2013) |
| 02/04/2013 | 104 | NOTICE TO APPEAR: **Markman Hearing set for 4/11/2013 10:00 AM before District Judge Paul D. Borman** (DGoo) (Entered: 02/04/2013) |

| | | |
|---|---|---|
| 02/04/2013 | 105 | RESPONSE to 101 Emergency MOTION to Compel *Appearance of Finisar Witness at His Deposition* filed by Finisar Corporation. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17) (Vardanian, Tigran) (Entered: 02/04/2013) |
| 02/05/2013 | 106 | REPLY to Response re 101 Emergency MOTION to Compel *Appearance of Finisar Witness at His Deposition* filed by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 11-Feb. 4, 2013 email exchange, # 3 Exhibit 12-July 6, 2012 Hearing Transcript (select pages)) (Lewry, Thomas) (Entered: 02/05/2013) |
| 02/06/2013 | | Minute Entry - Status Conference held on 2/6/2013 before Magistrate Judge Mona K. Majzoub. (LBar) (Entered: 02/07/2013) |
| 02/06/2013 | | TEXT-ONLY ORDER re 101 Emergency MOTION to Compel *Appearance of Finisar Witness at His Deposition* On or before 2/28/13 The parties will agree on the scope of search items, the number of custodians and the universe of documents to be produced by Finisar in response to Defendant's document request number 16 - Signed by Magistrate Judge Mona K. Majzoub. (LBar) (Entered: 02/07/2013) |
| 02/07/2013 | | TEXT-ONLY ORDER re 101 Emergency MOTION to Compel *Appearance of Finisar Witness at His Deposition* Finisar will produce documents in response to defendant's document request number 16 no later than 3/15/13 - Signed by Magistrate Judge Mona K. Majzoub. (LBar) (Entered: 02/07/2013) |
| 02/07/2013 | | TEXT-ONLY ORDER re 101 Dr. Frisken will present for a one day deposition by defendant in Los Angeles, California on 3/21/13 at 10:00 a.m. Pacific Time at a place to be determined pursuant to defendant's notice - Signed by Magistrate Judge Mona K. Majzoub. (LBar) (Entered: 02/07/2013) |
| 02/13/2013 | 107 | SEALED Cheetah's Reply Brief on Claim Construction by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit J-confidential-Optium white paper-2, # 3 Exhibit K-confidential-Optium white paper, # 4 Exhibit L-confidential-Finisar 2012 slide excerpts, # 5 Exhibit M-1994-Watson-Dynamic Gratings, # 6 Exhibit N-Order from 6:11-cv-00025-207 "substrate") (Lewry, Thomas) (Entered: 02/13/2013) |
| 02/13/2013 | 108 | Joint MOTION for Leave to File Excess Pages *(to Increase Page Limitations for Claim Construction Briefing and Allow For a Sur-Reply Brief)* by Cheetah Omni, LLC. (Lewry, Thomas) (Entered: 02/13/2013) |
| 02/19/2013 | 109 | MOTION to Compel *Plaintiff Finisar to Provide Complete Interrogatory Response, Produce Documents, and Provide Privilege Log* by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Finisars Responses and Objections to Cheetahs Interrogatories (Nos. 1-13), # 3 Exhibit 3 - Letter from R. Tuttle to T. Vardanian, 12/21/12, # 4 Exhibit 4 - Letter from T. Vadanian to R. Tuttle, 1/3/13, # 5 Exhibit 5 - Letter from R. Tuttle to T. Vardanian, 1/4/13, # 6 Exhibit 6 - Emails between counsel, 1/4/13 1/7/13, # 7 Exhibit 7 - Emails between counsel, 1/4/13 1/17/13, # 8 Exhibit 9 - Finisars |

| | | |
|---|---|---|
| | | Objections and Responses to Cheetahs Requests for the Production of Documents (Nos. 1-16)) (Halan, John) (Entered: 02/19/2013) |
| 02/19/2013 | 110 | SEALED EXHIBIT *Nos. 2 and 8* re 109 MOTION to Compel *Plaintiff Finisar to Provide Complete Interrogatory Response, Produce Documents, and Provide Privilege Log* by Cheetah Omni, LLC. (Attachments: # 1 Exhibit 8 - FILED UNDER SEAL - Sample page from the FINMICH00010265 Excel spreadsheet) (Halan, John) (Entered: 02/19/2013) |
| 02/20/2013 | 111 | ORDER granting 108 Motion for Leave to File Excess Pages. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 02/20/2013) |
| 02/20/2013 | 112 | ORDER REFERRING MOTION to Magistrate Judge Mona K. Majzoub: 109 MOTION to Compel *Plaintiff Finisar to Provide Complete Interrogatory Response, Produce Documents, and Provide Privilege Log* filed by Cheetah Omni, LLC. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 02/20/2013) |
| 02/21/2013 | 113 | Notice of Determination of Motion Without Oral Argument re 109 MOTION to Compel *Plaintiff Finisar to Provide Complete Interrogatory Response, Produce Documents, and Provide Privilege Log* (JOINT STATMENT OF RESOLVED AND UNRESOLVED ISSUES TO BE FILED ON OR BEFORE MARCH 29, 2013) (LBar) (Entered: 02/21/2013) |
| 02/22/2013 | 114 | MARKMAN BRIEF by Finisar Corporation (Attachments: # 1 Index of Exhibits, # 2 Supplemental Declaration of James Walker in Support of Finisar's Claim Construction Sur-Reply Brief, # 3 Exhibit 39, # 4 Exhibit 40, # 5 Exhibit 41, # 6 Exhibit 42, # 7 Exhibit 43, # 8 Exhibit 44, # 9 Exhibit 45, # 10 Exhibit 46, # 11 Exhibit 47, # 12 Exhibit 48, # 13 Exhibit 49, # 14 Exhibit 50, # 15 Exhibit 51, # 16 Exhibit 52) (Vardanian, Tigran) Modified on 2/25/2013 (DTyl). [FINISAR'S CLAIM CONSTRUCTION SUR-REPLY BRIEF] (Entered: 02/22/2013) |
| 03/08/2013 | 115 | RESPONSE to 109 MOTION to Compel *Plaintiff Finisar to Provide Complete Interrogatory Response, Produce Documents, and Provide Privilege Log* filed by Finisar Corporation. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit M, # 14 Exhibit N) (Vardanian, Tigran) (Entered: 03/08/2013) |
| 03/08/2013 | 116 | SEALED EXHIBIT *L* re 115 Response to Motion, by Finisar Corporation. (Vardanian, Tigran) (Entered: 03/08/2013) |
| 03/18/2013 | 117 | REPLY to Response re 109 MOTION to Compel *Plaintiff Finisar to Provide Complete Interrogatory Response, Produce Documents, and Provide Privilege Log* filed by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 10 - Order, Eon Corp. IP Holdings, LLC v. AT&T Mobility LLC, et al, USDC for the District of Puerto Rico, Civ. No. 11-1555(FAB/SCC), 10/24/12, # 3 Exhibit 11 - Order, Pacon Corporation v. Mafcote Industries, Inc. et al, USDC for the Eastern District of Wisconsin, Case No. 05-C-1099, 8/29/08) (Tuttle, Robert) (Entered: 03/18/2013) |
| | | |

| | | |
|---|---|---|
| 03/29/2013 | 118 | NOTICE by Cheetah Omni, LLC, Finisar Corporation *JOINT STATEMENT OF RESOLVED AND UNRESOLVED ISSUES REGARDING CHEETAH'S MOTION TO COMPEL (DKT. #109)* (Vardanian, Tigran) (Entered: 03/29/2013) |
| 04/11/2013 | 119 | AFFIDAVIT of Special Master Richard Grauer to FRCP 53(b)(3) filed by Richard D. Grauer. (DGoo) (Entered: 04/11/2013) |
| 04/11/2013 | | Minute Entry - Markman Hearing held on 4/11/2013 before District Judge Paul D. Borman. Disposition: taken under advisement, Special Master to submit Report and Recommendation.(Court Reporter Leann Lizza) (DGoo) (Entered: 04/12/2013) |
| 04/24/2013 | 120 | TRANSCRIPT of Markman Hearing held on 04/11/2013. (Court Reporter: Leann S. Lizza) (Number of Pages: 182) The parties have 21 days to file with the court and Court Reporter a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/15/2013. Redacted Transcript Deadline set for 5/28/2013. Release of Transcript Restriction set for 7/23/2013. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Lizza, L.) (Entered: 04/24/2013) |
| 04/24/2013 | 121 | [ENTERED ON WRONG DOCKET] TRANSCRIPT of Defendant's Motion To Enforce Settlement held on 09/25/2012. (Court Reporter: Leann S. Lizza) (Number of Pages: 31) The parties have 21 days to file with the court and Court Reporter a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/15/2013. Redacted Transcript Deadline set for 5/28/2013. Release of Transcript Restriction set for 7/23/2013. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Lizza, L.) (Main Document 121 replaced on 4/24/2013) (JPur). (Entered: 04/24/2013) |
| 04/24/2013 | 122 | NOTICE of Correction re 121 Transcript. (JPur) (Entered: 04/24/2013) |
| 05/15/2013 | 123 | NOTICE of Change of Address/Contact Information by David C. Radulescu on behalf of All Plaintiffs. (Radulescu, David) (Entered: 05/15/2013) |
| 06/14/2013 | 124 | MEMORANDUM re 90 Markman Brief, *Construing Reflective Stack as Part of the Construction of Cavity/Optical Cavity* by Cheetah Omni, LLC (Lewry, Thomas) (Entered: 06/14/2013) |
| 06/21/2013 | 125 | MARKMAN BRIEF by Finisar Corporation (Attachments: # 1 Exhibit 53, # 2 Exhibit 54) (Vardanian, Tigran) (Entered: 06/21/2013) |
| 06/27/2013 | 126 | ORDER denying 109 Motion to Compel - Signed by Magistrate Judge Mona K. Majzoub. (LBar) (Entered: 06/27/2013) |
| 06/28/2013 | 127 | REPLY to 124 Memorandum *Construing "Reflective Stack" as Part of the Construction of "Cavity"/"Optical Cavity"* by Cheetah Omni, LLC. (Lewry, |

| | | Thomas) (Entered: 06/28/2013) |
|---|---|---|
| 07/15/2013 | 128 | SPECIAL MASTER REPORT by Richard D. Grauer (Grauer, Richard) (Entered: 07/15/2013) |
| 07/16/2013 | 129 | SPECIAL MASTER REPORT by Richard D. Grauer (Grauer, Richard) (Entered: 07/16/2013) |
| 07/18/2013 | 130 | SEALED Bill of Costs Pursuant to Court's Order (Dkt. No. 126) by Finisar Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Vardanian, Tigran) (Entered: 07/18/2013) |
| 07/26/2013 | 131 | SEALED Letter to Judge Majzoub regarding Bill of Costs re 130 Sealed Document - Other by Cheetah Omni, LLC. (Tuttle, Robert) (Entered: 07/26/2013) |
| 07/26/2013 | 132 | NOTICE by Finisar Corporation *RE: Itemized Bill of Costs* (Palizzi, A.) (Entered: 07/26/2013) |
| 07/29/2013 | 133 | ORDER to Extend Time to File Objections to re 129 Report of Special Master filed by Richard D. Grauer. **Objections to R&R due by 7/31/2013** - Signed by District Judge Paul D. Borman. (DTof) (Entered: 07/29/2013) |
| 07/31/2013 | 134 | MOTION to Adopt in Part and Objections in Part to July 16, 2013 re 129 Report of Special Master *Regarding Claim Construction* by Cheetah Omni, LLC. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Excerpt from "The Elements of Style" 4th Ed. 2000, # 3 Exhibit 2 - Excerpt from Draft R&R of Special Master on Claim Construction) (Lewry, Thomas) (Entered: 07/31/2013) |
| 07/31/2013 | 135 | MOTION for Order *to Adopt Special Master's Report & Recommendation on Claim Construction (Dkt. No. 129)* by Finisar Corporation. (Vardanian, Tigran) (Entered: 07/31/2013) |
| 08/02/2013 | 136 | REPORT AND RECOMMENDATION re Bill of Costs - Signed by Magistrate Judge Mona K. Majzoub. (LBar) (Entered: 08/02/2013) |
| 08/08/2013 | 137 | RESPONSE to 136 REPORT AND RECOMMENDATION re 109 MOTION to Compel *Plaintiff Finisar to Provide Complete Interrogatory Response, Produce Documents, and Provide Privilege Log* filed by Cheetah Omni, LLC by All Defendants. (Tuttle, Robert) (Entered: 08/08/2013) |
| 08/12/2013 | 138 | STIPULATED ORDER Setting deadlines; Set Motion and R&R Deadlines/Hearings as to 134 MOTION to Adopt in Part and Objections in Part to July 16, 2013 re 129 Report of Special Master *Regarding Claim Construction* :( **Responses due by 8/28/2013**, **Replies due by 9/13/2013**) Signed by District Judge Paul D. Borman. (DTof) (Entered: 08/12/2013) |
| 08/28/2013 | 139 | RESPONSE to 134 MOTION to Adopt in Part and Objections in Part to July 16, 2013 re 129 Report of Special Master *Regarding Claim Construction* filed by Finisar Corporation. (Attachments: # 1 Exhibit A) (Vardanian, Tigran) (Entered: 08/28/2013) |
| 09/13/2013 | 140 | REPLY to Response re 134 MOTION to Adopt in Part and Objections in Part |

| | | |
|---|---|---|
| | | to July 16, 2013 re 129 Report of Special Master *Regarding Claim Construction* filed by Cheetah Omni, LLC. (Lewry, Thomas) (Entered: 09/13/2013) |
| 11/05/2013 | 141 | ORDER Adopting in its Entirety 129 Special Master's Corrected Report and Recommendation, denying 134 Objections to Special Master's Corrected Report ; granting 135 Motion to Adopt Special Master's Corrected Report. Signed by District Judge Paul D. Borman. (DTof) (Entered: 11/05/2013) |
| 01/10/2014 | 142 | ORDER Adopting 136 Report and Recommendation and Awarding Costs and Attorney Fees. Signed by District Judge Paul D. Borman. (DTof) (Entered: 01/10/2014) |
| 01/15/2014 | 143 | NOTICE TO APPEAR: **Status Conference set for 2/3/2014 10:00 AM before District Judge Paul D. Borman.** (DTof) (Entered: 01/15/2014) |
| 01/16/2014 | | TEXT-ONLY NOTICE: Status conference set for February 3, 2014 is Cancelled; a telephone conference will be set, counsel will be contacted. (DTof) (Entered: 01/16/2014) |
| 03/27/2014 | 144 | Joint MOTION to Vacate 141 Order on Motion - Free, Order on Motion for Order,, by Cheetah Omni, LLC. (Lewry, Thomas) (Entered: 03/27/2014) |
| 04/02/2014 | 145 | MOTION re 77 Order on Motion for Order, Order on Motion for Leave to File *(Unopposed Motion to Clarify Injunction of Cheetah Omni's Co-Pending Claims Against Finisar's Customers in the E.D. of Texas (Dkt. #77)* by Cheetah Omni, LLC. (Lewry, Thomas) (Entered: 04/02/2014) |
| 04/02/2014 | 146 | ORDER granting 145 Motion TO Clarify the Injunction of Cheetah Omni's Co-pending Claims Against Finisar's Customers in the Eastern District of Texas. Signed by District Judge Paul D. Borman. (DTof) (Entered: 04/02/2014) |
| 04/02/2014 | 147 | ORDER granting 144 Motion to Vacate 141 Order Adopting Special Master's Report and Recommendation on Claim Construction. Signed by District Judge Paul D. Borman. (DTof) (Entered: 04/02/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/04/2014 11:34:41 | | | |
| **PACER Login:** | sa0220 | **Client Code:** | 06476-10450-17802 |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-cv-15625-PDB-MKM |
| **Billable Pages:** | 15 | **Cost:** | 1.50 |