# Exhibit 3

to

Tellabs, Inc.'s, Tellabs Operations, Inc.'s, and
Tellabs North America, Inc.'s Supplemental Brief Regarding the Impact
of the Settlement between Cheetah Omni LLC and Finisar Corp. in the
Eastern District of Michigan (Case No. 2:11-cv-15625)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**FINISAR CORPORATION,**

    *Plaintiff/Counter-Defendant,*

**v.**

**CHEETAH OMNI, LLC,**

    *Defendant/Counter-Plaintiff.*

HONORABLE PAUL D. BORMAN

Case No. 2:11-cv-15625-PDB-MKM

## UNOPPOSED MOTION TO CLARIFY THE INJUNCTION OF CHEETAH OMNI'S CO-PENDING CLAIMS AGAINST FINISAR'S CUSTOMERS IN THE EASTERN DISTRICT OF TEXAS (DKT #77)

Finisar Corporation (Finisar") and Cheetah Omni, LLC ("Cheetah") have entered into a Settlement Agreement settling their disputes related to the above-identified lawsuit, including with respect to any claims against importing, making, using, selling or offering to sell Finisar's products by any of its customers.

On November 19, 2012, the Court enjoined Cheetah from prosecuting the patents-in-suit against Finisar's customers in the pending Eastern District of Texas lawsuit (No. 6:11-cv-390) ("Texas Case").



Claims 37-64 of one of the patents-in-suit – U.S. Patent No. 6,847,479 ("the '479 patent") – were never at issue in the present case, and also were never at issue in the Texas Case with respect to any product using or incorporating Finisar's products. In view of this, Cheetah and Finisar believe that the Court's November 19, 2012 injunction did not apply to claims 37-64 of the '479 patent. However, the Court's Order might be read to encompass those claims.

For this reason, Cheetah asks the Court to clarify that its injunction does not apply to claims 37-64 of the '479 patent. Finisar has stated that it does not oppose this motion.

Dated: April 2, 2014

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

　/s/ Thomas A. Lewry　
Thomas A. Lewry　(P36399)
Robert C.J. Tuttle　(P25222)
John M. Halan　　(P37616)
John S. LeRoy　　(P61964)
Christopher C. Smith　(P73936)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone:  (248) 358-4400
Facsimile:   (248) 358-3351
Email: tlewry@brookskushman.com
　　　rtuttle@brookskushman.com
　　　jhalan@brookskushman.com
　　　jleroy@brookskushman.com
　　　csmith@brookskushman.com

*Attorneys for Defendant*

2



## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on **April 2, 2014**, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Michigan using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing as follows: Richard D. Grauer, John M. Halan, John S. LeRoy, Thomas A. Lewry, A. Michael Palizzi, David C. Radulescu, Michael C. Simoni, Christopher C. Smith, Jon R. Steiger, Robert C.J. Tuttle, Tigran Vardanian.

**BROOKS KUSHMAN P.C.**

  /s/ Thomas A. Lewry
Thomas A. Lewry  (P36399)
Robert C.J. Tuttle  (P25222)
John M. Halan     (P37616)
John S. LeRoy     (P61964)
Christopher C. Smith    (P73936)
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone:  (248) 358-4400
Facsimile:   (248) 358-3351
Email: tlewry@brookskushman.com
            rtuttle@brookskushman.com
            jhalan@brookskushman.com
            jleroy@brookskushman.com
            csmith@brookskushman.com

*Attorneys for Defendant*

