# Exhibit 4

to

Tellabs, Inc.'s, Tellabs Operations, Inc.'s, and
Tellabs North America, Inc.'s Supplemental Brief Regarding the Impact
of the Settlement between Cheetah Omni LLC and Finisar Corp. in the
Eastern District of Michigan (Case No. 2:11-cv-15625)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **FINISAR CORPORATION,** | HONORABLE PAUL D. BORMAN |
| *Plaintiff/Counter-Defendant*, | |
| v. | Case No. 2:11-cv-15625-PDB-MKM |
| **CHEETAH OMNI, LLC,** | |
| *Defendant/Counter-Plaintiff.* | **JURY TRIAL DEMANDED** |

### ORDER GRANTING CHEETAH'S UNOPPOSED MOTION TO CLARIFY THE INJUNCTION OF CHEETAH OMNI'S CO-PENDING CLAIMS AGAINST FINISAR'S CUSTOMERS IN THE EASTERN DISTRICT OF TEXAS (DKT #77)

Cheetah Omni, LLC moved to clarify the injunction entered against Cheetah's co-pending claims against Finisar's customers in the Eastern District of Texas (Dkt #77). After due consideration, IT IS ORDERED that the motion is GRANTED. The Court clarifies that its injunction does not include claims 37-64 of U.S. Patent No. 6,847,479.

SO ORDERED.

s/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: April 2, 2014

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 2, 2014.

s/Deborah Tofil
Deborah Tofil
Case Manager (313) 234-5122
