## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **Cheetah Omni LLC,** | |
| *Plaintiff*, | HONORABLE TIMOTHY B. DYK |
| vs. | Case No. 6:11CV390 |
| **Alcatel-Lucent USA Inc.,** *et al.* | JURY TRIAL DEMANDED |
| *Defendants*. | |

## SUPPLEMENTAL NOTICE OF APPEAL TO THE FEDERAL CIRCUIT COURT OF APPEALS

On March 6, 2014, Cheetah Omni LLC ("Cheetah"), plaintiff/counter-defendant in the above-identified case, filed a Notice of Appeal from the Court's Rule 54(b) Judgment in the above-identified case. (Dkt #445.) The United States Court of Appeals for the Federal Circuit docketed the appeal as Appeal No. 14-1332.

On April 15, 2014, subsequent to the filing of the Notice of Appeal, the Court entered an Order granting costs to defendants Tellabs, Inc., Tellabs Operations, Inc., and Tellabs North America, Inc. (collectively, "the Tellabs Defendants"). By this Supplemental Notice, Cheetah supplements its Notice of Appeal to include that Order.

Cheetah appeals from the Court's Rule 54(b) Judgment and from all underlying orders, including:

1. The Court's Memorandum Opinion and Order regarding claim construction entered April 11, 2013.

2. The Court's Opinion and Order granting summary judgment to the Tellabs Defendants entered February 3, 2014.



3. The Court's Amended Opinion and Order granting summary judgment to the Tellabs Defendants entered February 21, 2014.

4. The Court's Order Granting in Part Motion For Bill of Costs entered April 15, 2014.

Dated:  April 16, 2014

Respectfully submitted,

By:  /s/ Thomas A. Lewry
Thomas A. Lewry (MI Bar No. P36399)
(Lead Attorney)
John S. Le Roy (MI Bar No. P61964)
Robert C.J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
Christopher C. Smith (MI Bar No. P73936)
**Brooks Kushman P.C.**
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel:  (248) 358-4400 – Fax:  (248) 358-3351
Email: tlewry@brookskushman.com
            jleroy@brookskushman.com
            rtuttle@brookskushman.com
            jhalan@brookskushman.com
            csmith@brookskushman.com

T. John Ward, Jr. (TX State Bar No. 00794818)
Jack Wesley Hill
**Ward & Smith Law Firm**
1127 Judson Road, Suite 220
PO Box 1231
Longview, Texas 75606
Tel:  (903) 757-6400 – Fax:  (903) 757-2323
Email:  jw@jwfirm.com
              wh@jwfirm.com

Eric Miller Albritton
**Albritton Law Firm**
PO Box 2649
111 West Tyler, 75601
Longview, TX 75606
Tel: (903) 757-8449 – Fax: (903) 758-7397
ema@emafirm.com



## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on April 16, 2014.

                                                                     */s/ Thomas A. Lewry*

